DS126347

3 - 2 0 C V 2 7 4 7 - B

U.S. DISTRICT COURT
NORTHERN DIST OF TX
FILED

DEPUTY CLERK_____

BRETT L ELIASON, AGENT OF "ME"
634 RIDGE TOP LANE
NORTH SALT LAKE, UTAH  84054
(801) 949-0080
brett.eliason1@gmail.com

2020 SEP -2  AM 10: 42

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MAX D ELIASON, TRUSTEE AND SETTLOR OF THE MAX AND JOYCE ELIASON A/B TRUSTS DATED OCTOBER 28TH, 2015<br><br>THE ESTATES OF MAX AND JOYCE ELIASON<br><br>―――――――――――<br>Plaintiff<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ("COP")<br><br>DALLIN H OAKS, TRUSTEE OF "COP"<br><br>KIRTON MCCONKIE PC "KMC LAW"<br><br>MR CRAIG MCCULLOUGH, KMC LAW ESTATE PLANNING ATTORNEY OF MAX AND JOYCE ELIASON<br><br>BRYAN P STEPHENS, CPA<br><br>LISA STEPHENS, "SOLE TRUSTEE" OF THE MAX AND JOYCE ELIASON TRUSTS DATED OCTOBER 28TH, 2015 | INJUNCTIOON AND COUNTER-COMPLAINT MADE UNDER THE PROVISIONS OF THE RICO ACT OF 1970 AND UNDER THE GENERAL ASSEMBLY RESOLUTION 40/34 FOR THE PROTECTION OF VICTIMS RIGHTS GROSSLY VIOLATED BY ABUSE OF POWER BY OFFICE BY RELIGIOUS AND POLITICAL OFFICES<br><br>*ASSOCIATED COMPLAINTS ADJOINED HEREIN*<br><br>__THE UTAH SUPREME COURT__<br>**Appellate Case No. 20200548-SC**<br><br>**UT CASE No. 1:20-CV-00024-RJS-DBP**<br>**Chief Judge:  ROBERT J SHELBY**<br>**Magistrate Judge: DUSTIN B PEAD**<br>**Honorable Judge: JILL PARRISH**<br><br>**CO CASE No. 1:20-CV-00959-PAB-SKC**<br>**Chief Judge: PHILLIP A BRIMMER**<br>**Magistrate Judge: S KATO CREWS**<br><br>**HI CASE No: 1:20-cv-00257-JAO-WRP**<br>**Chief Judge: MICHAEL SEABRIGHT**<br>**Honorable Judge: JILL OTAKE**<br><br>**UT NO 19091906 JUDGE ADAM MOW**<br>**UT NO 201906707 JUDGE LINDA JONES**<br>**UT NO 201000297 JUDGE A. CHIN**<br>**UT NO. 164700545 JUDGE D. HAMILTON**<br>**UT NO. 183901323 JUDGE R. HANSEN**<br>**UT NO. 183901323 JUDGE HRUBY-MILLS**<br>**UT NO. 193900932 JUDGE KARA PETTIT**<br>**UT NO 193900932 JUDGE R. FAUST**<br><br>**TX NO:**<br><br>**JUDGE:** |

**DEAR CHIEF JUDGE BARBARA M.G. LYNN,**

I am the Agent and Trustee of the Estates of my parents Max and Joyce Eliason who is being forced to represent their interests on a Pro-Se Basis following the intentional embezzlement of every asset that was found within the $200 Million Estates which has happened over the past seven years and under the direction of the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and their Agent Law Office of Kirton McConkie.

My family is the victim of what will be exposed as the most heinous form of corruption ever witnessed by society where the Corporate Officers of the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints intentionally deceived my parents and I on June 20th, 2013 through Fraudulent Misrepresentation which has been proven by electronic and written correspondence and has not been disputed by the Defendants since the Law Office of Kirton McConkie admitted to an "undisclosed conflict of interest" on February 11th, 2019.

The evidence speaks under the Rules of "RES IPSA LOQUITUR" on page one of this complaint as you will recognize that my father Max D Eliason is still alive as the Creator, the Settlor, and the Surviving Trustee of the Max and Joyce Eliason A/B Trusts dated October 28th, 2015.

The Board of Directors of Kirton McConkie told me as the youngest of three beneficiaries to seek outside counsel and to "sue" Kirton McConkie and the LDS Church in order to protect the interests of myself and my father who was deceived into believing that the LDS Church and Kirton McConkie represented my parents who entrusted their religious leaders to protect their sacred lives' work and to represent their beneficiaries with Impartiality as per the Laws of Fiduciary Duty which have been ignored over the past seven years since this was consummated under Fraud.

1

## THE CORPORATION OF THE PRESIDENT OF THE LDS CHURCH

WHEN I AWOKE ON MAY 22ND, 2018 WHICH WAS THE MORNING AFTER MY DEAR MOTHER HAD PASSED AWAY; IT BECAME OBVIOUS VERY QUICKLY THAT "I HAD AWAKENED INTO MY AWFUL STATE" AS PER LDS SCRIPTURE REGARDING THE VICTIMS OF SAID "SECRET SATANIC SOCIETIES" WHO WERE TARGETING INNOCENT VICTIMS SUCH AS MY PARENTS WHO HAD ENTRUSTED THEIR SACRED LIVES' WORK TO THE AGENT LAW OFFICE OF THE LDS CHURCH CALLED KIRTON MCCONKIE.

NOBODY IN A CIVILIZED WORLD DESERVES TO BE INTENTIONALLY ASSAULTED IN THE MANNER IN WHICH THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS HAS CARRIED OUT AGAINST "MY FATHER'S HOUSE" TO WHICH I SHALL STAND WITH TWO MIDDLE FINGERS RAISED TO THE SQUARE AND IN THE FACE OF ALL THOSE WHO HAVE SOUGHT TO DESTROY IT AND ARE NOW COMMITTING AGGRAVATED RETALIATION AGAINST THE VICTIMS SCREAMING FROM WITHIN HOPING TO SILENCE THEIR VOICES BEFORE IT IS BROUGHT TO JUSTICE UNDER A DEMOCRACY WHICH NO LONGER EXISTS IN THE "CHURCH/STATE" OF UTAH.

## A DESPERATE PLEA FROM THE VICTIMS

There is a 250-page complaint on file with the united states district court for the district of Utah which was filed under the RICO act of 1970 on February 25th, 2020 to which the defendants have no answer. every step i have taken in the hope of finding justice against this "mafiacracy" has been met with immediate coercion from the leaders of the LDS Church whose influence and ability to "bribe with tithes" is unlimited and repulsive to watch as they have re-defined the word evil for using God as a marketing tool to Fraud those clients they have turned to "Prey" upon.

2

**IMMEDIATE INJUNCTION REQUEST FOR A PROSECUTING ATTORNEY**
THERE ARE LITERALLY 50 FELONY ALLEGATIONS DESCRIBED IN
THE COMPLAINT WHICH EACH ARE DEFINED UNDER THE RICO ACT
OF 1970 ON FILE IN THE MATTER IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF UTAH AND THE ASSOCIATED JUDGES
IN UTAH REFUSE TO EVEN DEMAND AN ACCOUNTING FOR THE
MISSING $200 MILLION ESTATES WHICH INCLUDED OVER $100
MILLION OF OIL PROPERTIES IN UTAH, COLORADO, WYOMING, AND
TEXAS; ALL OF WHICH WERE ILLEGALLY REMOVED THROUGH
FRAUDULENTLY CREATED TRUSTS CREATED UNDER THE
DIRECTION OF THE "COP".

THE IMPLICATIONS THAT THERE IS AN ENTITY AS POWERFUL AS
THE LDS CHURCH THAT HAS BEEN INFILTRATED BY THOSE WHO
FEEL ENTITLED TO "RULE THE WORLD" AND STEAL ALL OF THE
NATURAL RESOURCES SUCH AS THE OIL AND REAL ESTATE
PROPERTIES WITHIN THE ESTATES OF MAX AND JOYCE ELIASON
SHOULD MAKE DEMOCRACY AND HUMANITY TREMBLE IN FEAR AND
SHOULD REQUIRE THE INVOLVEMENT OF PRESIDENT DONALD
TRUMP TO CONFRONT THIS MATTER EXPOSES TREASON FROM AS
HIGH UP IN THE GOVERNMENT AS THE ATTORNEY GENERAL
WILLIAM BARR WHO REFUSED TO HAVE THIS MATTER PROSECUTED
BY THE SUPREME COURT OF THE UNITED STATES.

IT IS MY HOPE THAT THERE ARE STILL HONEST JUDGES WHO
RESPECT DEMOCRACY AND WHO WILL STAND UP AGAINST THIS
TYRANNY WHICH IS LITERALLY GOING TO EXPOSE "DEEP STATE"
AND THE ASSOCIATED WEB OF CORRUPTION WHICH IS WHAT "LIES"
BEHIND THE SACRED WALLS OF THE HOLY TEMPLE OF GOD IN THE
STATE OF UTAH.  MAY GOD BLESS YOU TO "CHOOSE THE RIGHT" ...

## UNDISPUTED FACTS OF THIS MATTER

I.   **Bryan and Lisa Stephens utilized FRAUDULENT MISREPRESENTATION to bring my dear parents into the Whorehouse/Slaughterhouse of "Kill Her and Con ME" on June 20th, 2013 which by itself is a Second Degree Felony and demands by law that the estates of Max and Joyce Eliason be restored to the condition they were in "as if the relationship had never been consummated" (refer to Cause of Action #1 of the RICO Act of 1970 Complaint filed in Federal Court on February 25th, 2020 and Exhibit "U" entitled "Smoking Guns 101" for the undeniable proof.**

II.  **The Senior Partner of Kirton McConkie and manager of the attorney for the Estates of Max and Joyce Eliason admitted to my face on February 11th, 2019 that KMC Law had an "UNDISCLOSED CONFLICT OF INTEREST" between my siblings and their spouses and that my "Father's House" had no representation in the Law Office of the LDS Church and its attorneys of "Jesus Christ Himself" as so stated by Dallin H Oaks on April 12th, 2012 at the Temple Style Ceremony at the Corporate Headquarters of the newly finished offices at City Creek Mall in Salt Lake City.**

III. **THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST AND ITS HIGH MANAGERIAL AGENTS ARE CONCEALING OVER 50 FELONY CRIMES which are explained in the approximate 300 page complaint sitting in the United States District Court for the District of Utah with the honorable Chief Judge Robert J Shelby refusing to follow the procedures of the RICO act of 1970 and also is completely dismissing the plea of a son on behalf of his precious daughters to respect the general assembly 40/34 resolution regarding victims' rights as it pertains to gross violations of civil rights by those abusing their power of office.**

4

IV.  The evidence proves undeniably that Bryan and Lisa Stephens "cut a deal with the devil" and the "robbers" acting on behalf of its principal "cop" accepted service to rape, pillage, plunder, and murder the innocent victims of "my father's house" and committed seven years of non-stop torture in the most cruel of manner ever witnessed by humanity and has resulted in the "COMPLETE EMBEZZLEMNT" of the sacred estates of max and Joyce Eliason.

V.  THE ESTATES OF MAX AND JOYCE ELIASON DO NOT HAVE REPRESENTATION BY ANY ATTORNEY FROM KIRTON MCCONKIE even though my dear parents were lied to under the direction of Dallin H Oaks in order to obtain the wealthy oil and gas properties which have been stolen from Eliason Eight, LLC as is consistent with the objectives of "the new world order" a la "one world religion" which has bought "one world government" and run by "one satanic cult" which Herr Oaks "serves" at Kirkland Ellis a la "illuminati".

VI.  KIRTON MCCONKIE ILLEGALLY NAMED LISA STEPHENS AS THE "SOLE TRUSTEE" OF THE JOYCE S ELIASON TRUST DATED OCTOBER 28TH, 2015 UPON THE DEATH OF JOYCE S ELIASON ON MAY 21ST, 2018. MAX D ELIASON IS STILL ALIVE AND IS THE SUCCESSOR TRUSTEE AND SETTLOR OF THIS A/B TRUST WHICH WAS ACCOMPLISHED VIA THE FRAUDULENTLY MODIFIED "ORIGINAL TRUSTEE SUCCESSION ORDER" SECTION 6.1 AS ILLUSTRATED IN EXHIBIT "K" AND IN THE ORIGINAL COMPLAINT FILED WITHIN THE UNTIED STATES DISTRICT COURT FOR THE DISTRICTS OF UTAH, COLORADO, HAWAII, THE UTAH SUPREME COURT, AND NOW SITS IN THE HANDS OF THE JUSTICES OF THE SUPREME COURT OF THE UNITED STATES.

VII.   MR CRAIG MCCULLOUGH FILED A FRAUDULENT DOCUMENT WITH
       THE PROBATE COURT AND JUDGE ROYAL HANSEN ON JUNE 18TH, 2018
       STATING THAT I; BRETT L ELIASON HAD GIVEN HIM PERMISSION TO
       WAIVE MY RIGHT TO SERVE AS PERSONAL REPRESENTATIVE OF
       JOYCE S ELIASON AND ALSO FILED THE SAME DOCUMENT ON
       BEHALF OF MY FATHER MAX D ELIASON AND MY BROTHER, MARK D
       ELIASON.  LISA STEPHENS STATES THAT SHE IS THE PERSONAL
       REPRESENTATIVE AND THE SOLE TRUSTEE TO WHICH SHE IS
       LEGALLY NEITHER.

VIII.  IMAGINE WAKING UP AND REALIZING YOUR HOUSE IS ON FIRE,
       YOUR MOTHER HAS BEEN MURDERED, YOUR FATHER HAS
       BEEN KIDNAPPED AND PUT UNDER FALSE HOUSE ARREST,
       EVERY ASSET YOU OWN HAS BEEN STOLEN, SOMEONE HAS
       ACCUSED YOU AND FOUND YOU GUILTY AND SENTENCED YOU
       FOR A CRIME YOU STILL ARE UNAWARE YOU HAVE
       COMMITTED, YOU HAVE BEEN ILLEGALLY DIVORCED, YOUR
       BIRTHRIGHT HAS BEEN STOLEN, YOUR DAUGHTERS ARE
       FACING THE UNIVERSITY OF PIONEER PARK FROM THE THEFT
       AND ASSAULT ON YOUR LIFE, YOU LOST 35 MEMBERS OF YOUR
       FAMILY DUE TO THE ASSASINATION OF YOUR CHARACTER,
       YOUR SIBLINGS ARE TRYING TO KILL YOU, EVERY ACCOUNT
       YOU OWN VIA BUSINESS; TRUST; OR PERSONAL HAS BEEN
       CLOSED, YOU HAVE BEEN REMOVED FROM YOUR OWN LLC'S AS
       MEMBER MANAGER BY A FELON NAMED CRAIG MCCULLOUGH,
       YOU CALL 9-11 AND NOBODY FROM THE POLICE WILL RESPOND,
       YOU GO TO THE FBI AND THEY ARE OF "JESUS CHRIST
       HIMSELF", THE DISTRICT ATTORNEY HAS NO INTEREST IN
       PROSECUTING "GOD", AND AM NOW RESPONDING TO THE 16TH,
       JUDGE WITH NOT ONE OF THEM STANDING UP FOR THE
       VICTIMS' RIGHTS.

# THE RESPONSIBILITY OF THE UNITED STATES DEPARTMENT OF JUSTICE

The Laws surrounding the RICO Act of 1970 were specifically created for circumstances such as what has been committed over the past seven years by dark web of corrupt individuals who feel immune to the same laws as the Mafia Families who were far less successful in their efforts; as this group of criminals associated herein have infiltrated and are commanding a "Shadow Government" known as "Deep State" and/or "The New World Order". Nonetheless; it is not because the United States Attorney General William Barr belongs to this group of "Felons at Large" along with a "False Prophet Dallin H Oaks" that permits this type of Mafiacracy to go unpunished because of some prestigious Title including President of the United States who "Brother William Barr" tried to have impeached during the same week the RICO Allegations were being made against Dallin H Oaks.

IT SHOULD NOT BE THE RESPONSIBILITY OF A VICTIM TO INFORM THE UNITED STATES DEPARTMENT OF JUSTICE WHICH ACTIONS SHOULD BE FOLLOWED WHEN A RICO ACT VIOLATION IS PRESENTED TO THEM WITHIN THEIR COURT.

## 18 U.S. Code § 1965 Venue and Process

A. Any civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.

B. In any action under section 1964 of this chapter in any district court of the United States in which it is shown that the ends of justice require that other parties residing in any other district be brought

7

before the court, the court may cause such parties to be summoned, and process for that purpose may be served in any judicial district of the United States by the marshal thereof.

C. In any civil or criminal action or proceeding instituted by the United States under this chapter in the district court of the United States for any judicial district, subpoenas issued by such court to compel the attendance of witnesses may be served in any other judicial district, except that in any civil action or proceeding no such subpoena shall be issued for service upon any individual who resides in another district at a place more than one hundred miles from the place at which such court is held without approval given by a judge of such court upon a showing of good cause.

D. All other process in any action or proceeding under this chapter may be served on any person in any judicial district in which such person resides, is found, has an agent, or transacts his affairs.

The Victim/Plaintiff herein has included the afore referenced justification for Venue as it pertains to the recent challenge of said location in the United States District Court for the District of Hawaii and once again the Defendants challenge collapses immediately within each category listed above and it is the responsibility of the United States District Court of Hawaii to immediately treat this matter for what it is; THIS IS ORGANIZED CRIME AND RACKETEERING AT ITS "FINEST AND WORST" AND CARRIED OUT BY PRESTIGIOUS POLITICAL AND RELIGIOUS LEADERS WHO FEEL IMMUNE TO THE LAWS OF THE UNITED STATES CONSTITUTION AND WHOSE CORRUPTION WILL REDEFINE "EVIL" WITHIN THE HISTORY BOOKS AND THE WALLS OF SHAME AS SEEN THROUGH THE EYES OF HISTORY AND ITS DISPLAY OF WHAT DEGRADATION CAN OCCUR WHEN ABSOULTE POWER CORRUPTS ABSOLUTELY.

## 18 U.S. Code § 1966 Expedition of Actions

- ❖ In any civil action instituted under this chapter by the United States in any district court of the United States, the Attorney General may file with the clerk of such court a certificate stating that in his opinion the case is of general public importance. A copy of that certificate shall be furnished immediately by such clerk to the chief judge or in his absence to the presiding district judge of the district in which such action is pending. Upon receipt of such copy, such judge shall designate immediately a judge of that district to hear and determine action

## 18 U.S. Code § 1968 Civil Investigative Demand

- ➢ Whenever the Attorney General has reason to believe that any person or enterprise may be in possession, custody, or control of any documentary materials relevant to a racketeering investigation, he may, prior to the institution of a civil or criminal proceeding thereon, issue in writing, and cause to be served upon such person, a civil investigative demand requiring such person to produce such material for examination.

The Victims herein have provided the United States District Court for the District of Hawaii with over 300 pages of documentation with over 50 allegations of felony activities which each qualify under the RICO Act of 1970 and the Defendants who admitted to an intentional breach of fiduciary duty to their clients Max D Eliason cannot produce one legal document which has the "DNA" of Max and Joyce Eliason based on the fact that Bryan P Stephens has bribed the Law Office of Kirton McConkie with what will arguably be the largest Bribe by an individual to an organization such as the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and who cannot produce one document of accounting associated with the missing $200 Million Dollar Estates.

Based upon <u>18 U.S. Code § 1968 Civil Investigative Demand</u> as explained above; the United States Attorney General should have sufficient reason to believe that Brother Dallin H Oaks as Trustee of the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints to issue in writing and cause to be served on said person a "Civil Investigative Demand" requiring the Defendants to produce such matter for examination and should include a complete detailed schedule of every financial and documentary transaction that has been made during the Estate Planning Process of Max and Joyce Eliason.  The Defendants are committing Felony Concealment of every Trust Document and every account of Max and Joyce Eliason and/or the location of the missing $100M plus of oil properties which have been illegally removed from Eliason Eight, LLC along with every cash amount within the personal accounts and Trust Accounts of the respective estates.

# THIS IS A PARTIAL LIST OF CRIMES COMMITTED TO WHICH THE "COP" AND ITS "ROBBER" KMC LAW HAVE NO RESPONSE

1. **Attempted Murder** *(Both Joyce Eliason and Brett Eliason)*

2. **Bribery** (All Compensation paid to the "COP" and KMC Law was Bribes)

3. **Extortion** (See the Cause of Action relating to "My 3-D ME")

4. **Embezzlement** (The combined estates of Max and Joyce have been embezzled.

5. **Fraud** (Of EVERY document within the Estate Plan of Max and Joyce Eliason)

6. **Wire Fraud** (Funds stolen from Eliason Eight and wired to the IRS for taxes)

7. **Financial Institution Fraud** (All Accounts illegally closed without accounting).

8. **Obstruction of Justice** (Every Motion the Defendants File and block Justice)

9. **Obstruction of Criminal Investigation** (The United States Dept of Justice)

10. **Obstruction of State or Local Law Enforcement** (Unified Police, District Attorneys)

11. **Tampering with a witness** (Bribing and/or coercing Plaintiffs' Attorneys etc.)

12. **Tampering with a Victim** (Declaring Max incompetent and Plaintiff insane)

13. **Retaliation against a Victim** (Max under house arrest while they "undo" Plaintiff.

14. **Theft of Trade Secrets** (KMC supported the theft of My 3-D ME Technology)

15. **Money Laundering** (Perform a forensic audit of cash paid to Kirkland Ellis Law)

16. **Tax Evasion** (The $100 Million of stolen Oil Properties was not reported to IRS)

17. **Falsification of Government Documents** (See Probate Trust Documents)

18. **Felony Defamation** (Fraudulent allegations filed against plaintiff with State APS)

19. **Abuse and Exploitation of Vulnerable Adults and Children**

20. **Abuse of Power of Office with malicious financial and emotional assaults**

## THE UNCONSTITUTIONALITY OF THE ACTIONS HEREIN

I AM ATTATCHING HERETO A RECENT FILING MADE TO THE PROBATE COURT OF THE THIRD DISTRICT COURT OF UTAH WHICH HAS GONE UNHEARD AS HAS EVERY MOTION MADE INCLUDING OVER 20 COMBINED MOTIONS FOR A DEFAULT SUMMARY JUDGEMENT TO WHICH DEFENDANTS HAVE NOT BEEN REQUIRED TO EVEN RESPOND.

THE VICTIMS HEREIN ARE MAKING A DESPERATE PLEA THAT THE HONORABLE JUDGE FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTHERN TEXAS BE THE ROCK FOR THE COUNTRY AND DEMOCRACY AND PROVE THE STATEMENT KNOWN WORLD-WIDE AS "DON'T MESS WITH TEXAS" BY APPOINTING U.S. ATTORNEY ERIN NEALY COX TO THIS LANDMARK CASE AND GOING AGAINST WHAT WILL BE EXPOSED AS THE "DEEP STATE" MOVEMENT WHICH IS PROVEN WITHIN THE THOUSANDS OF SUPPORTING DOCUMENTS TO BE NOTHING SHY OF A TERRORIST DIVISION OF THE GROUP KNOWN AS THE "ILLUMINATI" WHICH HAS TIES TO DALLIN H OAKS THROUGH THE LAW OFFICE OF KIRKLAND ELLIS IN CHICAGO.

IT IS A SAD DAY FOR DEMOCRACY WHEN THE VICTIM HEREIN HAS BEEN FORCED INTO CREATING HIS OWN NEWSPAPER FOR DISTRIBUTION AS THE "FREEDOM OF THE PRESS" SPOKEN OF IN THE FIRST AMENMENT HAS BEEN "ERASED FROM EXISTENCE" JUST AS IS THE CASE WITH THE NAMES OF MY PARENTS AND THEIR OWN LEGACIES THEY SOUGHT TO PASS ON TO THEIR POSTERITY AS ORDAINED AND ESTABLISHED BY THE UNITED STATES CONSITITION. A COPY OF THIS NEWSPAPER WHICH HAS EXTREMELY LIMITED CIRCULATION IS ALSO ATTACHED HERETO WITH NOT ONE OF THE FACTS DISPUTED BY THE DEFENDANTS.

# PROPOSED ORDER BY THE UNITED STATES
# <u>DISTRICT COURT OF NORTHERN TEXAS</u>

THE UNITED STATES DISTRICT COURT HEREBY COMPELS AND DEMANDS THAT THE
CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY
SAINTS (AS PRINCIPAL) BE REQUIRED TO ACCOUNT FOR THE MISSING ASSETS OF THE
ESTATES OF MAX AND JOYCE ELIASON WHICH HAVE BEEN EMBEZZLED THROUGH THE LAW
OFFICES OF KIRTON MCCONKIE WHO IS AN AGENT ACTING ON THEIR BEHALF AND UNDER
THE DIRECTION OF THE "HIGH MANAGERIAL AGENT DALLIN H OAKS" (PRESIDENT OF THE
QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS).

IN ADDITION TO THE IMMEDIATE ACCOUNTING WHICH IS OWED BY STATE AND FEDERAL LAW
TO BE PROVIDED TO THE PLAINTIFF AS THE ACTING AGENT, TRUSTEE, PERSONAL
REPRESENTATIVE, AND BENEFICIARY OF THE MAX AND JOYCE ELIASON ESTATES, IS THE
IMMEDIATE DEMAND TO DISCLOSE UNDER WHAT LEGAL BASIS AND JURISDICTION THE
DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF
LATTER DAY SAINTS CAN CITE WHICH PERMITS THEM TO LEGALLY REPRESENT DEFENDANTS
BRYAN AND LISA STEPHENS (AS SOLE TRUSTEE), AND MARK AND LAURIE ELIASON WITHOUT
DISCLOSURE TO EITHER VICTIM MAX D ELIASON (WHO IS SETTLOR AND CO-TRUSTEE) OR HIS
SON BRETT L ELIASON.

THE DEFENDANTS ARE ADVISED THAT THEY ARE CONSIDERED PERSONALLY LIABLE FOR
BOTH CRIMINAL AND CIVIL DAMAGES ASSOCIATED HEREIN AND ARE RESPONSIBLE UNER THE
UNITED STATES LAWS SURROUNDING CORPORATE OFFICER LIABILITY AND AGENCY AND
THAT ANY CONCEALMENT HEREIN OR HEREAFTER IS A FELONY CHARGE OF "OBSTRUCTION
OF JUSTICE" AND WILL BE HELD ACCOUNTABLE WITH NO IMMUNITY OFFERED FOR ABUSING
ONE'S POWER OF OFFICE ALSO ALLEGED HEREIN UNDER THE GENERAL ASSEMBLY 40/34.

Signed this ___ day of _____, 20___.

BY THE HONORABLE UNITED STATES DISTRICT
COURT **CHIEF JUDGE BARBARA M.G.
LYNN** FOR THE DISTRICT OF NORTH TEXAS

_____

13

## CONCLUSION AND REQUEST BY THE VICTIMS

This is the most tragic display of how corruption which goes unchecked leads to the demise and the undermining of society as we know it.  Anyone who "knows" or understands the level of corruption herein and is not doing everything in their power to bring the guilty "World Elite to Justice"; is literally "commanding" that the corruption continues and grows until it wipes out the planet before the COVID 19 Virus can do it.

This should be considered an URGENT matter to the Government especially when it implies that Presidential appointment such as Chief Judge Robert J Shelby are implicated with little possibility that he or Magistrate Dusting Pead have for not taking this matter seriously when filed under RICO on February 25th, 2020 and them not even requesting that the "COP" or KMC Law provide the legal documents which Plaintiff is entitled to on behalf of himself and as the Executor and Agent of Max D Eliason with the associated duties of Trustee, Beneficiary, and Member Manager of Eliason Eight, LLC and Eliason Enterprises, LLC.

IT IS PROPOSED THAT THE ACTIONS HEREIN BE CONSIDERED "UNCONSTITUTIONAL" AS PER THE RULES OF THE UNITED STATES DISTRICT COURT SYSTEM AND THAT THE APPROPRIATE DOCUMENT BE EXECUTED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTHERN TEXAS AND THE ATTORNEY GENERAL OF THE UNITED STATES FOR THE DISTRICT OF NORTHERN TEXAS BE APPOINTED TO PROSECUTE THIS MATTER AND PUT OUT THE "EVIL FIRE" BEFORE IT CONSUMES THE FREEDOMS WHICH AMERICA WAS BUILT UPON BY OUR DIVINELY INSPIRED FOUNDING FATHERS WHOSE VOICES SCREAM FROM THE GRAVE ALONG WITH AN ENTIRE ARMY OF ANCESTORS ALL WHO ARE "ALL IN" DURING THIS ARMAGEDDON.

IF ANYONE IS LOOKING FOR PROOF THAT "GOD IS NOT DEAD; NOR DOTH HE SLEEP"; the events which have brought this matter to the Tenth Circuit Court of The United States and The District of Colorado would inspire even an "atheist" to follow the trail of countless interventions and the associated "unfolding of events" before Plaintiff's eyes which in the end will prove the Defendants lives are all based on lies.

I would dare anyone who is following this matter and who is familiar with 3 Nephi and other biblical scripture associated with "End Times" to dispute that this "Revealing of the Lawless Man and The Son of Destruction" is before the eyes of the world and that the "Prince of Lies" would be found within the "Sanctuary of The Temple Walls" after a Seven Year Battle which would happen immediately preceding "The Great Apostacy" which would likely be the imminent result of The Officers of COP and the dozens of associated "righteous" members of society being locked up for 1,000 years and the LDS Church bankrupted by not being able to correctly answer the one blaring question from scripture concerning Fiduciary Duty.

I ask once again that the First Presidency and the Quorum of The Twelve Apostles of The Church of Jesus Christ of Latter-Day Saints to answer the simplest of all questions that shall determine your innocence or guilt at the "FINAL JUDGEMENT BAR EXAM OF GOD" … "DO YOU SERVE ME?" This ending is foretold in prophesy in a battle wherein "God and ME" and "WE THE PEOPLE OF THE UNITED STATES" ARE HOLDING THE DEFENDANTS IN CHECKMATE on page one and they refuse to admit that one "PAWN of GOD" could take out a their "KING of FRAUD" and Legion of Thugs who are all playing for the "ARMY of FRAUD".  Welcome to your own personalized form of Armageddon and "AMEN" to your Priesthood and rights to be called Free Men; A Dieu.

/s/ Brett L. Eliason

15

Mr. Brett L. Eliason
43 South Fairway Drive
North Salt Lake, Utah 84054
801-949-0080
Brett.eliason1@gmail.com
Plaintiff is Self-Represented "Pro Se"

# IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH SALT LAKE COUNTY

## Court Address: 450 South State Street, SLC Ut 84111

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF JOYCE STILLMAN ELIASON, AKA JOYCE S ELIASON (DECEASED MAY 21ST, 2018) | SECOND MOTION TO COMPEL THE THIRD DISTRICT COURT OF UTAH TO APPOINT A RECEIVER AND COMPLETE A FORENSIC AUDIT ON EVERY TRANSACTION AND DOCUMENT THAT HAS BEEN FRAUDULENTLY CREATED OVER THE PAST SEVEN YEARS AS PART OF THE ESTATE PLANNING PROCESS OF MAX AND JOYCE ELIASON. |
| BRETT L ELIASON; CO-TRUSTEE, AGENT, PERSONAL REPRESENTATIVE, AND BENEFICIARY OF THE ESTATES AND TRUSTS OF MAX AND JOYCE ELIASON DATED OCTOBER 28TH, 2015 | |
| MAX D ELIASON; SETTLOR AND CO-TRUSTEE OF THE MAX AND JOYCE ELIASON TRUSTS DATED OCTOBER 28TH, 2015 | SECOND MOTION TO HAVE THIS MATTER DEEMED UNCONSTITUTIONAL AND APPOINTED TO A DISTRICT ATTORNEY FOR CRIMINAL PROSECUTION OF OVER 50 FELONY CRIMES IDENTIFIED OVER THE PAST SEVEN YEARS. |
| **Plaintiff** | |
| v. | SECOND MOTION TO COMPEL THE THIRD DISTRICT COURT TO RECOGNIZE THE VICTIMS' RIGHTS AS PER THE GENERAL ASSEMBLY RESOLUTION 40/34 AS IT PERTAINS TO GROSS VIOLATIONS OF CIVIL RIGHTS THROUGH THE ABUSE OF POWER OF OFFICE OF BOTH POLITICAL AND RELIGIOUS LEADERS |
| LISA ELIASON STEPHENS "SOLE TRUSTEE" OF THE MAX AND JOYCE ELIASON TRUSTS DATED OCTOBER 28TH, 2015 | |
| BRYAN P STEPHENS AS SON-IN-LAW AND CPA FOR MAX AND JOYCE ELIASON | |
| CRAIG MCCULLOUGH, ATTORNEY FOR MAX AND JOYCE ELIASON WHO KIRTON MCCONKIE HAS ADMITTED TO HIS "UNDISCLOSED CONFLICT OF INTEREST" WITH TWO OF THE THREE BENEFIICIARIES AND THEIR SPOUSES AND WHO IS OPENLY REPRESENTING THEM AS THEY ARE COMMITING ONGOING RETALIATION AGAINST THE VICTIMS THEY WERE PAID TO PROTECT AND REPRESENT WITH IMPARTIALITY | SECOND MOTION TO COMPEL THE COURT TO RECOGNIZE THE "SMOKING GUN" ON PAGE ONE HIGHLIGTED IN RED WHEREIN THE LAWS OF "RES IPSA LOQUITUR" DEMAND THAT THE BURDEN OF PROOF BE PLACED UPON THE DEFENDANTS TO EXPLAIN HOW LISA STEPHENS CAN LEGALLY BE THE SOLE TRUSTEE OF THE TRUSTS TO WHICH MAX D ELIASON IS THE LAWFUL SUCCESSOR TRUSTEE... |
| **Defendant** | Judge: ELIZABETH A HURBY-MILLS |
| | Probate No. 183901323 |

1

DEAR HONORABLE JUDGE HURBY-MILLS,

I would be lying if I said I was surprised that you refused to take any action on behalf of a family screaming for relief after it has been brutalized by the Defendant Corporation of The President of the Church of Jesus Christ of Latter-Day Saints and its Agent Law Office of Kirton McConkie since The "STATE" of Utah has clearly been bought by The "CHURCH".

How repulsive has our society and community become when our Judicial Court System has become so corrupt that a son is being illegally prohibited from ever seeing his father again just so that Kirton McConkie and the LDS Church can silence the voice of someone they deceived into believing represented his and his wife's estates.

The evidence is clear that Kirton McConkie never represented Max and Joyce Eliason and you are fully aware of the fact that it is legally impossible for the "Lord's Lawyers" to represent two of the three beneficiaries and their spouses but not their own client or their youngest son who has been fraudulently accused of a Third Degree Stalking Charge with a warrant issued for the arrest of a victim of the most heinous display of a Conspiracy to Commit Aggravated Abuse and Exploitation of the Vulnerable Adults and Children that were deceived into believing the LDS Church and its Lawyers could be trusted with the sacred estates that you as a Probate Judge also refuse to protect.

I am at a loss for words as to how the Political and Religious Leaders of the State of Utah can awake each day knowing they are betraying everything this Country stands for and is bowing and kissing the feet of a man named Dallin who took over the position of Trustee of the "COP" and is playing "GOD" with the tithes and offerings he has stolen from the Church in order to fulfill his twisted "Secret Elite Society" fantasy of total world domination and he has clearly "bought" the United States Department of Justice along the way. How many victims of this definition of "Gadianton Robbers" are being tortured because the "Honorable" Judges refuse to uphold the Constitution or to even have compassion on innocent families who are screaming for relief while all the Judges feel is apparent Greed.

2

## THE CORPORATION OF THE FOURTH REICH OF LATTER-DAY ASSASINS

I shall continue to go through the motions of explaining to the Judges such as yourself the obvious "PURE TRUTH" that each conspirator herein has become a "Getaway Car Driver" and each participant is "driving like hell" trying to get away. You will find your name on the complaint which was delivered to the Justices of the Supreme Court of the United States which I am sure you realize now includes the five "Dishonored Justices" of The Utah Supreme Court.

I have no reason to believe there is one single State of Federal Judge or Justice in the entire State of Utah who is going to "Choose the Right"; for I have copied every Judge in the United States District Court for the District of Utah many times and realized there are no laws applicable to the crimes being committed daily by the Corporate Empire and Secret Satanic Society of the same "GEEZUS KHRIST" that HERR HITLER spoke of when he called his work "CHRISTIAN".

## A BRIEF REFRESHER FOR THE RECORDS OF THE COURT:

The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints accepted service on behalf of my two siblings and their spouses to "buy with bribes" the Estates of my dear parents Max and Joyce Eliason with the relationship being consummated under Fraudulent Misrepresentation on June 20th, 2013.

MY SIBLINGS TRIED TO "BUY" THE ESTATES OF MY PARENTS AND TO SCREW THE BRAINS OUT OF THEIR OWN PARENTS AND THEIR YOUNGEST BROTHER, AND THE CORPORATION OF THE PRESIDENT AND KMC LAW FELT ENTITLED TO "SELL" THE ESTATES FOR "GOD ONLY KNOWS" WILL PROVE TO BE THE BIGGEST BRIBE IN RECORDED HISTORY.

I won't insult your intelligence by explaining that the problem the Defendants are facing is that there is no "DNA" of Max or Joyce Eliason on any documents within this Estate Planning Murder Scam that has been carried out literally by the "Gadianton Robbers" foretold in 3 Nephi of the LDS Scripture Book of Mormon regarding what would come in the Latter-Days of the world. Ironically; the most outspoken Prophet regarding this prophesy fired Dallin Oaks as President of BYU for his extreme left-wing political views and teachings of Socialism/Communism.

3

THE FACTS WHICH HAVE NOT BEEN DENIED NOR CAN BE:

I.     THE ESTATES OF MAX AND JOYCE ELIASON HAVE BEEN EMBEZZLED EVEN THOUGH MAX D ELIASON IS STILL ALIVE AND THE RESPECTIVE SETTLOR, TRUSTEE, AND "CREATOR" OF THE MAX AND JOYCE ELIASON TRUSTS DATED OCTOBER 28TH, 2015.

II.    KIRTON MCCONKIE ILLEGALLY NAMED LISA STEPHENS AS THE SOLE TRUSTEE AND THE PERSONAL REPRESENTATIVE AND DID SO BY FRAUDULENTLY MODIFYING PROBATE DOCUMENTS WITHIN YOUR COURT IN JUNE OF 2018 WHEN JOYCE S ELIASON DIED.

III.   THE CORPORATION OF THE PRESIDENT AND ITS CORPORATE OFFICERS AND LEADERS OF THE LDS CHURCH HAVE NEVER PROVIDED ONE SINGLE DOCUMENT ACCOUNTING FOR THE LOCATION OF THE MISSING $200 MILLION AND HAVE NO INTENTION OF EVER MAKING ONE EFFORT OF "GOOD FAITH" TOWARDS THOSE THEY WERE ENTRUSTED TO PROTECT AND REPRESENT WITH IMPARTIALITY.

IV.    KIRTON MCCONKIE IS ILLEGALLY REFERRING TO LISA STEPHENS AS THE PERSONAL REPRESENTATIVE ON THE RECENT NOTIFICATION OF APPEARANCE OF COUNSEL WHICH HAS BEEN DISPROVEN IN PRIOR FILINGS IN THIS MATTER WHICH SHOWS THAT MR CRAIG MCCULLOUGH EMAILED THE PROBATE COURT STATING THAT MAX D ELIASON, MARK D ELIASON, AND BRETT L ELIASON HAD ALL RESCINDED THEIR RIGHTS TO BE PERSONAL REPRESENTATIVE OF JOYCE ELIASON.

V.     THE RELATIONSHIP WAS ILLEGALLY CONSUMMATED VIA FRAUDULENT MISREPRESENTATION WHICH DEMANDS THE COMPLETE RESCISSION OF ALL DOCUMENTS AS IF THE RELATIONSHIP HAD NEVER BEEN CONSUMMATED; AND YET THE UNITED STATES DEPARTMENT OF JUSTICE REFUSES TO EVEN ASK THE DEFENDANTS WITH A "PRETTY PLEASE" WHERE IN THE HELL THE $200 MILLION IN ASSETS HAS BEEN DISTRIBUTED OVER THE PRIOR SEVEN YEARS.

VI.    KIRTON MCCONKIE ADMITTED TO HAVING AN "ILLEGAL UNDISCLOSED CONFLICT OF INTEREST" ON FEBRUARY 11TH, 2019 AND THE VICTIM HEREIN WAS TOLD TO "SUE" KMC LAW IN ORDER TO PROTECT HIS RIGHTS AND THOSE OF HIS FATHER TO WHOM THE LDS CHURCH OWES A FIDUCIARY DUTY.

VII.   THIS IS AN UNDENIABLE SECOND-DEGREE FELONY CONCPIRACY TO COMMIT AGGRAVATED ABUSE AND EXPLOITATION OF THE VULNERABLE ADULTS AND CHILDREN THE "COP" AND ITS "ROBBER" WERE PAID TO PROTECT BUT INSTEAD TURNED THEIR CLIENT INTO A VICTIM OF "PREY" OVERNIGHT.

VIII.  KIRTON MCCONKIE REFUSES TO PROVIDE A COPY OF THE ENGAGEMENT LETTER BETWEEN THEMSELVES AND MAX AND JOYCE ELIASON SINCE THEY NEVER REPRESENTED THEM.  THIS WAS A PRE-MEDITATED ASSAULT BY THOSE USING GOD AS A MARKETING TOOL AND FRAUD AS THEIR "GAME" TO RAPE, PILLAGE, PLUNDER, AND MURDER THE CLIENTS THAT THE THIRD DISTRICT COURT PROBATE (AMONG OTHERS) REFUSE TO ACKNOWLEDGE EVER EXISTED.

IX.    MAX D ELIASON IS STILL ALIVE AND WELL; BUT UNDER ILLEGAL HOUSE ARREST SINCE THE FOURTH REICH AND THE PROPHETIC REFERANCE TO SATAN AS BEING "THE ACCUSER" IS EVIDENT BY THE UNFOUNDED AND NAUSEATING FALSE ALLEGATIONS MADE IN BOTH THE PROBATE COURT UNDER JUDGE FAUST AND JUDGE PETIT; AND ALSO IN THE UTAH DIVISION OF ADULT PROTECTIVE SERVICES.

X.     I SWEAR UNDER PENALTIES OF PERJURY AND DEATH; THAT I HAVE NEVER DISRESPECTED MY FATHER OR MOTHER IN MY ENTIRE LIFE AND THAT THE ALLEGATIONS THAT I AM THE ONE WHO HAS ABUSED AND EXPLOITED MY PARENTS IS JUST AS FALSE AS THE LEADERS OF THE CHURCH WHO PRETEND TO BE "TRUE" PROPHETS, SEERS, AND REVELATORS OF THE GOD AND JESUS CHRIST WHOM THEY DEFILE WHILE TURNING THE TEMPLES AND THE COURTHOUSES INTO BROTHELS.

QUESTIONS FOR HOME TEACHERS AND JUDGES AFTER TEN FELONIES:

❖  HOW MUCH DOES THE SOUL OF A DISTRICT COURT JUDGE GO FOR ON SLEAZE BAY THESE DAYS SINCE THE EVIDENCE OF GUILT IS JUST AS EVIDENT AS THE TAIL HANGING OUT OF DALLIN'S ASS WHICH THE UNITED STATES DEPARTMENT OF JUSTICE KISSES AS BRIBE WHORES SINCE THE STOLEN TITHES AND OFFERINGS USED TO "NUMB THE HUMANITY" OUT OF THE SOULS OF THE "HONORABLE" CORRUPT SLUTS WHO ARE NOW GUILTY OF CONCEALING MORE CRIMES THAN THOSE THEY SENT TO JAIL COMBINED.

❖ I NEED NOT TEACH THE HONORABLE MEMBERS OF THE PROBATE COURT THE OBVIOUS FACT THAT ESTATE PLANNING FALLS UNDER CONTRACT LAW WHICH TOLERATES "ZERO FRAUD" AND ANY ONE OF THE ITEMS DISCUSSED ABOVE OR BELOW IS MORE THAN SUFFICIENT TO CAUSE AN HONEST JUDGE TO CALL IN A SWAT TEAM OF FBI AGENTS (BUT DALLIN'S FORMER POSTION AS FBI RECRUITER HAS MADE IT SO THEY ALSO REFUSE TO REPLY).

❖ HOW MUCH OF A REBELLION DO THE DEFENDANTS IMAGINE IS COMING AT THEM WHEN THE LDS FAITHFUL WHO ARE BEING BAMBOOZLED REALIZE THAT THE TERM APOCALYPSE LITERALLY MEANS THE "UNVEILING OF THE TRUTH" AND THAT WHAT "LIES" BEHIND THE TEMPLE WALLS IS THE FALSE PROPHET AND ANTI-CHRIST WHO HAVE BEEN USING THE TITHES AND OFFERINGS OF THE LDS CHURCH IN ASSOCIATION WITH THE NEW WORLD ORDER "SKULLS AND BONES" AND ILLUMINATI WHOSE AGENDA IS "TOTAL WORLD DOMINATION" AND MASS HUMAN EXTINCTION SUCH IS BEING PROVIDED BY THEM UNDER THE PANDEMIC OF COVID-19 (WHICH IS ONLY THE BEGINNING OF THEIR AGENDA TO DROP THE POPULATION BY 95% BY 2030.

❖ NO TRUE PROPHET OF GOD OR ANY OF THE MEMBERS OF THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES SHOULD EVER SHY AWAY FROM FACING A FORENSIC AUDIT REGARDING WHY THE LAW OFFICE OF DALLIN OAKS IN CHICAGO UNDER THE NAME OF KIRKLAND ELLIS IS THE HIGHEST GROSSING LAW FIRM IN THE WORLD ON A PER ATTORNEY BASIS (MONEY LAUNDERING 101 FOR DUMMIES AND RUMMIES).

❖ NO TRUE PROPHET OF GOD OR ANY OF THE MEMBERS OF THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES SHOULD EVER SHY AWAY FROM FACING AN ACCUSER IN A COURT OF LAW SINCE THEY ONLY DEAL IN THE "PURE TRUTH"; AND YET THEIR FORKED TONGUES ARE SILENCED BY THE SIMPLE YES OR NO QUESTION OF "DO YOU SERVE ME"?

❖ SMOKING GUNS 101 FOR FELONS HAVING FUN AS DISCUSSED IN EXHIBIT #1 UNDER DAMAGES SHOULD BE SOME SORT OF "RED ALERT" TO THE DEFENDANTS THAT THE ASSOCIATED DAMAGES IN THIS MATTER WILL EASILY CLIMB TO ONE TRILLION UNDER THE RICO ACT AND WILL IMPRISION EVERY CONSPIRATOR SUCH AS THE JUDGES WHO JOINED IN THE WOLF PACK

THE CRIMINAL COUNT CONTINUES FOR THE CIRCUS OF CORRUPTION...

XI.   IT IS ILLEGAL FOR KIRTON MCCONKIE TO REPRESENT MARK AND LAURIE ELIASON, AND BRYAN AND LISA STEPHENS AS TWO OF THE THREE SIBLINGS AND THEIR SPOUSES; AND YET THEY DO.

XII.   KIRTON MCCONKIE IS ILLEGALLY "NOT" REPRESENTING MAX D ELIASON "ME" NOR HIS SON "me" WITH IMPARTIALITY; AND YET THEY DO NOT.

XIII.   KIRTON MCCONKIE CAN NEVER LEGALLY REPRESENT TWO OF THE THREE BENEFICIARIES AND THEIR SPOUSES IF THEY EVER REPRESENTED MAX AND JOYCE ELIASON; AND YET THEY DO.

XIV.   KIRTON MCCONKIE ILLEGALLY HIRED ATTORNEY KENT SNIDER TO ENFORCE THE "ALIENATION" OF MAX D ELIASON FROM HIS YOUNGEST SON AND IS BUT ONE MORE "HIRED ASSASIN" AS HE HAS EVEN APPEARED AS COUNSEL TO REPRESENT LISA STEPHENS AGAINST PLAINTIFF'S BUSINESS IN TROLLEY SQUARE CALLED MY 3-D ME; WHICH WAS INTENTIONALLY TAKEN OUT BY THE SIBLINGS WHO FELT THEMSELVES "ENTITLED" TO ROB NOT ONLY MAX AND JOYCE BLIND; BUT TO DESTROY THE LIFE OF THEIR YOUNGEST BROTHER IN EVERY SINGLE WAY IMAGINABLE AND TO ILLEGALLY ROB HIM OF EVERY ASSET HE OWNED THROUGH THIS "MOBSTA BOSS" STYLE OF "ESTATE PLANNING MURDER.

XV.   EVERY JUDGE AND POLITICAL AND RELIGIOUS LEADER ASSOCIATED WITH THIS MATTER UNDERSTAND WITHOUT A DOUBT THAT THIS CASE INVOLVES THE INTENTIONAL ILLEGAL PRESCRIPTION OF MORPHINE SLAMMED INTO JOYCE S ELIASON WHICH PUT HER INTO A COMA HOURS AFTER SHE EXECUTED THE SECOND AMENDMENT TO THE JOYCE S ELIASON TRUST DATED APRIL 17TH, 2018 AND THE CORRESPONDENCE LEAVES NO DOUBT WHATSOEVER THAT THIS WAS MURDER SO THE DEFENDANTS COULD "CASH IN" ON THE UNDISCLOSED AND ILLEGALLY PLACED LIFE INSURANCE ON THE HEAD OF JOYCE S ELIASON.

XVI.   EACH OF THE JUDGES IN THE "DISRESPECTED" COURTHOUSES REFUSE TO UPHOLD THE CONSTITUTION AS IT PERTAINS TO THE VICTIMS RIGHTS UNDER BOTH THE RICO ACT OF 1970 AND THE RESOLUTION OF THE GENERAL ASSEMBLY 40/34 REGARDING GROSS VIOLATIONS OF CIVIL RIGHTS BY THOSE ABUSING THEIR POWER OF OFFICE; (THAT INCLUDES PROBATE JUDGES)

XVII.    THE VICTIM/PLAINTIFF HEREIN HAS SUBMITTED THE UNDENIABLE PROOF THAT THE DEFENDANTS UTILIZED A DETECTIVE FROM THE UNIFIED POLICE DEPARTMENT IN ORDER TO SECURE A WARRANT FOR MY ARREST FOR "SCREAMING" FOR HELP FROM THE UNITED STATES DEPARTMENT OF JUSTICE WHO SHOULD RETURN TO REMEDIAL "FIRST AMENDMENT RIGHTS" WHICH DISCUSS THE RIGHT FOR CITIZENS TO "REDRESS GOVERNMENT WITH GRIEVANCES WITHOUT FEAR OF RETRIBUTION??? THE FINE UPSTANDING CROOKED CORRUPT SLUT COP SCOTT WARENSKI NOT ONLY LIED ABOUT A VIOLATION OF TO TITLE 77, CHAPTER 3a OR A PERMANENT CRIMINAL STALKING INJUNCTION ISSUED PURSUANT TO UTH CODE 76-5-106.5; HE IS ALSO CURIOUSLY A GRADUATE OF OLYMPUS HIGH SCHOOL AND FRIEND OF MARK ELIASON AND BRYAN STEPHENS (NOW ISN'T THAT A COINCIDENCE?)

XVIII.    AFTER THE DEFENDANT TOM MECHAM TOLD PLAINTIFF TO "SECURE OUTSIDE COUNSEL" AND SUE KIRTON MCCONKIE TO PROTECT HIS RIGHTS; THEY FAILED TO MENTION THAT THEY WERE LAUNCHING A FULL BLOWN FINANCIAL AND EMOTIONAL ASSAULT TO STRANGLE THE VICTIMS FROM EVERY RESOURCE EXCEPT FOR WHATEVER BRYAN AND LISA STEPHENS DEEM APPROPRIATE FOR THE COST OF LIVING.

XIX.    MAX D ELIASON WAS ILLEGALLY DEEMED "INCOMPETENT" WHILE HIS YOUNGEST SONE WAS SIMULATANEOUSLY DEEMED "INCAPACITATED" IN ORDER TO SILENCE THE VOICES OF BOTH OF THEIR VICTIMS AND BOTH OCCURING DURING THE MONTH OF MAY 2019.

XX.    MAX D ELIASON WAS HUMILIATED BEFORE JUDGE FAUST ON MAY 29TH, 2019 AND NOBODY BOTHERED TO TELL THE PLAINTIFF THAT "PRIVATE DOCUMENTS" HAD BEEN FILED WITH ADULT PROTECTIVE SERVICES AND WITHIN THE COURT ROOMS OF JUDGE FAUST AND PETIT WHO LATER REFUSED A HEARING TO CONTEST THE REMOVAL OF PLAINTIFF'S RIGHT TO VISIT HIS OWN FATHER?? THE UPSTANDING MEMBERS OF THE UNITED STATES DEPARMENT OF JUSTICE, THE LEADERS OF THE "COP" AND ITS COCKROACH SLUT "ROBBERS" WHO HAVE FUCKED MY PARENTS BRAINS OUT OVER THE PAST SEVEN YEARS ARE THE SAME WHO ARE NOW EMPOWERED TO "PROTECT HIM" FROM THE ONLY CHILD WHO HAS NOT COMMITTED A FELONY IN THE PAST SEVEN YEARS (WHILE THEY SPORT 50+).

DISCUSSION AND BARRAGE OF PROFANITY AGAINST THE DEFENDANTS TO WHOM I PROJECTILE VOMIT MY PURE TRUTHS DOWN THEIR SATANIC BITCH THROATS SPEWING NOTHING BUT "PURE LIES" AND WHO ARE CONSIDERED SUB GUTTER RAT CRACK-HOES SUCKING DALLIN'S DEMONIC DIARRHEA & DEBAUCHERY OUT OF THE TOILETS AND ALL WHO HAVE PARTAKEN THEREOF CANNOT HIDE THE SATANIC DYE PACK WHICH EXPLODED LEAVING THEM JUST AS SPEECHLESS AS THEIR "GOD FRAUDER AND PRINCE OF LIES" AND UTAH'S OWN "SON OF PERDITION" AND SON OF A BITCH WHO IS NOT JUST INCAPABLE OF "HANDLING THE TRUTH", HE CANNOT STAND IN THE SAME ROOM WITH IT SINCE THE "RES IPSA LOQUITUR" HAS HIM IN CHECKMATE BEFORE HE OPENS HIS SERPENT MOUTH SLIT.

❖ THE DEVIL IS IN THE DETAILS; AND THE DETAILS ARE IN THE DEVILS. HOW IS SOCIETY GOING TO REACT AS THEY COME TO REALIZE THAT A SON HAS BEEN ILLEGALLY PROHIBITED FROM SEEING HIS OWN HERO DAD SINCE APRIL 17TH, 2019 AND THAT EVERY SINGLE INDIVIDUAL DEFENDANT KNOWS THAT HIS SON IS INNOCENT AND THAT THE ESTATES OF MAX AND JOYCE ELIASON HAD ALREADY GONE MISSING BEFORE JOYCE ELIASON DIED THE PRIOR YEAR ON MAY 21ST, 2018.

❖ DOST MINE "PROPHET TO BE" WISH TO REVISE THE PHILOSOPHY OF THE LDS CHURCH THAT FAMILIES ARE FOREVER TO NOW READ THAT IT IS ONLY "THE CELESTIAL ELITE MOBSTA BOSS FAMILIES" WHO HAVE SWORN ALLEGIANCE AND MADE COVENANTS WITH WHAT WILL BE EXPOSED AS THE FUCKING ILLUMINATI WHO "DALLIN DOES DEMONS" WITH AT KIRKLAND ELLIS IN CHICAGO WHICH MAKES "DEBBIE DOES DALLAS" LOOK LIKE A PRINCESS TOSSING PIXIE DUST  AND HAPPILY EVER AFTER ENDINGS IN DISNEYLAND COMPARED TO THE "HARDCORE PORNOGRAPHICALLY VIOLENT AND VILE HOUSE OF WHORERS BEING USED TO RAPE, PILLAGE, PLUNDER, AND MURDER ELDERLY MORMON PIONEER FAMILIES AS THIS SHIT FEST OF FREAKING FELONS AT LARGE HAVE DONE UNTO THE HOUSE OF MY FATHER WHICH IS STILL BURNING WITH INNOCENT VICITMS INSIDE YOU FILTHY ASS MEMBERS OF THE CHURCH AND STATE OF THE CORPORATION OF THE FOURTH REICH OF THE ASSASINS OF "GEEZUS KRIST" HIMSELF…I CALL FUBAR AND FUGAZI ON YOUR FILTHY MOTHER FUCKING WHORE SOULS AND GODSPEED AND GOD DAMN YOUR SOULS TO HELL FOR THE APPROPRIATE 1,000 YEARS OF JAIL TIME YOU HAVE WORKED SO HARD TO GO SIT IN HELL AND BURN…

9

LET'S RETURN TO THE "CRAZY CRAIG" TWO FOR ONE ESTATE SCAMMING SPECIAL WHICH INCLUDES FREE ILLEGAL MORPHINE TO TAKE OUT THE MOTHER BEFORE THE INSURANCE LAPSES AND INCLUDES CLASSES IN "HOW TO MAKE YOUR TEARS OF JOY APPEAR TO BE TEARS OF MOURNING" AND HOW TO BE THE BROTHERLY BETRAYING BITCH OF ALL TIME WHILE MAKING YOUR TARGET OF FRATRICIDE BELIEVE YOU ARE STILL AND ALWAYS WILL BE ON HIS SIDE...

WHEN MY SIBLINGS DECIDED THAT 33/33/33 WAS NOT GOOD ENOUGH FOR THEM; THEY WENT IN ON THE DEAL OF A LIFETIME WITH "THE DEVIL". THE EVIDENCE PROVES WITHOUT A DOUBT THAT INCLUDED IN THE "LET'S DISINHERIT BRETT" SCAM; WAS A "LET'S CREAM OUR PANTS WATCHING HIM WRITHE IN PAIN WHILE HE FOOLISHLY GAVE UP HIS ENTIRE LIFE TO CARE FOR MAX AND JOYCE EACH DAY FOR FIVE YEARS" ...

LOGIC WOULD SAY THAT THERE IS A GOOD REASON WHY THE DEFENDANTS WOULD USE FRAUDULENT MISREPRESENTATION AS A DIRECT LIE TO THEIR OWN PARENTS AND YOUNGER BROTHER AND HIS DAUGHTERS WHO ARE ALSO BEING "RAPED AND MURDERED" HEREIN...THAT REASON? LISA LITERALLY LOOKED AT ME IN THE EYES IMMEDIATELY AFTER THE DEATH OF MY MOTHER AND SAID "BRETT; YOU HAD DIFFERENT PARENTS THAN MARK AND I...WE WERE LIKE MY TWO LABRADORS SITTING OUT IN THE COLD WAITING FOR THEIR ALPO; WHILE YOU WERE MY POODLE SITTING ON THE WARM KITCHEN TABLE EATING FILET MIGNON.

THE PROOF SHOWS WITHOUT QUESTION THAT ALONG WITH THE RAPE, PILLAGE, PLUNDER, AND MURDER OF THE MAX AND JOYCE ELIASON ESTATE; WAS THE SATANIC GRATIFICATION WHICH CAN ONLY BE PRODUCED BY "TABOO EVIL" OF SURGICALLY "PICKING OFF" EVERY SINGLE ASSET AND CASH FLOW WHICH WAS LAWFULLY MINE (AND STILL IS) AND TO WHICH EACH OF THE FAMILY PARTICIPANTS ADHERED TO AND STILL CAN DO SINCE THE FIRST PRESIDENCY OF SATANIC WHORES AND THEIR MAJESTIC TWELVE FOOLISH FELONS SPORTING PRADA GARMENTS AND TEMPLE RECOMMENDS LOOK ON FEELING ENTITLED TO SILENCE AND KILL THE REMANENTS OF THE HOUSE OF MY FATHER. RES IPSA LOQUITUR ME BITCHES...YA FELL SHORT BECAUSE YOU BETRAYED YOUR GOD, YOUR COUNTRY, AND A MAN LIKE ME; AND THE SCRIPTURES ARE CLEAR IN 3 NEPHI THAT GOD WOULD NOT ALLOW THIS SHIT FEST TO GO UNPUNISHED IN THE LATTER-DAYS AS THE "BETRAYED ANCESTORS" WOULD COME BACK AND OPEN UP A CAN OF HOLY HELL "WHOOP ASS" SO BEHOLD YOUR PROPHESY FULFILLED.

10

XXI.  THE FELONS CREATED A FRAUDULENT "ELIASON 2015 TRUST" IN DECEMBER OF 2016 WHICH WAS CREATED WITH THE PURPOSE OF HAVING AN ENTITY TO PASS THE PURCHASE PRICE OF ELIASON EIGHT, LLC AND ELIASON ENTERPRISES, LLC TO THE ESTATES OF MAX AND JOYCE ELIASON.

XXII.  I AM A CO-TRUSTEE AND BENEFICIARY OF THIS ENTITY WHICH I WAS TOLD BY MR CRAIG MCCULLOUGH OF KIRTON MCCONKIE AND MY SIBLINGS WAS CLOSED WITH THE OPENING OF THE "ELIASON 2016 TRUST". I WOULD FIND OUT IN MAY OF 2019 THAT THIS ENTITY WAS STILL OPEN WITHOUT ANYONE OF THE MEMBERS OF THIS FELON FUCK FEST TO THINK TO TELL ME THAT IT STILL EXISTED WHICH IS CALLED "CONSPIRACY TO COMMIT AGGRAVATED CONCEALMENT" FROM THE "LORD'S LAWYERS" AND THE "COP' OF THEIR VERSION OF SOME AYRIAN NATION GOD THAT IS UNLIKE ANY FOUND IN THE HOLY SCRIPTURES.

XXIII.  AFTER RESEARCHING THE TAX RETURNS FOR THE ELIASON 2015 TRUST, I DISCOVERED THAT IT WAS NOT ONLY SUCKING MILLIONS OF DOLLARS OUT OF MY OWN FAMILY LLC'S KNOWN AS ELIASON EIGHT AND ENTERPRISES; IT OWNED OIL PROPERTIES WHICH WERE ILLEGALLY STOLEN OUT THE BACK DOOR WITHOUT ANYONE EVERY NOTIFIYING ME AS AN OWNER, TRUSTEE, AND BENEFICIARY?

XXIV.  I IMMEDIATELY DEMANDED ACCOUNTABILITY AND A FORENSIC AUDIT TO BE PERFORMED ON MAY 21ST, 2019 (EXACTLY ONE YEAR AFTER JOYCE S ELIASON HAD DIED); ONLY TO RECEIVE A LETTER FROM CRAIG MCCULLOUGH AS AN ILLEGAL TRUST PROTECTOR WHO REMOVED ME AS TRUSTEE AND BACKDATED THE LETTER TO MAY 20TH, 2019 SO AS TO REFUSE ME THE RIGHT TO ORDER OR REQUEST ANY AUDIT BE DONE?

XXV.  I WAS REPLACED BY MY SISTER IN LAW LAURIE ELIASON WHO IS FULLY AWARE OF HER CRIMES AND DULY AWAITING PUNISHMENT OF 1,000 YEARS FOR HER FILTHY "WHORESHIP" SHE CHOSE.

XXVI.  HERE IS AN ENTITY WHICH IS NOT EVEN SUPPOSED TO EXIST NOR DOES IT SERVE PURPOSE UNDER THE TERMS OF THE ESTATE PLAN OF MAX AND JOYCE ELIASON TO WHICH I WAS CONSIDERED A CO-TRUSTEE AND BENEFICIARY AND HAVE NOT RECEIVED ONE STATEMENT IN THE FOUR YEARS SINCE IT WAS CREATED; NOR SHALL I EVER (IF YOU ASK DALLIN).

XXVII.   AS A CO-TRUSTEE AND BENEFICIARY WHO IS ENTITLED TO "IMPARTIALITY" FROM THE LAWYERS OF JESUS CHRIST HIMSELF; TIS IT NOT JUST A TAD BIT ODD THAT MY BROTHER-IN-LAW BRYAN STEPHENS WHO WAS NEVER TO BE ENTITLED TO PARTICIPATE IN THE ESTATE PLANNING OF MY PARENTS IS IN COMPLETE CONTROL OF EVERY SINGLE PROPERTY UNDER THE ESTATES OF MAX AND JOYCE ELIASON.

XXVIII.  THE DOCUMENTS WHICH WERE PROVIDED ON THE SAME DAY I WAS "FIRED" FROM BEING TRUSTEE (SINCE I ASKED FOR ACCOUNTING); ARE FRAUDULENTLY MODIFIED ON EVERY PAGE WITH THE VERBIAGE OF EVERY PARAGRAPH MEANT TO PERMIT THE FELONS AT LARGE TO DISMISS MY RIGHTS SINCE THIS IS WHAT KIRTON MCCONKIE WAS BRIBED TO DO SINCE MAX AND JOYCE ELIASON WERE LIED TO ON DAY ONE OF THIS FELONY FUN.

XXIX.    HERE IS AN ENTITY THAT WAS CREATED UNDER THE SUPPOSITION THAT IT WOULD BE A "PASS-THROUGH" TO MAX AND JOYCE ELIASON; AND YET THE "PROOF IN THE PHUCKING PUDDING" SHOWS THAT IT HAS BEEN A "BACKDOOR" MEANS FOR THE CELESTIAL ELITE SLEAZERY TO PROVE TO THE WORLD THE TRUE MEANING OF "WHOREDOM".

XXX.     TO TOP OFF THIS FUCK FEST OF CORRUPT SLUTTED LEADERS OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND ITS ORGY OF ATTORNEYS IN THE WHOREHOUSE OF MCCONKIE; MR CRAIG MCCULLOUGH AS SR PARTNER OF KIRTON MCCONKIE LAW OFFICES HAS INCLUDED IN THE VERBIAGE; HIS UNDENIABLE RIGHT TO DISMISS THE RIGHTS OF BENFICIARIES AND TO CREATE NEW ONES AT HIS DISCRETION. HE IS FURTHERMORE PERMITTED TO CREATE "CHARITABLE TRUSTS" OF HIS CHOOSING AND TO CONTRIBUTE OR TO SELL ANY ASSETS OR PROPERTY OWNED BY THE ELIASON 2015 TRUST AS HE SEES FIT?????

UHHH.... DALLIN?  MY FORMER JUSTICE OF THE UTAH SUPREME COURT AND JURIS DOCTORATE DU JOUR; I KNOW THAT ONE "YES OR NO" QUESTION IS TOO HARD FOR YOU TO FACE IN COURT AND I AM ABOVE CERTAIN THAT YOU WILL ADHERE TO YOUR SCRIPTURES OF "MEIN KAMPH" IN REFUSING TO BE PRESENT WHEN YOU ARE WRONG, BUT I DO NOT THINK IT TAKES A REMEDIAL KINDERGARTEN CLASS TO UNDERSTAND THAT MY DAD WOULD KICK YOUR ASS SO HARD THAT IT WOULD COME OUT OF YOUR MOUTH WHERE THE JUDGES YOU HAVE BOUGHT CAN KISS YOUR SLITHERING TONGUE AND ASS AT THE SAME TIME...

## LET'S DO A LITTLE "CHIT CHAT" AT NUMBER THIRTY SHALL WE?

And it came to pass that the Wicked and Evil "Gangstas" were caught with their rancid garments down beneath their ankles with no place to hide and nowhere to go; and their skid marks of Hypocrisy open "Full Monte" which reek of unholy Satanic Ass and shows the world that they were nothing but a "Secret Slut Society" of greedy ass Hoes…

❖ MY DEAR JOHN DOE JUDGES AND JANE DOE JUSTICES OF THE UNITED STATES DISTRICT COURTS WHICH HAVE ALL REFUSED TO EVEN "COMMENT' ON THE CRIMES BEFORE YOUR EYES; HAS ANYONE OF THE MEMBERS OF THE UPSTANDING DEMOCRACY CREATED UNDER GOD SEE ANY ISSUES ARISING REGARDING "UNCONSTITUTIONALITY" AND/OR THE RESPECTIVE 50 FELONIES AS DEFINED UNDER THE RICO ACT FOR ORGANIZED CRIME AND RACKETEERING? ANYONE…ANYONE?

❖ DOES ANYONE IN THE GROUP OF DEFENDANTS REALIZE THAT UNDER RICO ALLEGATIONS; ALL OF THOSE WHO PARTICPATED HEREIN IN ANY WAY ARE CONSIDERED "MOBSTAS" AND GET SLAPPED WITH THE MURDER OF MY MOTHER AND THE ATTEMPTED ONES ON MY LIFE OVER THE PAST SEVEN YEARS; AND YET THESE "DIE HARD FELON JUDGES" SIT IN THE BIG WHITE BUILDING SEEN IN LEHI'S DREAM WATCHING AS THE FAITHFUL HOLD FAST TO THE IRON ROD? OOOPS…DID ANYONE FORGET THAT THERE IS A GOD? ANYONE…. ANYONE?

❖ YOU FOOLISH TWATS; HOW DOES IT LOOK FOR THE FOURTH REICH GOING FORWARD WHEN THE POPULATION REALIZES THAT I HAVE BEEN CALLING 9-11 EMERGENCY SINCE MY MOTHER DIED ON MAY 21ST, 2018 AND AM UNABLE TO EVEN FILL OUT A POLICE REPORT SINCE THEY ALL BELONG TO THE WHORES OF "GEEZUS KRISTE" HIMSELF AND THE GOD FRAUDER…

13

❖ I FINALLY GO TO HAWAII TO FILE THE COMPLAINT IN THE DISTRICT COURT UNDER CHIEF JUDGE MICHAEL SEABRIGHT AND JUDGE JILL OTAKE WHO GRANTED MY MOTION FOR AN INJUNCTION HEARING THE SAME DAY (ON JUNE 6TH, 2020) JUST TO HAVE THE LEGIONS OF THUCKS AND DEVILS WEARING PRADA GARMENTS GET AN ILLEGAL WARRANT FOR MY ARREST TO WHICH THIS THUCKERY IS STILL REFUSING TO DISMISS SO AS TO HOPEFULLY HIT ME WITH SOME "THREE STRIKES YOUR OUT OF SOCIETY" ACTION BEFORE TOO MANY INNOCENT MEMBERS OF THE LDS CHURCH REALIZE THAT YOUR WORD AND GOD'S WORD ARE NOT OF THE SAME DEITY?

❖ I HAVE GONE TO MULTIPLE POLICE PRECINCTS, THE DISTRICT ATTORNEYS OFFICE, THE UTAH BAR ASSOCIATION, THE FBI, THE IRS, ETC ETC ETC; ONLY TO FIND THAT THE WICKED AGENDA OF DALLIN H OAKS IS SO FAR ALONG THAT HIS PLOT TO HAVE THE "CHURCH BUY THE STATE" IS JUST ABOUT DONE… ALL HE IS MISSING IT WOULD SEEM; IS THE LEADER OF THE EXECUTIVE BRANCH WHICH IS NON OTHER THAN THE "TRUMP PROPHESY".

❖ ROTFLMFAO….REWIND THE PUBLIC TO DECEMBER OF 2019 WHEN MY BUSINESS PARTNER WAS BREAKING INTO MY HOUSE TO COMMIT MURDER AND "MITT THE SHITT" ROMNEY WAS IN WASHINGTON DC VOTING TO IMPEACH THE PRESIDENT OF THE UNITED STATES OF AMERICA FOR HIS "ABUSE OF POWER" AND THIS SENATE ASS HIGHNESS HAD THE NADS OF SATANIC STEAL IN STATING THAT HE WAS BASING HIS VOTE AGAINST THE PRESIDENT DUE TO HIS "CTR" UPBRINGING AND THE LAWS OF IMPARTIALITY?

❖ UHH…WHOA UNTO THOSE WHO CALL EVIL GOOD; AND GOOD EVIL YOU FILTHY ASS SENATOR WHOSE HEAD WILL BE EXPOSED AS IN "POP GOES THE WEASEL". THIS STATE IS DRIPPING WITH CORRUPTION SO DEEPLY AND BEING RULED BY THOSE SO UNHOLY IT IS SICKENING TO ANYONE WHO CHERISHES DEMOCRACY AND RESPECTS AND WORSHIPS THEIR GOD ABOVE. "MITT THE SHITT" IS TIED INTO THIS WHOREDOM AS SHALL BE PROVEN VIA HIS COUSIN PARK ROMNEY WHO WAS MY ATTORNEY WITH KAY BURNINGHAM IN DECEMBER AND WHO INTENTIONALLY TRIED TO "SABOTAGE" MY COMPLAINT AND SAID THAT THE CASE WOULD BE DISMISSED IF I DEMANDED AN EX-PARTE HEARING? WTF….MY SENATOR; YOU CAN IMPEACH AND JOIN YOUR PRINCE OF LIES IN HELL VERY SOON.

XXXI.   THE "COP" AND "ROBBER" ILLEGALLY CLOSED THE BUSINESS ACCOUNTS ON ELIASON EIGHT, LLC SO AS TO PROHIBIT ME FROM ACCESSING MY OWN CAPITAL TO SECURE THE OUTSIDE COUNSEL THEY TOLD ME TO PROCURE IN ORDER TO PROTECT THE RIGHTS OF MY FATHER AND ME.

XXXII.   THE "COP" AND "ROBBER" ILLEGALLY CLOSED THE BUSINESS ACCOUNTS ON ELIASON ENTERPRISES, LLC SO AS TO PROHIBIT ME FROM ACCESSING MY OWN CAPITAL TO SECURE THE OUTSIDE COUNSEL THEY TOLD ME TO PROCURE IN ORDER TO PROTECT THE RIGHTS OF MY FATHER AND ME.

XXXIII.   THE "COP" AND "ROBBER" ILLEGALLY CLOSED THE BUSINESS ACCOUNTS ON THE ELIASON 2015 TRUST SO AS TO PROHIBIT ME FROM ACCESSING MY OWN CAPITAL TO SECURE THE OUTSIDE COUNSEL THEY TOLD ME TO PROCURE IN ORDER TO PROTECT THE RIGHTS OF MY FATHER AND ME.

XXXIV.   THE "COP" AND "ROBBER" ILLEGALLY CLOSED THE BUSINESS ACCOUNTS ON THE ELIASON 2016 TRUST SO AS TO PROHIBIT ME FROM ACCESSING MY OWN CAPITAL TO SECURE THE OUTSIDE COUNSEL THEY TOLD ME TO PROCURE IN ORDER TO PROTECT THE RIGHTS OF MY FATHER AND ME.

XXXV.   THE "COP" AND "ROBBER" ILLEGALLY CLOSED THE PERSONAL ACCOUNTS OF MAX D ELIASON SO AS TO PROHIBIT "ME" FROM ACCESSING HIS OWN CAPITAL TO SECURE THE OUTSIDE COUNSEL THEY TOLD ME TO PROCURE IN ORDER TO PROTECT THE RIGHTS OF MY FATHER AND ME.

XXXVI.   THE "COP" AND "ROBBER" ILLEGALLY REMOVED ME AS "MEMBER MANAGER" OF ELIASON EIGHT LLC WHICH I PAID FOR (AND THE FELONS TOOK THE BOOTY THEREOF AND RAN) SO AS TO PROHIBIT ME FROM GETTING THE STATEMENTS REQUIRED BY LAW AND WAS DONE UNDER THE AUTHORITY OF MR CRAIG MCCULLOUGH WORKING DIRECTLY UNDER THE DIRECTION OF "BROTHER BAD BOY OAKS THE JOKE" A LA MAFIA BOSS MAN.  YOU PATHETIC PUNK ASS CROOKS...ERR; CAN ANYONE SAY "CONFLICT OF INTEREST FOR BROTHELS AND WHORES" ...ANYONE, ANYONE?

XXXVII.   THE "COP" AND "ROBBER" ILLEGALLY REMOVED ME AS "MEMBER MANAGER" OF ELIASON EIGHT LLC WHICH I PAID FOR (AND THE FELONS TOOK THE BOOTY THEREOF AND RAN) SO AS TO PROHIBIT ME FROM GETTING THE STATEMENTS REQUIRED BY LAW ALSO DONE UNDER THE "SON OF A BITCH".

XXXVIII.   THE "COP" AND ITS "ROBBER" ILLEGALLY REMOVED ME AS PERSONAL REPRESENTATIVE OF THE ESTATES OF MAX AND JOYCE ELIASON WHICH EVIDENCE PROVES WAS CONSIDERED "PROFITABLE" SINCE THE PERSON IN THAT SPOT WAS EMPOWERED IN THE ELIASON 2016 TRUST TO SPLIT THE ILLEGALLY PLACED LIFE INSURANCE PROCEEDS WITH THE LORD'S AT KIRTON MCCONKIE.

XXXIX.   THE "COP" AND ITS "ROBBER" ILLEGALLY REMOVED ME AS CO-TRUSTEE OF THE ESTATES OF MAX AND JOYCE ELIASON WHICH EVIDENCE PROVES WAS THE FELONY FIASCO DU JOUR OF THE INFAMOUS APRIL 17TH, 2018 WHEN THIS MURDEROUS CULT OF GADIANTON ROBBERS AND ITS COP GOT TOGETHER TO KILL THEIR OWN CLIENT WHO CAUGHT THEM IN THE ACT OF FRAUD; WHICH IN MY "PURE TRUTH" OPINION WAS DIRECTLY FROM GOD.

XL.   THE "COP" AND ITS "ROBBER" ILLEGALLY STATED THAT LISA STEPHENS WAS THE RIGHTFUL "SOLE TRUSTEE" WHICH IS A TUNE THEY ARE NOT SO QUICK TO REPRESENT ANY MORE AS THEY WERE ONCE AGAIN CAUGHT SUCKING ON EACH OTHER'S GARMENTS DRIPPING IN THE JUICE OF THE FRUIT BY WHICH YE SHALL KNOW THEM... YIKES! HOLY HELL BADMEN...THEIR FRUIT IS TOXIC POISON.


## A BREAK AT FORTY TO TALK ABOUT GOD & THE NORTH FORTY....

ANYONE WHO UNDERSTANDS "ESTATE PLANNING LAW" FOR WALKING FELONS AT LARGE WILL UNDERSTAND THAT THE PERSON WHO CONTRIBUTES THEIR PROPERTY TO AN ESTATE AND TRUST IS REFERRED TO AS THE "SETTLOR, THE TRUSTEE, AND THE CREATOR".

# 𝔜𝔢𝔞𝔥, 𝔙𝔢𝔯𝔦𝔩𝔶, 𝔗𝔥𝔲𝔰, 𝔞𝔫𝔡 𝔗𝔥𝔢𝔢....𝔦𝔫 𝔱𝔥𝔢 𝔟𝔢𝔤𝔦𝔫𝔫𝔦𝔫𝔤 𝔬𝔣 𝔱𝔥𝔦𝔰 𝔱𝔯𝔲𝔰𝔱 𝔴𝔞𝔰 𝔞 𝔠𝔯𝔢𝔞𝔱𝔬𝔯 𝔫𝔞𝔪𝔢𝔡 "𝔐𝔈"

As per section 6.1 of the original trust agreements dated October 28th, 2015.

THE CONCEPT BEHIND "THE CREATOR" OF A TRUST SUCH AS WAS CREATED IN THE A/B TRUST FORMAT OF ESTATE PLANNING PORNOGRAPHY OF MAX AND JOYCE ELIASON SHOULD BE REGARDED NO DIFFERENT FROM THE HOLY BIBLE WHICH STATES THAT:

# In the Beginning; There was God... And "ME"

JUST AS IS THE CASE WITH THE "CREATOR" SPOKEN OF IN HOLY SCRIPTURE; SO, IT IS WITH THE "AUTHOR" OF ONE'S OWN TRUST AND IN THE MATTER OF MAX AND JOYCE ELIASON; THEY ARE BOTH CONSIDERED CO-CREATORS, CO-TRUSTEES, AND CO-SETTLORS UNDER THE PROVISIONS OF AN A/B TRUST.

NO MATTER WHAT HAPPENS DURING SUBSEQUENT MODIFICATIONS AND AMENDMNENTS; IT IS IMPOSSIBLE TO EVER CHANGE THE "AUTHOR" OF ONES TRUST. THUS, UPON THE DEATH OF JOYCE S ELIASON; MAX D ELIASON BECAME THE SURVIVING TRUSTEE, SETTLOR, AND CREATOR AND WHOSE ESTATES AND ASSETS WERE NOT TO BE REMOVED UNTIL THE DEATH OF THE SURVIVING SPOUSE OR MAX D ELIASON (WHO IS STILL ALIVE; ALBEIT, UNDER THE "WATCHFULL" EYES OF THOSE WHO RAPED, PILLAGED, PLUNDERED, AND MURDERED THE "JOY" OF HIS LIFE AND WHO WOULD BE TORN TO SHREDS IF MY FATHER HAD HIS MIND ABOUT HIM AND TO WHOM I HOLD YOU PERSONALLY RESPONSIBLE FOR ABUSING AND EXPLOITING HIM BY NOT UPHOLDING YOUR "FIDUCIARY DUTY" TO YOUR GOD, YOUR COUNTRY, AND A MAN LIKE "ME" AND "WE THE PEOPLE AKA THE U.S."

YOUR HONOR; TELL ME, TELL ME, TELL ME TRUE...WOULD YOU LIKE WHAT HAS BEEN DONE UNTO ME AND MY FATHER'S HOUSE BE DONE UNTO YOU? THOSE WHO SIT BACK WITH POPCORN AND WATCH MY FATHER'S HOUSE BURN ARE EITHER EVIL ASS WHORES; OR DO NOT HAVE A CLUE... I AM AFRAID BY RES IPSA LOQUITUR YOU ARE ONE OF THE LAUGHING HYENA JACKASS AND TYRANTS WHO BELONGS IN NO OTHER PLACE THAN A FORTIFIED ZOO.   FOR IF YOU LOOK AT THE "BOOK OF ME" WHICH THE CHAMPIONS OF SCABS ON THE ASS OF SOCIETY PRESENTED TO YOUR COURT IN JUNE OF 2018 WHICH STATES THAT:

# In the End; There was Fraud... And Queen "Sleaze"

## LET'S SEE IF WE CAN MAKE IT TO NIFTY FIFTY AND ON TO INFINITY...

XLI. SHOULD YOU CARE TO LOOK INTO THE SECOND CODOCIL OF JOYCE S ELIASON ALSO DATED IN INFAMY OF HER ANTICIPATED DATE OF MURDER ON APRIL 17TH, 2018; SHE SUDDENLY RETRACTED THE FIRST AMENDMENT (WHICH KIRTON MCCONKIE REFUSES TO PROVIDE SINCE THEY KNOW SHE WROTE IT TO PROTECT ME AND SHALL PROVE THEIR ACTIONS A LIE); AND ALSO SUDDENLY STATED UPON HER DEATH THAT HER OWNERSHIP IN STILLMAN SEVEN, LLC WOULD GO TO THE GRANDCHILDREN IMMEDIATELY? ERR; YOUR HONOR, WHAT IS THE PURPOSE OF AN A/B TRUST IF EVERY ASSET IS ALREADY GONE UPON THE DEATH OF THE FIRST; FOR THAT IS WHAT THE FUDGE PACKING FELONS FELT INSPIRED TO DO; AND NOW ONLY SPEAK LIES WITH NOT ONE STATEMENT TRUE.

XLII. MY SISTER THE "QUEEN OF BROTHERLY BETRAYING BITCHES" AKA MEDUSSA HERSELF; NOT ONLY BRIBED THE ATTORNEYS OF KIRTON MCCONKIE TO MAKE HER THE FRAUDULENT TRUSTEE; SHE PAID THEM WITH MY OWN BIRTHRIGHT AND DID SO JUST A TAD BIT PREMATURELY. EVERY SINGLE DIME (IF I WERE A BETTING MAN; AND I AM, I WOULD GO ALL IN ON THE BET THAT THIS WILL BE EXPOSED AS THE HIGHEST BRIBE EVER PAID IN THE HISTORY OF PLANET EARTH FOR AN ATTORNEY TO COMMIT SAID "FRATRICIDE" (P.S. – THIS IS CONSIDERED ONE MORE SECOND DEGREE FELONY AGGRAVATED ABUSE AND EXPLOITATION OF THE VULNERABLE ADULTS AND CHILDREN WHICH THE DEFENDANTS ABUSED; AND TO WHOM YOU ARE NOW INVOLVED IN THE CONSPIRACY TO COMMIT AGGRAVATED RETALIATON AGAINST VICTIMS WHO HAVE PLED FOR TWO YEARS FOR SOME KIND SOUL TO HEAR THEM)...FOR THAT; I CANNOT CONTROL MY WEAKENED ABILITY TO CONTROL MY LATE ONSET ASPBERGER'S SYNDROME AND JUST AS DALLIN H OAKS REFUSES TO OFFER AN APOLOGY TO THE MAMA DRAGONS WHOSE CHILDREN COMMITTED SUICIDE BECAUSE OF HIS HATE CRIMES; IT'LL BE A COLD DAY IN HELL (WHERE EACH DEFENDANT IS GOING TO BURN AND BURN WELL...) BEFORE YOU'LL HEAR ME TOSS TO ANYONE GUILTY ANY WORDS THAT RHYME WITH I'M SORRY.

XLIII. SO; NOW THAT THEY CONCEED THAT THERE ARE THREE CO-TRUSTEES AS PER THEIR REALIZATION THAT THEIR GOLDEN PLATED TEMPLE RECOMMEND IS RUSTY; THERE ARE NO MORE ASSETS LEFT TO BE "TRUSTED"

XLIV.   THEIR PLOT TO "UNDO ME FINANCIALLY AND EMOTIONALLY" HAS BEEN EXOPOSED AND INCLUDED EVERY TOOL USED BY THE "SECRET SATANIC SOCIETIES" FOR GAINING EMOTIONAL CONTROL AND ENDING THE "SANITY" OF THOSE WHO WERE CHOSEN TO BE "SACRIFICIAL LAMBS" ON THEIR ALTERS OF PARADISE FROM HELL. THESE INCLUDE ALIENATION, DIVIDE AND CONQUER, GAINING CONTROL OF EVERY FINANCIAL RESOURCE OF THE "VICTIM", AND USING 'PAID ASSASINS' TO UNDO THEIR "PRE" EMOTIONALLY AND FINANCIALLY.

XLV.   THE "COP" AND ITS "ROBBER" KNOWINGLY BEGAN DRAINING MY CASH FLOW UPON THE CONSUMATION OF THIS RELATIONSHIP WITH THE DRAINING OF THE OIL PROPERTIES WHICH THEY KNEW I RELIED ON AS THE PRIMARY CARETAKER OF MAX AND JOYCE ELIASON. AS THE OIL INCOME FELL; MY STARBRIGHT SIS STATED THAT THE OIL WELLS WERE "DRYING UP" EVEN AS THEY WERE HITTING AT WHAT HAS BEEN EXPOSED AS RECORD LEVELS IN THE UINTAH BASIN.

XLVI.   THE "COP AND ITS "ROBBER" KNOWINGLY STRANGLED MY CASH FLOW RESULTING IN THE LOSS OF A PERFECT 800+ CREDIT SCORE TO ITS CURRENT POSITION OF HOPEFULLY OVER 400.

XLVII.   THE ASSOCIATED LOSS OF MY CREDIT SCORE TO "ZERO" AS FAR AS THE BANKING AND HEDGE FUND INDUSTRY IS CONCERNED REGARDING MY ABIL;ITY TO EVER SECURE EMPLOYMENT IN EITHER HAS NOW BEEN COMPROMISED UNTIL THE END OF MY LIFE WITH MY DEEPEST EMOTIONS DIRECTED AT "THE LORD'S LAWYERS" WHO ARE FUCKING HELL'S ANGELS THAT THE UNITED STATES DEPARTMENT OF JUSTICE IS PERMITTING TO BE IN "ROAD RAGE" MODE AND RUNNING OVER EVER VICTIMS' CIVIL RIGHTS AND YOU JUDGE JUDY HRUBY ARE JUST A HOE GETTING BRIBED WITH TITHES TO GO ALONG FOR THE RIDE...SHAME ON YOU FOR BEING ONE OF DALLIN'S DICKS HE PLAYS WITH IN THE CLOSET WHILE STATING THE "SCOURGE OF SOCIETY" AKA THE "LGBTQ" COMMUNITY SHOULD BE INCARCERATED FOR VICTIMLESS CRIMES????   YOU GUYS IN DA ROBES ARE FRIGGIN RUTHLESS BITCHES FOR WATCHING THIS GO ON BEFORE YOUR EYES AND KNOWINGLY REFUSING TO PROTECT VICTIMS CRYING FOR HELP AT YOUR DOOR; FUCK THAT LIZZY, YOU MY NOT SO DEAR JUDICIAL SYSTEM JUDGE HAS COMMITTED WORSE CRIMES THAN EVERYONE YOU EVER SENT TO JAIL MAKING YOU ONE OF THE QUEEN OF WHORES... EVERY DAY THAT PASSES THAT ME AS A SON IS BEING ILLEGALLY DEPRIVED OF MY RIGHTS AS A SON WHO IS NOT EVEN FREE TO SEE HIS OWN FATHER; THOSE GUILTY HAVE NO RIGHT TO ENJOY THE FREEDOMS THEY HAVE SUCCESSFULLY TAKEN FROM "ME".

XLVIII.   THE "COP" AND ITS "ROBBER" TARGETED MY TWO CONDOMINIUMS IN HAWAII WHICH WERE FORECLOSED BEFORE MY NEW ONE WAS EVEN COMPLETED.  IMAGINE THE STORY OF THE LDS CHURCH LEADERS UNDER DALLIN H OAKS WHO IS FEELING HIMSELF ENTITLED AS WORLD ELITE TO TAKE WHAT WAS MINE AND YOU WHO UPHOLDS THE LAW THINKS THIS IS JUST FINE?  BRYAN AND LISA STEPHENS SHOW A NEW ENTITY WHICH INDICATES THEY WERE ABLE TO PURCHASE PROPERTIES IN THE SAME LOCATION I WAS LOSING MINE; AS WAS THEIR INTENTION WITH EACH AND EVERY ASSET I OWNED.

XLIX.   I STARTED A COMPANY CALLED "MY 3-D ME" IN 2016 AND POURED OVER $750K INTO WHILE BEING NOTHING BUT KIND AND GENEROUS (AND FOOLISH) FOR PERMITTING SOME "PAID ACTORS" CALLED BAIR ELITE, LLC WHO I LITERALLY GAVE 50% OWNERSHIP TO OUT OF THE GOODNESS OF MY HEART AND UNDER THE BELIEF THAT THEY HAD NO MONEY TO CONTRIBUTE TO THE CAUSE OF OPENING THE CUTTING EDGE TECHNOLOGY STORE TO WHICH MY MOTHER AND I EXECUTED PERSONAL GURANTEES ON A FIVE YEAR LEASE. THE EVIDENCE IN UNDENIABLE THAT BRYAN AND LISA STEPHENS DECIDED TO MAKE THIS COMPANY THEIR OWN AND "BOUGHT" MY BUSINESS PARTNERS WHO ONE DAY "QUIT" AND STOLE VITAL HARDWARE AND SOFTWARE OF THE COMPANY AND THE WEBSITE I PAID OVER $30K TO HAVE BUILT.

L.   HITLER STATED TO "MAKE THE LIE SO BIG THAT NOBODY WOULD BELIEVE IT"; I WISH I WAS MAKING UP THIS STORY WHERE I CAME ACROSS MY WESITE WHICH WAS FORMERLY CALLED "MY 3-D ME" BUT WHICH WAS NOW UNDER NEW MANAGEMENT WITH AN "IMMINENT STORE OPENING" DOING BUSINESS UNDER THE NAME OF "SOUL CAPTURE"...

JUDGE JUDY MCFLOOZY; DO YA SEE ANY PATTERN OR ISSUE YET WITH THE ESTATE PLANNING HARDCORE PORNOGRAPHIC "SNUFF" STORY PLAYING OUT BEFORE YOUR EYES? I SWEAR ON THE LIVES OF MY ANCESTORS YOU ARE BOINKING THAT I EXAGERATE NOTHING AND NEED NOT TELL ANY LIES...WE ARE AT FIFTY ACTIONS OF "QUESTIONABLE INTENTIONS" AND I WOULD GLADLY EXPLAIN THE MISCELLANEOUS WAYS THEY HAVE TRIED TO HAVE ME KILLED WHICH YOU NOW ARE A CONTRIBUTING FACTOR FOR YOUR REFUSAL TO UPHOLD THE VICTIMS RIGHTS AS PER THE RESOLUTION OF THE UNITED NATIONS 40/34 WHICH STATES FAIRLY CLEARLY THAT THE UNITED STATES DEPARTMENT OF JUSTICE IS SUPPOSED TO ENFORCE A "CEASE AND DESIST" OF HOSTILITIES TO WHICH YOU AND DA JUDGES DECIDED TO JOIN IN THE FELONY FUN AND WONDER HOW MUCH INCOME YOU'LL SEE FOR BETRAYING YOUR GOD, YOUR COUNTRY, AND MY FATHER AND ME...LET'S SEE HOW FAST WE GET TO SIXTY JUST FOR GIGLES AND GRINS; A HUNDRED MORE OR A HUNDRED LESS DOESN'T MATTER SINCE THE ONE WITH THE MOST SINS IN THIS BOOK OF LIES IS DUBBED DALLIN'S TOP DICK AND A TOP BRIBE OR TWO FOR THE WIN...

20

LI.   THE "COP" AND ITS "ROBBER" ARE STEALING OVER $150K/MONTH OUT OF ELIASON EIGHT, LLC (AFTER ALREADY THUGGING MOST OF THE OIL PROPERTIES THROUGH ELIASON 2015 AND ELIASON 2016 AND THEY ARE SAYING IT IS GOING TO REPAY MAX AND JOYCE...THIS IS WHERE I SAY ROTFLMFAO YOU GOD DAMNED WHORES; IF ONLY DALLIN AND HIS BOYS WERE AS HONEST AS GAYS.

LII.  I BECAME NAUSEATED TO FIND THAT IN 2018 ALONE; THESE FINE MEN WHO CALL THEMSELVES "CELESTIAL PURE" WHO CAN DO NOTHING WRONG ILLEGALLY STOLE $722K IN 2018 ALONE WHICH WENT INTO THE ELIASON 2016 TRUST TO PAY INCOME TAXES ON INCOME GENERATED FROM ILLEGALLY REMOVED OIL PROPERTIES AND THE ASSOCIATED INCOME OF OVER $3M DISTRIBUTED TO ONLY DALLIN KNOWS FOR SURE BECAUSE I AS A TRUSTEE AND BENEFICIARY OF THIS ENTITY AM NO LONGER ENTITLED TO EVEN ASK FOR ANY INFORMATION SINCE THE DEFENDANTS HAD ATTORNEY DAVID BISHOP ISSUE A "CEASE AND DESIST LETTER" TO ME SO IT IS CONSIDERED ILLEGAL TO CONTACT THE SISTER WHO STOLE THE POSITION OF TRUSTEE FROM HER FATHER AND ME. THIS LETTER IS WHAT IS REFERRED TO BY THE CORRUPT COPS AS ME BEING IN VIOLATION OF A "RESTRAINING ORDER OF SOMEKIND"...YEAH; DALLIN FUCK YOU FOR DESTROYING MY ENTIRE FAMILY FOR ALL GENERATIONS TO COME UNDER YOUR GUISE AS BEING A "CHOSEN ONE" (IN REALITY; YOU HAVE BEEN PROPHESIED AS COMING UNDER THE NAME OF THE MAN OF LAWLESSNESS AND THE SON OF DESTRUCTION OF PRINCE FUCKING ASS OF LIES WHO CANNOT FACE ME SINCE THE TRUTH MAKES HIM CRY.

LIII. OH...THE TRANSFER OF THE $722K FROM ELIASON 2016 TRUST WAS WIRED TO THE IRS ON TWO SEPARATE OCCASSIONS IN 2018 WITH EACH ACT OF WIRE CONSIDERED "WIRE FRAUD" WITH A CORRESPONDING 20 YEARS IN FEDERAL PRISON FOR EACH FELONY COUNT WHICH IS JUST ANOTHER 40 YEARS OR SO; BUT WHO IS COUNTING AMONGST THE GOD FORESAKEN HOES?

LIV.  UHH...THE ILLEGAL TRANSFER OF ABOUT $100 MILLION OF PROPERTIES OUT OF ELIASON EIGHT, LLC INTO GOD ONLY KNOWS WHAT THE "COP" AND ITS "ROBBER" MCCONKIE HAVE CREATED AS "CHARITABLE TRUSTS" HOLDING STOLEN BARRELS OF ELIASON EIGHT, LLC OIL; BUT THIS IS WHAT IS KNOWN AS SECOND DEGREE FELONY TAX EVASION TO WHICH THE LDS CHURCH FEELS IMMUNE TO SINCE DALLIN HAS STACKED THE IRS DECK WITH PAID ASSASINS WHO PROTECT HIS HAND IN WHICH HE HOLDS NOTHING BUT JOKERS; AND I HOLD OVER 100 ACES EACH OF WHICH BY THEMSELVES ARE SUFFICIENT TO HAVE THIS MATTER DEEMED UNCONSTITUTIONAL.

LV.    THE "COP" AND ITS "ROBBER" FILED FELONY DEFAMATION STATEMENTS AGAINST ME AND HAD ME ACCUSED, PROSECUTED, FOUND GUILTY, AND SENTENCED TO NOT EVER SEEING MY DAD AGAIN WITHOUT MY KNOWLEDGE THAT I WAS EVEN ACCUSED OF DOING SOMETHING WRONG. WHILE I WAS SCREAMING AT "KILL HER AND CON ME" TO SHOW REVERANCE AND RESPECT FOR THE DESICRATED ESTATES OF MY MOTHER AND FATHER; THESE UNHOLY MOFO'S WERE MAKING CERTAIN THAT EVERYONE I KNEW WAS GOING TO HATE ME FOR WHATEVER IT IS THAT THEY WERE TOLD THAT I DID WHEN "THE PURE TRUTH" IS THAT I WAS TRYING TO PROTECT MY FATHER'S HOUSE AGAINST THE FRAUDULENT GOD FRAUDER WHO SOUGHT TO MAKE MY BIRTHRIGHT A COMMODITY WHICH COULD BE BOUGHT AND SOLD.,..THIS IS THE TRUE DEFINITION OF SATANIC FOOLS GOLD.

LVI.   JUDGE FAUST AND JUDGE PETIT ARE CONSIDERED TO BE "FELONS OF JESUS CHRIST HIMSELF" SINCE "BROTHER FAUST" REFUSED TO PERMIT ME TO HAVE A HEARING IN THE MATTER CONCERNING MY FATHER'S BURNING HOUSE EVEN THOUGH I GAVE HIM UNDENIABLE EVIDENCE OF "HOLY HELL'S ANGEL'S" OUT ON A JOY RIDE AT THE EXPENSE OF THE "JOY" OF MY FATHER'S HOUSE. JUDGE KARA PETIT IS ALSO APPARENTLY AT "LARGE" SINCE SHE ALONG WITH HIM AGREED IN THE MATTER OF MAX D ELIASON AND "ME".

LVII.  JUDGE ADAM MOW SHOULD APPLY FOR A POSITION WITH LARRY AND CURLY AMONGST THE "THREE STOOGES" EVEN IF MOW IS NOT MOE; IT DOES NOT SEEM TO MATTER SINCE WRIGHT IS NOT RIGHT; NOR SHOULD GOD BE USED TO COMMIT FRAUD..."BROTHER MOW" REFUSED TO PERMIT ME TO HAVE AN EX PARTE INJUNCTION ON DECEMBER 23RD OF 2019 WHICH IS IRONICALLY THE SAME DATE TO WHICH THE DEFENDANT "LIZA DA QUEEN SLEAZSTA" GOT A WARRANT FOR MY ARREST FOR SENDING HER A CREEPY PHOTO OF HER MOTHER'S COFFIN (SAID MOTHER IS THE MOTHER SHE TRIED TO KILL) AND I ATTACHED THE LETTERS "REDRUM" WHICH IS A SHINNING REFERENCE TO SOMEON HAS BEEN MURDERED. IRONICALLY; RATHER THAN PERMIT SAID INJUNCTION HEARING TO WHICH I HAVE BEEN DEPRIVED OF ALONG WITH EVERY OTHER CIVIL RIGHT IN THE BILL OF RIGHTS; I ARRIVED HOME LATE THAT NIGHT TO FIND MY DEAR BUSINESS PARTNER WAITING INSIDE TO "TAKE ME OUT" ONCE AND FOR ALL; AND AT LEAST THIS TIME I WAS ABLE TO HAVE THREE NORTH SALT LAKE POLICE RESPOND TO A 911 CALL...

LVIII.  LET ME POINT OUT THAT THE DEFENDANTS DO NOT HAVE ONE RESPONSE TO ANY ALLEGATION HEREIN OTHER THAN "THE ALLEGATIONS ARE SCANDALOUS" (BUT DO NOT PROVE THEM UNTRUE) WITH THEIR OTHER "TOOLS OF IVY BUSH LEAGUE BITCHES" BEING TO RAZZLE DAZZLE WITH 300 PAGES OF ANSWERS WHICH DID NOT RESPOND TO ONE SINGLE QUESTION OTHER THAN USE UNINTELIGIBLE LEGAL JARGON WHILE KNOWING THEY ARE UNABLE TO ANSWER THAT ONE YES OR NO QUESTION OF "DO YOU SERVE ME".

LIX.  THE "COP" AND ITS "ROBBER" SIDED WITH BRYAN AND LISA STEPHENS IN DESTROYING MY BUSINESS IN TROLLEY SQUARE; AND IT SHALL BE PROVEN WITHOUT A DOUBT THAT THE ATTORNEYS THAT REPRESENTED MY "FELONS AT LARGE" BUSINESS PARTNERS AND "BAD NEWS BAIRS" WERE REPRESENTED AND PROTECTED BY FUNDS FROM MY OWN ESTATE WHICH I HAVE NEVER BEEN ENTITLED TO USE IN THIS TWO YEAR LITIGATION WHEREIN I AM DEMANDING THAT THE UNITED STATES DEPARTMENT OF JUSTICE RESTORE AS PER THE LAWS SURROUNDING FRAUDULENT MISREPRESENTATION.   THE LIARS, TYRANTS, AND BAIRS ARE EACH RESPONSIBLE FOR DESTROYING WHAT WAS INTENDED TO BE MY PRIMARY SOURCE OF INCOME AFTER MY MOTHER PASSED AWAY ESPCECIALLY SINCE THEY RAPED, PILLAGED, AND PLUNDERED "ME BOOTY" AND LEFT ME IN CARNAGE FROM TAKING THE OIL AND REAL ESTATE PROPERTIES AWAY FROM MY RIGHTFUL AND LAWFUL INCOME SOURCE.

LX.  BRYAN AND LISA STEPHENS DECIDED THEY WANTED MY EXOTIC CAR COLLECTION WHICH INCLUDED A FERRARI AND FOUR PORSCHES AND SO WHAT TO DO WITH ONE'S MIGHTY "PRIESTHOOD HOUR OF POWER" SUPREME" EACH DAY; WHY, LET'S JUST INVENT NOTES PAYABLE TO THE ESTATES OF MAX AND JOYCE ELIASON AND ONCE AGAIN LIE, CHEAT, AND STEAL TO GET OUR OWN WAY. BEHOLD LIS THE "SOLE TRUSTEE WHO LOST HER SOUL WHILE TRYING TO STEAL AND EMPLOY THE FOOL PROOF ENTITY FOREVER KNOWN AS "SOUL CAPTURE"; WITH ZANT DOTY AND KINDRA ON THE INSIDE JOB OF BETRAYALS ON WHEELS, ZANT WALKED OUT THE DOOR WITH EVERY TITLE, MY PASSPORT, AND SO MUCH DEVASTATION EMOTIONALLY AND ALONG WITH THE SECOND FERRARI KEY STOLEN. IT IS NOT ME WHO NEEDS PSYCHIATRY; TIS THE CRIMINALLY INSANE WORLD ELITE WHOREDERS WHO HAVE EACH LOST THEIR MINDS.

WE ARE AT SIXTY GRIEVANCES THUS FAR IN THIS STORY TO WHICH I SEEM TO REMBER READING SOMEWHERE IN THE FIRST AMENDMENT THAT I HAVE THE GOD GIVEN RIGHT TO REDREES GOVERNMENT AGAINST THOSE WHO ARE NO LONGER CONSIDERED A PART OF THIS COUNTRY OR THIS GOD UNDER WHICH THIS NATION WAS FOUNDED. COULD THE HONORABLE JOHN DOE JUDGES AND JANE HOE JUSTICES PLEASE DIRECT ME TO THE CORRECT SPOT FOR ME TO WAIT; WITHOUT SOMEONE TRYING TO KILL ME FOR TELLING THE TRUTH OUT OF HATE?

LXI.   MY DEAR "COP" AND ITS "ROBBER"; DO YOU HAVE ANY SENSE OF COMPASSION OR REMEMBER WHAT AN HONEST SOCIETY WAS LIKE BEFORE YOUR TORRID ASSAULT ON INNOCENT LIVES BEGAN? I LITERALLY ALMOST DIED IN 2008 FROM THE STRESS OF MY PREVIOUS EXPERIENCE WITH LITIGATION AND MADE IT THROUGH BATTERED AND BRUISED ONLY TO FIND THE MY MOTHER WHO LOVED ME UNCONDITIONALLY WOULD SOON DIE.

LXII.   WHAT AN AMAZING "COS-PLAY FETISH" YOU MUST BE FULFILLING WHICH ENABLES YOU AS LEADERS TO RULE THE WORLD AS "MOBSTA BOSS BITCHES" WHILE PREACHING OF THE TEACHINGS OF A GOD WHO SHALL NEVER REMEMBER THAT YOU EVER EXISTED.

LXIII.   YOU HAVE INTENTIONALLY DESTROYED MY ENTIRE LIFE'S WORK AND MY HARD FAUGHT BATTLE TO MAINTAIN A REPUTATION AND INTEGRITY REQUIRED TO PERFORM IN MY CAREER PATHS OF BANKING AND HEDGE FUND MANAGEMENT (NOT TO MENTION MY ENTREPRENEURIAL SKILLS YOU ALSO ROBBED FROM ME LIKE THE TRUE SATANIC TEAM YOU REPRESENT.

LXIV.   IT WAS LITERALLY MY ACCOMPLISHMENTS AND MY ABILITY TO GET BACK UP EACH TIME I FELL THAT MADE YOU WANT TO SEE ME DEAD WHICH YOU VERY MAY WELL CATCH A GLIMPSE OF ON YOUR OWN PATHS TO HELL... EVERYTHING I DID AS AN EDUCATION OR CAREER YOU HAVE CHEWED UP AND SPIT OUT OF YOUR SLEAZY ASS MOUTHS INCLUDING...MY ENTIRE EDUCATION WITH A MASTERS DEGREE, MY SEVENTEEN YEARS OF BANKING AS VICE PRESIDENT NOW BUT A PASSING THOUGHT, MY BATTLE WITH TD AMERITRADE I ALMOST DIED MANY TIMES WITH VISITS TO E/R AND ICU BUT CAME OUT TO WIN MY FIGHT; AND TO FINALLY GET BACK ON MY FEET WITH A FRESH START, ONLY TO HAVE THOSE I LOVED MOST AWAITING BEHIND THE COFFIN OF THE MOTHER THEY KILLED WITH A DAGGER AIMED AT MY HEART;

24

LXV.  YOU TARGETED MY HOME WHICH I WAS REQUIRED TO TAKE OUT A HARD MONEY LOAN OF $600K AT 12% INTEREST AND A $100K FINANCING FEE AND IN READING THE TEXTS IT IS CLEAR YOU WANTED ME TO BE FORECLOSED OUT OF MY HOUSE SO YOU COULD ALSO CAPTURE MY HOME AND DO SO WITH GLEE...

LXVI.  I REMEMBERED THE HIGH CLASS APOSTLE NAMED ELDER SOARES WHO SUDDENLY APPEARED AT MY DOOR IN THE MIDDLE OF MY FINANCIAL CRISIS AND OFFERED ME AN INSTANT CASH AMOUNT OF $800,000 FOR MY HOME VALUED AT $1.5 MILLION WHICH WOULD NOT BE SO DISTURBING UNTIL ONE REMEMBERS THAT THIS SAME SUCKLING SWINE SOARES WAS A NEXT DOOR NEIGHBOR OF BRYAN AND LISA STEPHENS ALL THE WAY IN HOLLADAY? I WONDER JUST WHERE THE 'DIVINE INSPIRATION' CAME FROM TO LEAD THAT MAN WITHOUT A TRACE OF GOD ONLY FRAUD TO MY DOOR AS A SLEAZE BAG WHORE WHO ALSO IS FUCKING MY MOTHER'S LIFE AND LEGACIE WHILE KNOCKING ON MY FRONT DOOR.

LXVII.  WHAT ELSE COULD THIS TALE OF HOUSE OF WHORES DO UNTO ME JUST TO GET OFF PLAYING SLEAZE?  AHH; YOU NEEDED TO HAVE MY DIVORCE FINALIZED IN ORDER TO MAKE CERTAIN THAT VERONIQUE COULD NOT INHERIT THE SPOT OF SUCCESSOR TRUSTEE UNDER THE ELIASON 2016 TRUST; SO WHAT DO WE DO WITH OUR PRIESTHOOD POWER SO STRONG, WE CREATE A FRAUDULENT "DIVORCE DECREE" DATED APRIL 16TH, 2016 WHICH WAS THE SAME WEEK BRYAN AND LISA ANONOMOUSLY REPORTED ME TO THE "SEC" HOPING THE ASSOCIATED AUDIT WOULD MAKE ME BLEED.

LXVIII.  YO JUDGE HOERUBY; JUST WHAT VALUE DO YOU PLACE ON ONE DAY OF MY FREEDOM TO BE A SON WHO CANNOT VISIT HIS OWN FATHER AND WHOSE ENTIRE LIFE AND EVERY SINGLE FREEDOM HAS BEEN ROBBED FROM HIM AND WHICH ALL STARTED WITH JUDGE ROYAL HANSEN AND LISA HRUBY JUDGE JUDY WHICH IS WHERE THE SCAM BEGAN. NOTHING YOU CAN DO OR SAY WILL TAKE THE SNAPSHOT PHOTO OF "CHECKMATE" AWAY WITH THE SMOKING GUN ON PAGE ONE. I HAD HOPED THAT BY SOME SMALL CHANCE THAT YOU WERE DECIEVED IN JUNE OF 2018 AND WOULD ASSIGN A DISTRICT ATTORNEY TO PROSECUTE OR AT LEAST ASK THE THUCKS WHERE IN THE HELL ARE THE MISSING ESTATES OF MAX AND JOYCE ELIASON WHO YOU INSTEAD CONTINUE TO FEEL ENTITLED TO FUCK...

LXIX.   EVERY HOUR THAT PASSES IS PRICELESS TO ME AND YET YOU FEEL ENTITLED TO TAKE SOMETHING AWAY FROM ME IN ORDER TO PROTECT A SECRET SOCIETY OF SLEAZE? WHAT IN THE FUCK ARE YOU THINKING YOU DAMN CORRUPT PIECE OF SHIT SLUT...I AM NOT A PLAINTIFF AND I SURE AS FUCK AM NOT A DEFENDANT OTHER THAN BEING ABLE TO RESPECT A COURTHOUSE WHO HAS COMMITTED FAR WORSE SINS AGAINST HUMANITY HEREIN THAN EVERY PRISONER COMBINED AT THE POINT OF THE MOUNTAIN.

LXX.   FALSIFICATION OF GOVERNMENT DOCUMENTS

LXXI.   EXTORTION ASSOCIATED WITH MY 3-D ME FIASCO.

LXXII.   FRAUD FOUND IN MULTIPLE COUNTS IN EVERY DOCUMENT WHICH THE PLAINTIFF HAS BEEN ALLOWED TO VIEW.

LXXIII.   FELONY CONCEALMENT OF COUNTLESS CRIMINALLY CREATED TRUST DOCUMENTS WHICH NOBODY IN THE UNITED STATES DEPARTMENT OF JUSTICE FEELS NECESSARY TO ASK ON BEHALF OF THE VICTIMS

LXXIV.   TAMPERING WITH WITNESSES (OH MY HELL KMC WINS THE CELESTIAL KINGDOM PRIZE IN THE CATEGORY OF TAKING OUT POTENTIAL THREATS THAT WOULD EXPOSE THEM AS NOTHING BUT FELONY CORRUPT ABUSERS OF THE ELDERLY AND VULNERABLE.

LXXV.   THEFT OF TRADE SECRETS FROM MY 3-D ME

LXXVI.   ONE COUNT OF BEING A FELONY SCHMUCK FOR EVERY DAY THAT PASSES SINCE KIRTON MCCONKIE ADMITTED TO BEING GUILTY...WTF?

LXXVII.   COULD THE HONORABLE COURTS PLEASE ASK KIRTON MCCONKIE AND ITS COP EXACTLY WHAT IT IS THAT I AM IN THE ESTATE PLAN OF MAX AND JOYCE ELIASON TO WHICH EVERY LEGAL DOCUMENT SHOWED ME AS A 1/3 OWNER OF EVERY ASSET THAT HAS NOW BEEN STOLEN.

LXXVIII.   FAILURE OF PLAINTIFF'S ATTORNEY THAT MR JERYL RENCHER WAS A FORMER KMC ATTORNEY WHO SUDDENLY SABOTAGED HIS COMPLAINT THE DAY IT WAS DUE IN THE COURT OF JUDGE MOW... UH, DISCLOSURE OF CONFLICT OF INTEREST? ANYONE...ANYONE?

26

LXXIX.  MY DAUGHTERS HAVE NO BENEFICIARY STATEMENTS FROM THE GRANDCHILDRENS TRUST SINCE IT WAS NEVER CREATED AND THERE IS NOT SUCH A THING IN EXISTENCE.

LXXX.  HOW IS IT POSSIBLE FOR A PROBATE COURT TO NOT UPHOLD THE DUTIES OF A TRUSTEE AND/OR REPLACE THEM WHEN THEY WERE ILLEGALLY APPOINTED AND STOLE EVERY ASSET INTENDED FOR THE BENEFIT OF THE BENEFICIARIES IN FRONT OF THE COURT SAYING GOD DAMN YOU JUDGE JUDY MCRUBY...YOU ALSO ARE IN A POSITION TO WHICH THE QUESTION OF "DO YOU SERVE ME" IS JUST AS APLICABLE TO THAT OF KING WRONG DALLIN THE JOKE.

LXXXI.  WHAT IS IT THAT IS BEING AWAITED IN THIS MATTER? WHAT RESOLUTION IS EXPECTED? THE DEFENDANTS ARE LITERALLY DOING ANYTHING IN THEIR POWER TO CRUSH THE VOICES OF THE REMAINING VICTIMS SO THEY CAN MOVE ONTO THE NEXT ELDERLY COUPLE VICTIM OF 'PREY'.

LXXXII.  THE WHISTLEBLOWER REPORT FROM LARS NEILSEN IN DECEMBER OF 2019 SHOWS UNDENIABLE EVIDENCE THAT THERE IS ABOUT $300 BILLION MISSING IN TITHES AND OFFERINGS WHICH DALLIN H OAKS IS USING TO RULE THE WORLD WITH HIS BUTT BUDDIES FROM THE ILLUMINATI A LA ROCKEFELLAR AND ROTHSCHILD WHO RESIDE THEIR BUSINESS WITHIN THE WALLS OF KIRKLAND ELLIS ET AL.; AND THIS DOES NOT BOTHER MY HIGHNESS OF FRAUD?

LXXXIII.  THE COUP D'ETAT ARE THE MEMOIRS OF JOSEPH SPENCER WHICH ARE INCLUDED IN THE 3,500 PAGES OF EVIDENCE SHOULD YOU CARE TO READ WHICH EXPLAINS THAT THIS NEW WORLD ORDER OF BROTHELS AND WHORES ARE THE VERY "DEEP STATE" GROUP THAT HAS LAUNCHED THE COVID – 19 VIRUS; OR DO YOU CARE ABOUT THE MILLIONS THAT ARE SUFFERING AND DYING BECAUSE SOME TIAJUANA SLEAZE ARE SPORTING THE SACRED ROBES OF THE LAW.

LXXXIV.  THE DOCUMENTS SPOKEN OF ABOVE ARE TERRIFYING FOR HUMANITY AS THIS GROUP IS LITERALLY FOLLOWING THE IDEALISMS OF HERR HITLER AND HIMMLER TO WHOM DALLIN H OAKS IS A VERY LONG TIME STUDENT AND HIS TWISTED SISTER SPEACHES FROM THE PULPIT EXPOSE HIS TOXIC FRUIT

27

LXXXV.  IT HAS BEEN DISCOVERED THAT THE DEFENDANTS HAVE NOT ONLY RAPED PILLAGED AND PLUNDERED EVERY ASSET; THEY HAVE INDEBTED THE ESTATE OF MAX D ELIASON WITH A $3M LINE OF CREDIT TO WHICH I AM CERTAIN IS THE PLANNED INHERITANCE THAT BRYAN AND LISA STEPHENS PLANNED FOR ME TO RECEIVE AS IT IS THEIR FINAL WISHES WHICH ARE BEING EXECUTED; FUCK MAX AND JOYCE ELIASON'S LIFE...THEY DO NOT CARE ANYMORE THAN THEY HAVE GUILT FOR TAKING POT SHOTS AT THEIR YOUNGEST BROTHER FOR GOING ON 7 ½ YEARS NOW?

LXXXVI.  EVERY SINGLE MOTION FILED AGAINST ME TO HAVE THIS MATTER DISMISSED IS CONSIDERED FELONY OBSTRUCTION OF JUSTICE

LXXXVII.  EVERY MOTION NOT RESPONDED TO INCLUDING DEFAULT SUMMARY JUDGEMENT WITHIN THE THOUSANDS OF PAGES SUBMITTED TO THE COURT ARE DONE WITH THE RESPONSE ALSO BEING CONSIDERED FELONY OBSTRUCTION OF JUSTICE.

LXXXVIII.  EVERY DAY THAT GOES BY AND I AM NOT FREE TO WALK THE STREETS AND AM FORCED INTO HIDING JUST LIKE ANNE FRANK KNOWING THAT THE ENTIRE MAFIACRACY OF THE FOURTH REICH IS OUT TO GET MY ASS THROWN IN JAIL OR KILLED; EITHER WAY AS LONG AS ITS SILENCED ALONG WITH THE VOICES OF MY DAUGHTERS.

LXXXIX.  EVERY DAY THAT JUDGE JUDY MCFLUZY REFUSES TO APPOINT AN OUTSIDE TRUSTEE TO ACCOUNT FOR THE MISSING ESTATES IS A HEINOUS CRIME AGAINST MY FAMILY YOU CORRUPT PIECE OF SHIT EXCUSE FOR HUMANITY.

XC.  IF YOU STILL QUESTION ANY ONE ALLEGATION MADE HEREIN; PLEASE RETURN TO PAGE ONE AND EXPLAIN TO THE VICTIMS HOW IT IS POSSIBLE TO EXPLAIN THE SMOKING GUN POINTED AT THE NON-EXISTENT SOULS OF FELONS JUST HAVING FUN IN THE SUN AWAITING THE MASS HUMAN EXTINCTIONS PLANNED BY THE NEW WORLD ORDER; WITH SOME HOLOGRAPHIC UFO'S PLANNED FOR ATTACK TO "COMBINE THE WORLD" INTO THE NEW WORLD ORDER OF TYRANNY FROM THE BLOODLINES OF THE ILLUMINATI AS RULERS...

BELOW ARE THE SUMMARIZED ADDITIONAL "INCIDENTS" ...

## THE ESTATES OF MAX AND JOYCE ELIASON

| | |
|---|---|
| **CASH** | **$ 10 Million (In 5 separate accounts at Zions and Wells)** |
| **INVESTMENTS** | **$ 15 Million (In 5 separate accounts at TD Ameritrade)** |
| **ELIASON EIGHT, LLC** | **$100 Million (Oil and Gas Properties in UT, TX, CO, WY)** |
| **ELIASON ENT, LLC** | **$ 25 Million (Income Producing R/E; Residence, Etc.)** |
| **STILLMAN SEVEN LLC** | **$ 50 Million (7,500 Acre Ranch in family since 1904).** |
| **TOTAL** | **$200 MILLION** |

➢ KMC Law illegally named Lisa Stephens as the "Sole Trustee" upon the death of Joyce S Eliason on May 21st, 2018 despite the fact that this Estate Plan was done under the provisions of an "A/B Trust" with Max D Eliason being the Co-Settlor and Co-Trustee meaning all assets should still be found within an apparent non-existent Marital Trust.

➢ With this illegally obtained title of Sole Trustee; KMC Law empowered her and her husband Bryan Stephens to take every dollar out of every account of every Trust and from every Business Holding so that neither Max D Eliason or myself would have access to any of this capital to litigate for the rights we were told to "Sue KMC Law" to protect as "Client and youngest Beneficiary" while KMC Law and the "COP" represented the Son in Law of Max and Joyce Eliason in Fraud.

➢ The Oil Properties which were located within Eliason Eight, LLC were never to be removed and yet they have been illegally transferred to The Eliason 2015 Trust and The Eliason 2016 Trust with provisions made for a "Trust Protector" from KMC Law to be able to sell off assets or create any beneficiaries of his choosing including the creation of "Charitable Trusts" which KMC Law refuses to discuss. The "COP" and KMC Law refuse to allow a forensics audit or to even provide financials with full disclosure.

➢ The Defendants illegally transferred $722K from Eliason Eight, LLC and put it into the Eliason 2016 Trust and then wired this amount to pay income taxes on Illegally removed oil producing properties with the proceeds being paid to unknown but illegal recipients. There were three counts of "Wire Fraud" in 2018 alone which carries a prison sentence of 20 years for each respective count. The recipients did not likely pay taxes on the stolen oil properties which would result in approximately $100 Million of tax evasion to the various participants which KMC Law and the "COP" refuse to provide.

➢ Stillman Seven LLC was illegally transferred out of the Estate of Joyce S Eliason to the fraudulently created Grandchildren's Trust (KMC Law refuses to provide documentation) and which was illegally modified after the Defendants administered an illegal prescription of morphine and forced her to sign an invalid document on April 17th, 2018 which was followed by a morphine induced coma and is considered "attempted murder" herein.

**THE CRIMES WHICH ARE ASSOICATED AND ALLEGED HEREIN THAT QUALIFY**

**FOR PUNISHMENT UNDER THE RICO ACT OF RACKETEERING AND ORGANIZED**

**CRIME INCLUDE THE FOLLOWING"**

1. Any act or threat involving Murder (Both Joyce Eliason and Brett Eliason)

2. Bribery (All Compensation paid to the "COP" and KMC Law was Bribes)

3. Extortion (See the Cause of Action relating to "My 3-D ME")

4. Embezzlement (The combined estates of Max and Joyce have been embezzled.

5. Fraud (Of EVERY document within the Estate Plan of Max and Joyce Eliason)

6. Wire Fraud (Funds were stolen from Eliason Eight and wired to the IRS for taxes)

7. Financial Institution Fraud (All Accounts illegally closed without accounting).

8. Obstruction of Justice (Every Motion the Defendants File and block Justice)

9. Obstruction of Criminal Investigation (Judge Shelby, Jude Pead, Judge Mow etc.)

10. Obstruction of State or Local Law Enforcement (Unified Police, District Attorneys)

11. Tampering with a witness (Bribing and/or coercing Plaintiffs' Attorneys etc.)

12. Tampering with a Victim (Declaring Max Eliason incompetent and Plaintiff insane

13. Retaliation against a Victim (Max is under house arrest while they "undo" Plaintiff.

14. Theft of Trade Secrets (KMC Law supported the theft of My 3-D ME Technology)

15. Money Laundering (Perform a forensic audit of cash paid to Kirkland Ellis Law)

16. Tax Evasion (The $100 Million of stolen Oil Properties was not reported to IRS)

17. Falsification of Government Documents (See Probate Court Trust Documents)

18. Felony Defamation (Fraudulent allegations filed against plaintiff with State APS)

19. Abuse and Exploitation of Vulnerable Adults and Children

20. Abuse of Power of Office with malicious financial and emotional assaults

<u>A PARTIAL SUMMARY OF ACTIONS CONSIDERED RETALITORY:</u>

1. KMC is illegally prohibiting Brett L Eliason from seeing his father; Max Eliason and is committing Felony Invasion of Privacy by refusing him access to his own childhood home by installing video surveillance cameras and changing the locks to his own home.

2. KMC is illegally NOT representing Max D Eliason (their client) and decided to have him humiliated and deemed incompetent when Mr. Eliason demanded a meeting with the Board of Directors of Kirton McConkie who suddenly referred to him and his son as "adversarial".

3. KMC Law illegally represented Bryan and Lisa Stephens since 6-20-13 which is a Second-Degree Felony intentional breach of fiduciary duty to Max and Joyce Eliason.

4. KMC is illegally withholding accounting on every entity within the estates of Max and Joyce Eliason and also refuses to provide beneficiary statements or even copies of the unknown amount of Trusts that have been created thereunder.

5. KMC is illegally representing Lisa Stephens as Sole Trustee while the Co-Trustee and Settlor of this A/B Trust Max D Eliason is still alive and well.

6. KMC is illegally representing Lisa Stephens as Personal Representative which enabled her to "collect the illegally placed life insurance proceeds that was placed on the life of Joyce Eliason without disclosure.   A Provision within the Eliason 2016 Trust empowers the Personal Representative to also settle any pre-arranged agreements with Kirton McConkie from these proceeds.

7. KMC Law has illegally coerced the Court to issue an arrest warrant for a third-degree felony "stalking" charge on June 12th, 2020 in hopes of blocking the Plaintiff from appearing at the scheduled hearing in Hawaii on August 3, 2020.

8. KMC Law illegally accepted bribes from Bryan Stephens and are hiding it and refused to disclose said amount to Max D Eliason who demanded this information prior to KMC Law illegally having Max D Eliason deemed incompetent.

9. KMC Law has illegally empowered the Embezzlement of $200 Million and refuses to provide one statement as to the location or the recipients of the Estates of Max and Joyce Eliason which should still be in place within the respective estates.

10. KMC Law has illegally hired attorney Kent Snider to "protect" Max D Eliason and who has appeared at hearings wherein he illegally takes the position of Lisa Stephens in colluding to have the primary business of Plaintiff Brett L Eliason destroyed through the default of the lease which Plaintiff and his mother executed jointly and Mr. Snider has lied to the court in saying that Joyce Eliason did not know what she was signing as can be proven through texts with Joyce S Eliason.

11. KMC Law has illegally hired attorney R David Bishop to "Protect" Max D Eliason who is also a conspirator in making felony defamation of character statements against Brett L Eliason and he is also refusing to allow Plaintiff to visit his own father during this Pandemic or for the 85th birthday of his father who he has not seen since April 17th, 2019.

12. KMC Law is illegally concealing wire fraud transactions to the IRS wherein proceeds were illegally taken from Eliason Eight, LLC and wired to the IRS to pay income taxes on oil properties that have been illegally removed from Eliason 8.

13. KMC Law is illegally concealing Tax Evasion associated with the theft and the matter has been reported to the Internal Revenue Service in Ogden Utah and the associated investigators are apparently refusing to follow through since it involves the LDS Church leaders.

14. KMC Law is illegally representing Bryan P Stephens as a client despite Joyce S Eliason demanding that he never be allowed to participate in any meetings or to have any influence within the Estate Plan of Max and Joyce Eliason.

15. KMC Law is illegally representing Laurie Eliason who is a daughter in law of Max and Joyce Eliason and who replaced Brett L Eliason as Trustee and Member Manager of his own Family LLC's of Eliason Eight, LLC and Eliason Enterprises, LLC the day after Plaintiff requested accounting.

16. KMC Law is illegally representing Mark D Eliason as a client who is considered a co-conspirator on every level and who is knowingly depriving his younger brother of not only his birthright; but also, his legal right to visit his own father.

17. KMC Law illegally concealed an intentional conflict of interest and continues to do business as usual even after admitting to their illegal dismissal of Max D Eliason's rights as Settlor and Trustee.

32

18. KMC Law is illegally NOT representing Brett Eliason on an Impartial Basis and cannot legally represent any of the three beneficiaries since they have a duty of loyalty and care that is required towards Max and Joyce Eliason.

19. KMC Law illegally removed Brett Eliason as Co-Trustee of the Joyce Eliason Trust which is but one more illegally modified document KMC cannot defend.

20. KMC Law illegally removed Brett Eliason as Personal Representative of Max and Joyce Eliason and this being done through a fraudulent representation by Craig McCullough to the Probate Court that Plaintiff declined his rights as did Max D Eliason and Mr. McCullough forwarded an illegal electronic signature on behalf of both Brett Eliason and his Father.

21. KMC Law illegally placed insurance policies on Joyce S Eliason' Life which was apparently collected and distributed through the illegally appointed Personal Representative Lisa Stephens six months after the death of Joyce S Eliason.

22. KMC Law committed illegal Insurance Fraud by placing said policies on Joyce which was allegedly done following the discovery of the masses within her lungs but prior to the biopsy reports coming back.  No Insurance agency would have issued said policies in May of 2013 had the applicants been truthful as to the pending diagnosis of multiple masses in the left lung of Joyce Eliason.

23. KMC Law illegally modified documents submitted to the Probate Court.

24. KMC Law illegally stated that Brett Eliason rescinded his rights as Executor.

25. KMC Law illegally falsified documents within the Eliason 2015 Trust.

26. KMC law is illegally allowing Craig McCullough to act as "Trust Protector".

27. KMC Law has illegally removed Brett Eliason as Beneficiary from 2015 Trust.

28. KMC Law has illegally removed Brett Eliason as Beneficiary from 2016 Trust.

29. KMC Law has illegally removed Brett L Eliason as Manager of Eliason Eight.

30. KMC Law has illegally removed Brett L Eliason as Manager of Eliason Ent.

31. KMC Law has illegally removed Brett L Eliason as Trustee of 2015 Trust.

32. KMC Law has illegally removed Brett L Eliason as Trustee of 2016 Trust.

33. KMC Law has illegally removed Brett L Eliason as Trustee of Joyce Eliason

34. KMC Law has illegally removed Brett L Eliason as Trustee of Max D Eliason

35. KMC Law has filed illegal Felony Defamation accusations against Brett L Eliason.

33

36. KMC Law illegally had Max D Eliason deemed Incompetent with Judge Faust.
37. KMC Law illegally forced Joyce Eliason to sign April 17th, 2018 Amendment.
38. KMC Law illegally forced Joyce Eliason to sign May 4th, 2018 Amendment.
39. KMC Law illegally granted Craig McCullough the right to create beneficiaries.
40. KMC Law is illegally prohibiting Brett L Eliason to access his own capital.
41. KMC Law illegally closed the Eliason 2015 Trust checking and savings accts
42. KMC Law illegally closed the Eliason 2016 Trust checking and savings accts
43. KMC Law illegally closed the Eliason Eight LLC checking and savings accts
44. KMC Law illegally closed the Eliason Enterprises LLC accounts
45. KMC Law illegally bribed the business partners of Brett L Eliason.
46. KMC Law illegally coerced the Law Firm of Rencher/Anjewierden.
47. KMC Law illegally coerced Kay Birmingham to have matter dismissed.
48. KMC Law is illegally refusing to disclose the amount of bribes it has received over the past seven years of intentional fraud and
49. KMC Law illegally created a "Divorce Decree" of Brett and Veronique Eliason.
50. KMC Law illegally installed surveillance cameras at the home of Max Eliason.
51. KMC Law illegally installed key pad entry system at the home of Max D Eliason
52. KMC Law is illegally coercing Officer M. Naylor of Unified Police Dept.
53. KMC Law illegally transferred Stillman Seven Ranch out of Joyce Eliason Estate.
54. KMC Law has an illegal $3 Million Line of Credit in Place and drawn down.
55. KMC Law illegally created notes secured by Brett L Eliason's Vehicles.
56. KMC Law illegally drained the cash flow of Eliason Eight since 2013.
57. KMC Law illegally destroyed the flawless credit score of Brett L Eliason
58. KMC Law illegally forced Brett Eliason to have two Condos foreclosed in Hawaii
59. KMC Law illegally conceals Fraudulent Misrepresentation of the relationship.
60. KMC Law illegally destroyed the primary income source of Brett L Eliason.
61. KMC Law fraudulently deleted the First Amendment to the Joyce Eliason Trust
62. KMC fraudulently deleted the First Codicil to the Joyce Eliason Last Will.
63. KMC law is in possession of a fraudulently created Second Amendment of JET.
64. KMC is in possession of a fraudulently created Third Amendment of JET
65. KMC is in possession of a fraudulently created Trust Certification of JET

66. KMC Law is illegally refusing to provide a copy of the Max D Eliason Last Will

67. KMC is illegally refusing to provide a copy of the Max D Eliason Trust.

68. KMC has illegally removed Kylie Eliason as a Beneficiary of Grandchildren Trust

69. KMC has illegally removed Brittnie Eliason as Beneficiary of Grandchildren Trust

70. KMC has illegally deemed Brett L Eliason "incapacitated" and "insane".

71. KMC has illegally assassinated the Character and Credibility of Brett L Eliason.

72. KMC is illegally refusing Brett L Eliason his right to pay for outside Counsel.

73. KMC illegally removed all of the cash from the accounts of Max D Eliason

74. KMC illegally removed all of the cash from the accounts of Joyce S Eliason

75. KMC illegally liquidated the five investment accounts at TD Ameritrade.

76. KMC is intentionally "undoing" the emotional health of Brett Eliason

77. KMC is intentionally "undoing" the financial health of Brett Eliason.

78. KMC Law refuses to answer one question or allegation concerning this matter.

79. KMC illegally refused to pay the Trolley Square Lease guaranteed by Joyce E.

80. KMC illegally concealed the fact that Brett Eliason was Trustee of 2016

81. KMC illegally concealed the fact that Brett Eliason was Trustee of 2015

82. KMC illegally concealed the fact that Brett Eliason was Personal Representative

83. KMC illegally had Max D Eliason removed as Co-Trustee from his A/B Trust

84. KMC illegally had Max D Eliason removed as Settlor of his A/B Trust.

85. KMC is illegally stating there is a Marital Trust but refuses to provide documents

86. KMC illegally transferred properties from Eliason Eight to Eliason 2015

87. KMC illegally transferred properties from Eliason Eight to Eliason 2016

88. KMC illegally refused to allow Brett Eliason to order an audit on Eliason Eight

89. KMC refuses to provide any detail as to who is the recipients of oil proceeds

90. KMC refuses to provide the amount of Life Insurance they collected.

91. KMC is knowingly concealing fraud within the Eliason 2016 Trust documents

92. KMC illegally refuses to provide documentation on Max Eliason Dynasty Trust

93. KMC illegally refuses to provide documentation on Joyce Eliason Dynasty Trust

94. KMC illegally refuses to provide documentation on Grandchildren's Trust

95. KMC illegally refuses to provide documentation of Great Grandchildren's Trust

96. KMC illegally removed all cash from Eliason 2016 Trust

97. KMC illegally removed all cash from Eliason 2015 Trust

98. KMC illegally removed all cash from Eliason Eight, LLC

99. KMC illegally removed all cash from Eliason Enterprises

100. **KIRTON MCCONKIE DOES NOT HAVE ONE VALID DOCUMENT WHICH SHOWS THEY EVER REPRESENTED MAX AND JOYCE ELIASON AND EVERY DOCUMENT THEY HAVE PROVIDED HAS COUNTLESS FRAUDULENTLY CREATED VERBIAGE INTENDED TO EMPOWER THE DEFENDANTS WITH ROBBING PLAINTIFF OF HIS BIRTHRIGHT AND TO ROB EVERY ASSET AND SOURCE OF CASH FLOW THAT WAS HIS PRIOR TO THIS "ESTATE PLANNING MURDER'.   THEY HAVE HERETO DATE NOT BEEN REQUIRED BY ONE JUDGE OR MEMBER OF THE JUDICIAL SYSTEM TO ACCOUNT TO THE ELIASON FAMILY FOR THEIR INTENTIONAL AND MALICIOUS ASSAULTS WHICH WILL LEAVE SOCIETY WITH A NEW MEANING OF "EVIL" FROM WITHIN THE WALLS OF THE TEMPLE AND THE GOD THAT THEY PROCLAIM TO REPRESENT AS "LAWYERS OF JESUS CHRIST HIMSELF" WHO ARE MANAGED BY THE CORPORATE OFFICERS OF THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.**

**THE IMMEDIATE INJUNCTION ACTIONS WHICH SHOULD BE TAKEN AS PER US LAW:**

A. THE COURT SHOULD FORCE KIRTON MCCONKIE TO CEASE ALL HOSTILITIES AGAINST THE ELIASON FAMILY WHICH INCLUDES MOTIONS FOR DISMISSAL AND FORCING THEIR VICTIM TO BE HIS OWN PRO SE ATTORNEY WHEN THEY IN FACT WERE PAID TO REPRESENT HIM IMPARTIALLY WITH HIS SIBLINGS (BUT ONLY AFTER THEIR CLIENT MAX DIED).

B. IMMEDIATE STEPS SHOULD BE TAKEN TO PROTECT THE SAFETY OF THE VICTIMS (PAST, PRESENT, AND FUTURE) INCLUDING THE IMMEDIATE ADMISSION OF GUILT BY THE "COP" AND KIRTON MCCONKIE THAT THEY ARE ILLEGALLY PROHIBITING BRETT L ELIASON FROM SEEING HIS OWN FATHER WITH NO OTHER REASON THAN TO CONCEAL THEIR CRIMES AND A PUBLIC APOLOGY (AS PER VICTIMS' RIGHTS UNDER GENERAL ASSEMBLY 40/34 AS IT RELATES TO ABUSE OF POWER) MADE WITH A DISCLOSURE AS TO EACH PARTICIPANT WHO IS KNOWINGLY BEING INVOLVED IN THIS "MAFIACRACY" AND TO TREAT THE DEFENDANTS AS "DESPERATE CRIMINALS" AND ACT ACCORDINGLY THROUGH LOCAL LAW ENFORCEMENT AND THE FBI.

C. THE "COP" AND KMC LAW ARE TO RESTORE THE ESTATES OF MAX AND JOYCE S ELIASON TO THE CONDITION THEY WERE IN PRIOR TO THE RELATIONSHIP BEING CONSUMMATED UNDER FRAUDULENT MISREPRESENTATION AND A FORENSICS AUDIT PERFORMED ON ALL ASSETS AND TO EXPOSE EVERY RECIPIENT OF ELIASON EIGHT, LLC OIL AND OR ANY OF THE INSURANCE PROCEEDS WHICH WAS PLACED ON THE LIFE OF JOYCE S ELIASON ILLEGALLY AND THE PROCEEDS DISTRIBUTED AS PER FRAUDULENT VERBIAGE FOUND WITHIN THE ELIASON 2016 TRUST.

D. KIRTON MCCONKIE AND THE "COP" ARE TO DISCLOSE AND RETURN ALL COMMPENSATION THAT THEY HAVE RECEIVED THROUGH ANY SOURCE WHICH SINCE EVERY DIME PAID IS CONSIDERED A FELONY BRIBE (INCLUDING OIL PROPERTIES, REAL ESTATE, INSURANCE PROCEEDS, AND "RETAINER AND HOURLY BILLING FEES"). THIS AMOUNT IS TO BE AWARDED TREBLE DAMAGES AND RETURNED TO PLAINTIFF IMMEDIATELY FOR HIS PRO SE "LEGAL COSTS".

YOUR HONOR... I AM SPEECHLESS THAT THIS IS WHAT SOCIETY ALLOWED AMERICA TO BECOME. A "ONE WORLD SATANIC SOCIETY" USING THE INNOCENT MEMBERS' TITHES AND OFFERINGS TO FULFILL A SICK TWISTED "WORLD DOMINATION FETISH" ....

IF YOU FOLLOW SUIT WITH THE REST OF YOUR CREW...I EXPECT A REFUSAL TO RESPOND TO ONE SINGLE REQUEST AND YOU WILL JUST GO ALONG IN CLAIMING I AM A DANGER TO SOCIETY AND NEED TO BE LOCKED UP AND ERASED NOT BECAUSE I AM GUILTY; BUT AS IS THE CASE EDMUND DANTES; WAS CONSIDERED THE GOVERNMENT'S SHAME...

DAMN YOU...

*Brett Eliason*

# EXHIBIT "K"

## IN THE UTAH SUPREME COURT
### Appellate Case No. 20200548-SC

### United States District Court Cases
UTAH CASE NO. 1:20-CV-00024-RJS-DBP
COLORADO CASE NO. 1:20-CV-00959-PAB-SKC
HAWAII CASE NO.: 1:20-cv-00257-JAO-WRP

### The Third District Court of Utah
UT CASE No 19091906 Judge Adam Mow
UT CASE No 201906707 Judge Linda Jones
UT CASE No 201000297 Judge Augustus G Chin

**THE ESTATES OF MAX AND JOYCE ELIASON (et al)**
**Plaintiff**

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH
OF JESUS CHRIST OF LATTER-DAY SAINTS (et al)**
**Defendant**

A COPY OF "WE THE PEOPLE" NEWSPAPER WHICH
PLAINTIFF PUBLISHED IN JULY OF 2020 WHICH HE IS
OPENLY DISTRIBUTING TO EVERY SENATOR IN THE
UNITED STATES FOLLOWED BY EVERY MEMBER OF THE
HOUSE OF REPRESENTATIVES PLUS HUNDREDS OF
VARIOUS OTHER KEY RECIPIENTS IN THE COUNTRY

*BRETT L ELIASON*
*634 RIDGE TOP LANE*
*NORTH SALT LAKE, UTAH  84054*
*(801) 949-0080*
*PRO-SE Litigant*
*brett.eliason1@gmail.com*

DALLIN H OAKS UTILIZED THE PAUL HUNTSMAN FAMILY
INVESTMENTS TO PURCHASE THE "INDEPENDENT VOICE
OF UTAH" WHICH WAS IMMEDIATELY TURNED INTO A 501-
C3 CORP WHICH WILL CERTAINLY AVOID TAXATION JUST
AS THE LDS CHURCH IS GETTING AWAY WITH THROUGH
ITS MANIPULATION OF THE IRS.  BROTHER OAKS SAID HE
WAS SILENCING THE VOICE OF THE LGBTQ COMMUNITY
BUT IN REALITY, IS CONCEALING THE SCREAMS OF
VICTIMS SUCH AS JOYCE S ELIASON AND "ME" UNDER
CENSORSHIP... SHAME ON THIS ASSAULT ON DEMOCRACY

## DISCUSSION:

THE PLAINTIFF, VICTIM, DEFENDANT, PETITIONER, MOVANT, AND SON OF MAX AND JOYCE ELIASON HEREBY INCLUDES A COPY OF HIS RECENTLY PUBLISHED NEWSPAPER CALLED "WE THE PEOPLE" WHICH WILL CONTINUE TO BE PUBLISHED ON A MONTHLY BASIS UNTIL JUSTICE IS FOUND OR UNTIL HIS VOICE IS SILENCED PERMANANTLY BY THE HELL'S ANGELS OF KIRTON MCCONKIE AKA "THE COCKROACHES ON THE ASS OF SOCIETY" TO WHOM HE HAS TWO MIDDLE FINGERS IN THEIR PROVERBIAL FELON FACES IN DISGUST AND REPULSION FOR THEIR INTENTIONAL ASSAULTS ON THE "CLIENTS TURNED VICTIMS" THAT TRUSTED THEM WITH THEIR SACRED ESTATES AND LEGACIES.

LISA STEPHENS AS THE ILLEGALLY APPOINTED "SOLE TRUSTEE" WAS ABLE TO ACQUIRE A "WARRANT FOR THE ARREST" OF HER YOUNGEST BROTHER ON JUNE 12TH, 2010 WHICH WAS WITHIN SIX DAYS AFTER AN INJUNCTION HEARING WAS SCHEDULED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII WHEREIN THE VICTIM WAS FORCED TO ATTEMPT TO FIND JUSTICE FOLLOWING THE REFUSSAL OF CHIEF JUDGES ROBERT J SHELBY AND PHILLIP A BRIMMER TO PROSECUTE THE DEFENDANTS FROM THE UNITED STATES DISTRICT COURTS OF UTAH AND COLORADO RESPECTIVELY.

SOOO....THE PLAINTIFF HEREIN HAS BEEN CALLING "EMERGENCY 911" FOR OVER TWO YEARS SINCE HIS MOTHER DIES WITH THE UNDENIABLE 50 AND CLIMBING FELONY CHARGES INCLUDING ATTEMPTED MURDER AND THE COMPLETE EMBZZLEMENT OF THE ESTATES OF MAX AND JOYCE ELIASON AND NOBODY WITHIN EITHER "CHURCH OR STATE" DARES TO RESPOND; AND YET THESE "WHOREABLE AND DEPLORABLE DEMOS OF DALLIN'S DEBAUCHERY" WALK INTO THE THIRD DISTRICT COURT AND "BUY THE UTAH JUDICIAL SYSTEM" INTO HAVING THEIR VICTIM DEEMED A "WANTED FUGITIVE"?

2

DOES THAT SEEM LIKE JUSTICE TO YOU MY DEAR JUDGE LINDA JONES WHO MAY PREFER TO BE CALLED "SISTER JONES" OF THE SAME "JESUS CHRIST HIMSELF" WHICH HAS BEEN BORN AND BRED BY SIR DALLIN H OAKS?

I OPENLY CALL "FUBAR" ON YOU AND THE OTHER FELONS AT LARGE WHO ARE RUTHLESSLY COMMITTING AN ONGOING AGGRAVATED CONSPIRACY TO ABUSE AND EXPLOIT VULENRABLE ADULTS AND CHILDREN SUCH AS BOTH MAX AND JOYCE ELIASON AND MY PRECIOUS DAUGHTERS WHOSE LIVES I WILL DIE PROTECTING FROM SLITHERING SLUT VERMON AND WHORES SUCH AS YOURSEF WHO FEEL LIKE THEY ARE ENTITLED "ELITE" MEMBERS OF SOCIETY WHO NO LONGER ARE HELD TO THE LAWS OF BOTH GOD AND MAN YOU SWORE TO UPHOLD THE DAY YOU ACCEPTED YOUR ROBE WHICH IS JUST AS WORTHLESS AS THE SOUL FOUND WITHIN.

YOU WILL FIND YOUR OWN NAME DISCUSSED ON THE LAST PAGE OF THIS PUBLICATION AND BELIEVE ME WHEN I OPENLY STATE THAT A FOLLOW UP ARTICLE WILL ATTEMPT TO DISCREDIT YOU AS ANOTHER ONE OF DALLIN'S DICKS WHO HE PLAYS WITH BEHIND THE CLOSET OF KIRTON MCCONKIE AND THEIR SATANIC DEN OF THIEVES.

PROVE ME WRONG WITHIN MY STATEMENTS OR TAKE YOUR RIGHTFULLY EARNED PLACE WHICH BY ALL RIGHTS ENTITLES YOU TO A FRESH START IN JAIL HELL FOR THE NEXT 1,000 YEARS OR SO...

WHY GO AFTER THE THIRD DEGREE FELONY CHARGES OF "STALKING LISA STEPHENS" WHEN I AM OPENLY CALLING YOU OUT PUBLICLY AS BEING A SUB CLASS SPECIES OF A "CRACK HOE" WHOSE ADDICTION IS DRINKING FROM THE ENDLESS FOUNTAIN OF "BRIBES WITH TITHES" TO WHICH YOU HAVE OBVIOUSLY PARTAKEN OF AND TO WHICH YOU CANNOT DENY?

IF I AM LYING THEN YOU HAVE ME FOR A MUCH MORE ATTRACTIVE "SECOND DEGREE FELONY" AS I AM SURE YOU ALREADY KNOW ALL TOO WELL.... THE EVIDENCE SPEAKS FOR ITSELF ONCE AGAIN UNDER THE PHRASE OF "RES IPSA LOQUITUR" TO WHICH YOU SHOULD BE AFRAID...DO YOU SERVE "ME" JUDGE JONES?  IF YES...THEN WHY HAVE YOU NOT STARTED ISSUING SUBPOENAS?  IF NO...THEN JUST TAKE YOUR TITLE OF SATANIC SLUT HOE...AND DO NOT PASS GO.  I OFFER YOU THE SAME RESPECT YOU SHOW TO THE VICTIMS HEREIN...ZERO

3

# "WE THE PEOPLE"

## UNDER GOD - July 2020

# LDS CHURCH LEADER ACCUSED OF DEEP ROOTED CORRUPTION





## "A Man Cannot Serve God and Mammon…"

**By Brett L Eliason; Agent and Trustee of the Max and Joyce Eliason Estates**

The Corporation of The President of the Church of Jesus Christ of Latter-Day Saints (The "COP") and its Law Firm of Kirton McConkie PC (KMC Law) have been accused of concealing one of the most horrific and extensive networks of corruption ever witnessed throughout history as described by a 300 page complaint filed in the United States District Court for the District of Utah on February 25th, 2020.

The allegations within the lawsuit specifically describes over 50 Felony Crimes which have been committed in association with the complete embez-

zlement of the estates of Max and Joyce Eliason valued at over $200 Million and neither the Corporation of The President or Kirton McConkie Law Offices are willing to provide one document showing where the missing assets have been transferred to over the past seven years.

In fact, the evidence is so overwhelming against the Defendants that the complaint utilizes a legal tool for this type of situation called "Res Ipsa Loquitur" (let the evidence speak for itself) and in turn puts the burden of proof on the Defendants to explain how the damages could have occurred unless they indeed did commit the 50+ and counting Felonies described therein.

The lengthy complaint filed by Brett L Eliason as a Pro Se Attorney points out that the matter of "innocence or guilt" is resolved on page one of the complaint with the other 300 pages being supporting evidence for the prosecu-

tors to use during the criminal prosecution of the matter along with over 3,500 pages of exhibits which cannot be refuted which is further proven by the fact that KMC Law has had two years to respond to these allegations and know they do not have one answer to exonerate them from being considered "Felons At Large".

Despite the "COP" and its Agent KMC Law's attempts to make this matter look so complicated that it would take a seasoned Juris Doctorate Degree with a double major in Rocket Science to understand the thousands of pages which were prepared to make this scam of their 84 year old clients seem legitimate, it is actually so basic that a kindergarten class would be able to spend a couple of hours and be able to

teach the former Utah Supreme Court Judge Dallin H Oaks a lesson in Fiduciary Duty for Dummies as shall be described herein.

It is a tragic display of humanity at its worse and just how true is the statement which says *"absolute power will corrupt absolutely"* unless proper checks and balances are implemented within any entity where unilateral control of assets are audited and monitored for discrepancies.

Max and Joyce S. Eliason entered Kirton McConkie on June 20th, 2013 and entrusted the Prestigious Law Firm with the sacred responsibility of protecting their assets on behalf on themselves and beneficiaries Mark Eliason, Lisa Stephens, and Brett Eliason.

"WE THE PEOPLE" - July 2020

# "Never Forget Who You Serve and Who You Answer To"... (Dallin H Oaks)

This created an indisputable Fiduciary Responsibility from the Estate Attorney Craig McCullough and The Law Firm Kirton McConkie PC towards both Max D. Eliason and his wife Joyce who had just been diagnosed with lung cancer the previous week.

The Fiduciary Duty of caring for the Estates of one's clients is considered the most sacred duty within the legal industry; and the laws surrounding the associated Duty of Care and Duty of Loyalty and Obligation to Disclose any Conflicts of Interest prior to consummating any legal client relationship.

This Duty of Care and Loyalty relating to this sacred responsibility is placed in the hands of those individuals or entity which the creator of the trust or "The Settlor" believes will act in accordance with the clients precise wishes and their Last Will and Testament and any conditions of related Trusts and as it relates to the client's entire estate.

The associated laws of "Conflict of Interest" and the associated disclosure of any such possibility to prospective clients is a mandatory law that must be adhered to so as to ensure that the Law Office that represents the client is not "playing both sides of the fence" and to ensure that it is the client's last wishes that are being fulfilled and not those of a greedy beneficiary or the respective attorney.

The laws concerning conflict of interest are precise and extend past death of the clients in requiring that any Law Firm or Attorney that represented clients such as Max and Joyce Eliason, could NEVER represent any of the beneficiaries individually even after the clients were deceased or incapacitated since this would violate the sworn duty of the Fiduciary to uphold the rules of Impartiality.

Max and Joyce Eliason were made to believe that Mr. Craig McCullough was the Sr Partner from Kirton McConkie and that both the law office of KMC Law and the Corporation of the President of the LDS Church had been engaged on their behalf and that they had an attorney/client relationship along with the associated Fiduciary Duties and the associated loyalty to Max and Joyce Eliason as their real client while administering the Estate Plan as per the Last Will and Testament of the Eliason Couple.

**"WE HAVE AN UNDISCLOSED CONFLICT OF INTEREST' BETWEEN CRAIG MCCULLOUGH AND YOUR BROTHER-IN-LAW AND SISTER AND WE REPRESENT HER ONLY SO NEITHER YOU OR MAX D ELIASON HAVE REPRESENTATION FROM KIRTON MCCONKIE LAW OFFICES. WE THEREFORE ADVISE YOU TO ENGAGE OUTSIDE LEGAL COUNSEL AND SUE US (KMC LAW) IN ORDER TO PROTECT BOTH YOURS AND YOUR FATHER'S RIGHTS..."**

THIS STATEMENT WAS MADE BY SR PARTNER AND BOARD MEMBER OF KIRTON MCCONKIE TOM MECHAM ON FEBRUARY 11TH, 2019 IN RESPONSE TO PLAINTIFF'S DESPERATE PLEAS FOR INTERVENTION AGAINST HIS SIBLINGS WHO WERE SADISTICALLY ABUSING BOTH MAX D ELIASON ("ME") AND THEIR YOUNGEST BROTHER BOTH FINANCIALLY AND EMOTIONALLY.

## DO YOU SERVE "ME"?

Based upon the earlier explanation of laws surrounding Fiduciary Duty and the associated laws of loyalty, care, and impartiality; it does not require any more education within this complaint to understand its severity and the implications as to just how corrupt the hierarchy of KMC Law and the leaders of the LDS Church have become and who are each in full awareness of this seven year torture which they refuse to acknowledge and instead are actively "retaliating against the victims and their families" which is by itself a most heinous felony offense punishable by up to 20 years in Federal Prison under the RICO Act of 1970.

After months of investigating how this Picasso of Crime was committed; it was discovered that the introduction of Max and Joyce Eliason to their supposed attorney Craig McCullough on June 20th, 2013 was done under deceit and one more felony violation known as Fraudulent Misrepresentation since the individuals lied to the Eliason couple in stating that Mr. McCullough was an advisor to Larry Stillman who is the younger brother of Joyce Stillman Eliason. Mr. McCullough admitted in writing on March 7th, 2019 that he had never met Mr. Stillman but believed his brother may have.



"It's **WRONG** to criticize leaders of the Church even if the criticism is **TRUE**."

-Dallin H. Oaks

Bryan and Lisa Stephens knew that the elderly couple would never accept a hand-picked attorney which came from Bryan Stephens and so the group of fraudsters lied and deceived the elderly couple into consummating this relationship without them ever realizing that Craig McCullough and Kirton McConkie were already "married" to their son-in-law and daughter and that every single document that would follow would be exposed as fraudulent and created with intent to embezzle both of the Eliason Estates before they were dead.

### FRAUDULENT MISREPRESENTATION IS A SECOND-DEGREE FELONY IN THE STATE OF UTAH

Estate Planning falls under the rules of Contract Law in the State of Utah and any sign of fraud or intentional deceit carries the remedy in this case of complete rescission of all documents and the restoration of all assets to the condition they were in when Max and Joyce Eliason were introduced to KMC Law and Craig McCullough on June 20th, 2013 and the perpetrators held responsible for their respective roles as conspirators in the criminal and civil violations of both State and Federal Laws.

THE MEMBERS OF THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES REFUSE TO RESPOND TO THE ONE "YES OR NO" QUESTION OF "DO YOU SERVE ME"?

If The "COP" answers "YES" they do indeed represent Max and Joyce Eliason, then they are guilty of an intentional Second Degree Felony Breach of Fiduciary Duty since they have illegally disbursed the assets of both of the Estates of this A/B Trust while the Settlor and Co-Trustee Max D Eliason ("ME") is still alive and breathing and it would be illegal for them to EVER represent Bryan and Lisa Stephens due to the laws of loyalty, care, impartiality, and full disclosure to all individuals concerned.

If the "COP" answers "NO" they do not represent Max and Joyce Eliason then they are guilty of an intentional Second Degree Felony Breach of Fiduciary Duty since they have illegally disbursed the Estates of this A/B Trust while the Settlor and Co-Trustee Max D Eliason ("ME") is still alive and breathing and implies that every dollar paid in compensation to KMC Law and Craig McCullough is considered to be a Felony Bribe which was made in exchange for the delivery of both of the Eliason Estates before the couple was deceased.

If they continue to "Plead the Fifth Amendment" then they are guilty of an Aggravated Conspiracy to Commit Abuse and Exploitation of the clients who entrusted them with their lives sacred works and the legacies that have been passed down through the generations within this LDS Faith where "Families are Forever" and this undeniable evidence is found on page one of the complaint and literally leaves the Defendants "Speechless" due to the obvious "Checkmate" they are in just by the was the "pieces" lie on the the front page.

Despite their ruthless attempts to have the name of Max D Eliason ("ME") removed from the complaint; the youngest son is a legal agent with a Durable Power of Attorney and has the right to be "ME" and pursue the criminals since he has been illegally locked up under a fraudulent "KMC House Arrest" which is paramount to snuffing out the victims voice so as to never allow Max D Eliason to speak for himself in the court of law.

Anyone with the understanding of Fiduciary Duty and Estate Planning Law would cringe to see that Max D Eliason is a Plaintiff that they do not represent and that he is still alive and the lawful Trustee and Settlor of the Max and Joyce Eliason Trusts dated October 28th, 2015.

Even worse is the expected reaction of the Defendants when they realize that Kirton McConkie is openly representing Lisa Stephens as the "Sole Trustee" of the same Max and Joyce Eliason Trusts dated October 28th, 2015 in addition to representing two of the three beneficiaries and their spouses but not "ME" nor his youngest son who is now forced into being his own attorney for reasons to be discussed herein.

**THERE IS NO PLAUSIBLE EXPLANATION THAT CAN LEGALLY JUSTIFY THE FACT THAT KIRTON MCCONKIE REPRESENTS TWO OF THE THREE SIBLINGS AND THEIR SPOUSES IF THEY EVER HAD A CLIENT/ATTORNEY FIDUCIARY DUTY TO MAX AND JOYCE ELIASON.**

**THE VICTIMS HAVE DEMANDED THAT DALLIN OAKS AND KIRTON MCCONKIE EXPLAIN BY WHAT LEGAL JUSTIFICATION THEY CAN OFFER THAT PERMITS THEM TO HAVE EMPOWERED LISA STEPHENS TO SETTLE BOTH ESTATES WHILE THEIR REAL CLIENT AND SETTLOR IS STILL LIVING AND THEY HAVE NO RESPONSE TO OFFERS SINCE THEY KNOW THERE IS NO WAY TO ERASE THE EVIDENCE.**



Join Our Newsletter

**LEGAL NEWSLINE**

*Home – Stories – 2020 – March*

# Mormon church accused of embezzling couple's estate

LAWSUITS

By Charmaine Little   Mar 5, 2020

The LDS temple in Salt Lake City, Utah | Pixabay


72


146

SALT LAKE CITY (Legal Newsline) - A son is bringing attention to a religious organization that allegedly embezzled his parent's entire estate.

Trustee and agent Brett L. Eliason sued on behalf of Max and Joyce Eliason. The Corporation of The President of The Church of Jesus Christ of Latter-Day Saints and The Law Offices of Kirton McConkie were accused of embezzling the estate during the estate planning process. They were sued in the U.S. District Court for the District of Utah's Central Division on Feb. 26.

## THE RICO ACT OF 1970

The Racketeer Influenced and Corrupt Organizations (RICO) Act is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization.

The RICO Act focuses specifically on racketeering and allows the *leaders* of a syndicate to be tried for the crimes they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed "at least two acts of racketeering activity" drawn from a list of 35 crimes-27 federal crimes and 8 state

crimes-within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise". Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years of prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."

**Both the criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages).**

Although its primary intent was to deal with organized crime, Blakey said that Congress never intended it to merely apply to the Mob. He once told *Time*,

**"We don't want one set of rules for people whose collars are blue or whose names end in vowels, and another set for those whose collars are white and have Ivy League diplomas."**

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. *H.J., Inc. v. Northwestern Bell Tel. Co.*, 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity.

**The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy.** *DE- lano,* **825 F. Supp. at 542. All that must be shown is that the defendant agreed to commit the substantive racketeering offense and had knowingly participated therein.**

# KIRTON | McCONKIE

Craig F. McCullough
ccmccullough@kmclaw.com
801.323.5900

March 7, 2019

**VIA EMAIL AND U.S. MAIL**

Mr. Brett Lynn Eliason
43 S. Fairway Drive
North Salt Lake, Utah 84054

Re:   The Joyce S. Eliason Estate

Dear Mr. Eliason:

You have indicated that you will be acting as your own legal counsel, and I will set forth our understanding regarding your requests and our replies. I represent Lisa Eliason Stephens in her capacity as Personal Representative of The Joyce S. Eliason Estate (the "Estate") and in her capacity as Trustee of The Joyce S. Eliason Trust ("Joyce's Trust"). As such, if you have requests which are related to the Estate or Joyce's Trust, please provide those requests to me as Lisa's counsel. If you have requests relating to other matters or litigation, I will not be able to respond to those requests. I cannot provide you with legal advice such as interpreting Joyce's Will or Trust. You will need to obtain your own legal counsel to assist you with any legal advice.

While acting as legal counsel, we anticipate that you will comply with the Rules of Civility and Professionalism.

Above is letter from Kirton McConkie to Plaintiff dated March 7, 2019 and is a 'smoking gun' that proves KMC Law illegally represents Lisa Stephens as Trustee.

## "When a man seeks to conceal his sins, the holy spirit withdraws from that person and you can say 'Amen' to the Priesthood of that man"..

### -DALLIN H OAKS-

The Leaders of The Church of Jesus Christ of Latter-Day Saints have been caught with their "Garments Down" in the United States District Court for the District of Utah as they are unable to respond to this simple "Yes" or "No" question without impugning guilt of Second Degree Felony Aggravated Conspiracy to Commit Abuse and Exploitation of the clients that paid them to protect their $200 Million Estates. The "Lord's Lawyers" are committing a second degree felony simply by representing two of the three beneficiaries which violates the laws of Impartiality.

It is with a Poetic Justice from the God that these corrupt leaders are left speechless in their own form of "Judgement Bar Exam" question which they fail even if they plead the "Fifth Amendment" since they sit in "Checkmate" on page one of the Complaint filed in Federal Court since the Law Firm of Kirton McConkie is illegally representing the son-in-law and daughter of their Client Max D Eliason ("ME") who is still alive.

Max and Joyce Eliason entrusted their estates to the Corporation of the President of the Church of Jesus Christ of Latter-Day-Saints on June 20th, 2013 which is exactly seven years ago this month and the Defendants have chosen to Coerce Judicial Leaders to "Stall" and to enforce strict "Censorship" via their direct and indirect ownership of various media companies throughout the U.S. and obviously the Deseret News and KSL.

The Board of Directors literally admitted guilt to the Editor on February 11th, 2019 that they (KMC Law) had an "Undisclosed Conflict of Interest" between their Sr Partner and Estate Planning Attorney Craig McCullough and the son-in-law and daughter of Max and Joyce Eliason which is an admission of guilt to a Second Degree Felony Crime.

Every member of the First Presidency and the Quorum of the Twelve Apostles of the Church of Jesus Christ of Latter-Day Saints is fully aware that they are concealing over 50 Felonies which fall under the definition of The RICO Act filing of 1970 under the distinction of Racketeering and Organized Crime which is typically synonymous with the afore mentioned famous Mafia Family names found in American history.

When confronted with the question of "What about ME"; President Lee Wright of Kirton McConkie Law Offices told the youngest Beneficiary and the Editor herein that the charges of Bribery and Embezzlement were serious against his partner and that the Law Office and the "COP" were going to stand by Craig McCullough rather than the client who they bamboozled into thinking the LDS Church was good for its world to protect the Estates and represent the Beneficiaries with Impartiality.

It should be noted that they never denied the charges; they just chose to dismiss their responsibility since the Mafiacracy running the LDS Church apparently decided it was entitled to take all of the "booty" and run without fear of retribution and are still fearless since they also control The FBI and Judges of "Jesus Christ Himself" along with countless others.

It has been two years since Joyce S Eliason passed away (May 21st, 2018) and the Lawlessness within the LDS Church Hierarchy feels immune to the laws of both God and Man for a very good reason that the Editor has learned "The Hard Way" and what "Lies Behind" Veil Number One in The "Let's Make a Deal" of Estate Planning Scams wherein the Lord's Lawyers turned Hell's Angels have offered up a "Crazy Craig Two For One Estate Embezzling Special".

They apparently can get away with it since "If the Law Says NO...Dallin Oaks Says YES" as implied by the shameless continuation of this Circus of Corruption without one member of the Leadership of the LDS Church ever intending on accounting for one dollar of the missing $200 Million of missing assets which have been raped and pillaged by a hoard of greedy swine.

After months of putting together this Picasso of Fraud that shall forever hang on the Walls of Shame for how depraved humanity can become through greed and lust of power; it is clear that the Hierarchy of the LDS Church and in particular Brother Dallin H Oaks are using the LDS Faithful to extort tithes and offerings in order to support a hidden "New World Order" agenda whose intentions are far from anything considered 'Holy'.

There is no position, title, or power on earth that entitles a "Prophet, President, or King" to openly assault an innocent family who paid the assailants to protect and preserve the same assets they turned and embezzled over the past seven years since the relationship was illegally consummated yet there is not one of the religious or political leaders who have shown one ounce of compassion.

There has not been one of the High Managerial Agents of the Church nor one from the LDS Law Office who have dared face their accuser in Court and has instead utilized an assumed policy of "Bribes with Tithes" and the purchasing of every Media Company they can get their filthy fingers on which has forced the Victim to start his own Newspaper since even the "Salt Lake Weekly" refused to expose this matter and its logo states "If We Won't Print It; Nobody Will".

Shame on this New Definition of EVIL which has utilized God as a marketing tool in order to attract new "Clients" and who in turn converts to "Victims" and have been "Feasting Like Swine" at the trough of said clients turned Victims and then proceeds to leave the entire family in carnage knowing the media is under complete censorship.

# The "Bank of Jesus Christ Himself"

Although there are many complicated aspects of Estate planning and the associated Trusts that are set up for couples such as Max and Joyce Eliason; the concept behind this story is no different than imagining that the Eliason Couple entered "The Bank of Jesus Christ Himself" rather than the Law Office of "Jesus Christ Himself" and proceeded to deposit $200 Million into the "Bank" of The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints.

The "instructions" to the bank was to protect the "savings" account and to disburse the proceeds equally ONCE BOTH MAX AND JOYCE HAD DIED BUT ARE TO REMAIN UNTOUCHED UNTIL THAT DAY ARRIVES. Max D Eliason is still alive albeit under an illegal "house arrest" under the direction of Dallin H Oaks who also robbed Max D Eliason of his right to be heard in court after shamelessly having him deemed "incompetent" in front of Judge Faust of the Third District Court on May 29th, 2019.

They were also instructed to NEVER allow their son-in-law Bryan Stephens to participate in any way with the Estate Planning process and was even prohibited from attending any meetings associated therewith. This was done due to the perceived ambitions and greed that Max and Joyce Eliason had discovered and that he had a sense of "entitlement" to their sacred estates.

What Kirton McConkie and the associated con artists did was to betray the trust of this 84 year old couple into making them just believe that the "bank account" was tied to their "signature cards" when in reality; the "bankers of Jesus Christ Himself" intentionally deceived them knowing they were easy targets to rape, pillage, plunder and abuse and exploit until every drop of oil and assets had been drained.

When Joyce S Eliason contracted lung cancer in June of 2013; she and her husband went into the "LDS BANK" and opened a "Joint A/B Trust Account" which by law is really no different than a Joint Savings account that has been opened by a couple with a basic clause of survivorship which in this case means that all of the assets of Joyce Eliason were to remain in the "Joint A/B" (Marital Trust) until her husband passes away at a future date in time.



Max D Eliason proudly stands in front of an Eliason Eight, LLC Oil Derrick for his 80th birthday in June 2014. The Corporate Officers of the "COP" and the Leaders of the LDS Church are "Aiding and Abetting" in the concealment of over 50 felony crimes including the complete embezzlement of the $200 Million Estates that KMC Law was paid to protect and represent each beneficiary impartially. The Eliason family has been left in carnage after it was discovered that the "Lord's Lawyers" ("Hell's Angels") accepted millions in bribes in exchange for delivering both of the elderly couple's estates on "Golden Plates" and nobody within the US Justice System is stopping the "Den of Thieves" from its ongoing "Estate Planning Murders" or to uphold the Constitutional Rights of the Victims herein.

The youngest son and beneficiary of Max and Joyce Eliason was told on February 11th, 2019 by Sr Partner and Board Member of KMC Tom Mecham that the "Lord's Lawyers" had an undisclosed conflict of interest and that the Law Office of the LDS Church really represented Lisa Stephens now as "Sole-Trustee" and "Personal Representative" and that neither himself nor the still living Max D Eliason had any representation whatsoever within the "Lord's Bank" and that both Max Eliason and his youngest heir would be required to "find another bank" and sue KMC if they ever wanted to see their $200 Million again.

Imagine the look on the face of Max D Eliason when he was told that his own lawyers had just disavowed that they ever represented him and that his son-in-law and daughter had absconded with both his and his late wife's estates which implies that the religion that all generations that preceded Max and Joyce on this earth had all been betrayed by the leaders of the LDS Church which they were faithful towards their entire lives.

**EVEN MORE TROUBLING IS WONDERING HOW MANY VICTIMS ARE BEING ASSAULTED BY THIS "ESTATE PLANNING MURDER" AND IF THERE IS ANYONE WHO WILL STOP IT...**

# THE DEVIL IS IN THE DETAILS...

### AND THE DETAILS ARE IN THE DEVILS...

Dallin H Oaks is the President of the Quorum of the Twelve Apostles of the Church of Jesus Christ of Latter-Day Saints, the Next Prophet Apparent of the LDS Church, and also one of the most renowned experts in Estate and Trust Laws in the Country. He is also a two-time Presidential Nominee to the United States Supreme Court and former professor and President of BYU University. He is also an author and served as a Utah Supreme Court Justice in the early 1980's. It is safe to say he understands "Fiduciary Duty".

His own book called "The Laws of Trusts" could be used against him in the court of law to condemn him for committing intentional Second Degree Felony Breach of Fiduciary Duty and the corresponding Conspiracy to Commit Aggravated Abuse and Exploitation of the Vulnerable Adults and Children both he and Kirton McConkie were paid to protect and to represent with impartiality. Despite all of his amazing achievements; he is unable to answer "Do You Serve ME"?

The RICO Act of 1970 provides harsh punishment for each corrupt action that has been committed by defendants relating to Racketeering and Organized Crime such is demonstrated in its purest form herein. Any participant that either conceals or takes part in this "Mormon Mafiacracy" is subject to 20 years in prison for each violation. That equates to 40 years just from the first page of the complaint and an ironic 1,000 years for the associated 50 alleged felonies.

The letter on page two was written on March 7th, 2019 as a follow up to the in-person meeting wherein Tom Mecham of the Board of Directors stated clearly that the Law Office of his parents had an undisclosed conflict of interest with Bryan and Lisa Stephens and it is confirmed in the first paragraph of the letter dated March 7, 2019.

If the only evidence the victims had is this letter stating that Kirton McConkie represents Lisa Stephens as the "Sole Trustee and Personal Representative" of Joyce S Eliason's Estate and associated Trust; the statement is sufficient evidence to prove the Law Office of the LDS Church is intentionally dismissing the fact that both of these positions are lawfully entitled to Max D Eliason as the Settlor and Co-Trustee of both his and his wife's estates and trusts.

6

For you see, this is an "A/B Trust" which made Max D Eliason and Joyce S Eliason the Settlors and Trustees of each Estate and Trust in a "Joint Account" with instructions to divide the estates up 33/33/33 upon the death of the surviving spouse as one would expect from any Estate such as this.

Kirton McConkie and the entire leadership of the LDS Church and now countless members of the US Department of Justice are all fully aware that the attorney of KMC Law, Craig McCullough and Lisa Stephens illegally modified two amendments and a Trust Certification submitted to the Court which removed Max D Eliason as if he had never existed. This can only be accomplished by an intentional Second-Degree Felony and Aggravated Conspiracy to Falsify Government Documents (which is another 20 years in the 'Prison of Jesus Christ Himself').

# In The Beginning, There Was "ME"

The best way to describe the "Settlor" of a Trust is with the words "author" or "creator" of the entity which typically holds the assets of the individual along with the associated provisions for the intended beneficiaries. "In the beginning there was God... In the end there was Fraud..."

When an A/B Trust is created such as in the case of Max and Joyce Eliason; each spouse is considered to be a Co-Trustee and a Settlor and while they are still alive and well; the Trust is considered to be Revocable at any time but in no way should the assets be dis- tributed before both spouses die.

When Joyce S Eliason passed away on May 21st 2018, Max D Eliason remained as both Settlor and Co-Trustee of the Joyce S Eliason Trust dated October 28th, 2015 as would be expected. How is it possible that a Law Office such as Kirton McConkie which is under supervision of Dallin H Oaks and his expertise in the Laws of Trusts to "mistakenly" make such a critical error?

The answer is that it is impossible without intentionally modifying legal documents and trying to probate court both of which are second degree felony charges and further crimes defined under The RICO Act of 1970. There needed to be someone who was willing to risk prison time by going back into the "Original Trustee Succession Order" of the Author's signature pages and modify the verbiage to read "In The Beginning, there was "Fraud" and that is exactly what they did as exposed in Article 6; Section 6.1.

4818-7415-9034 1

## ARTICLE 6 TRUSTEE PROVISIONS

**6.1 Trustee Succession.** The following will act as original Trustees, and as successor Trustees in the following order of succession:

(1) Joyce S. Eliason and Max D. Eliason. If either should cease or fail to serve, the survivor shall serve alone.

(2) Mark Dean Eliason, Lisa Eliason Stephens and Brett Lynn Eliason. If a Trustees should cease or fail to serve, the survivor(s) shall continue to serve.

(3) A Trustee chosen by the majority of the beneficiaries voting by right of representation as defined in Section 8.8.6, with the natural or legal guardian voting for legally disabled beneficiaries.

The Original Trustee Succession Order as found in the Joyce S Eliason Trust dated October 28th, 2015 which clearly shows Max and Joyce Eliason as Co-Trustees and Co-Settlors of their A/B Trust meaning that upon the death of Joyce, Max D Eliason is the automatic "Sole Trustee".

**6.1 Trustee Succession.** The following will act as original Trustees, and as successor Trustees, in the following order of succession:

1. Joyce S. Eliason.

2. Lisa Eliason Stephens.

3. A Trustee chosen by each of Settlor's descendants who are over the age of 25 and are not legally disabled, voting by right of representation as defined in Section 8.8.6, so there is one Trustee serving from each family line, who shall serve jointly. If all of the descendants of a Settlor's child are under age 25, the then serving Trustees of the Trust shall select a Trustee to represent that family line until a descendant reaches age 25.

-4-

Just days before Joyce S Eliason passed away, her daughter and son-in-law administered an illegal prescription of morphine and forced Joyce S Eliason to sign the modification below which was used in Probate Court as a Trust Certification from KMC Law confirming this exactly what was signed in the Original Documents

Kirton McConkie Law Offices refuses to provide both their client Max D Eliason and his youngest son as supposed Co-Trustee and Agent of Max any copies of his own "Last Will and Testament" or his own Trust documents along with the amount of compensation that he and his wife had paid to protect their sacred lives' work.

Ken Olsen of the Board of Directors refused to see Max D Eliason in their head office and stated that the law firm considered both him and his son "adversarial". While that in and of itself is considered a felony concealment of documents, the evidence of guilt can be located easily within the documents of the Joyce S Eliason Trust and in every

other document which has been released thus far. The counts of fraud within the documents alone and the assumption that those they refuse to offer their own client are also fraud.

In fact, this corruption is so deeply rooted within the Church and State of Utah; the Plaintiff/Victim who is representing himself and the other victims has yet to receive one valid document which shows the Law Office or Bryan and Lisa Stephens have any legal authority whatsoever to have taken the booty and have any legal swine who have been caught feasting at the trough of those they were paid to protect. This criminal corruption will continue unless outrage from the public is heard.

Estate Planning falls under Contract Law within the United States and for very good reasons is considered to be reversible for numerous reasons including any one of the felonies described herein. The "Smoking Gun" that Kirton McConkie faces is the "Pure Truth" that it was impossible for the LDS Law Office to name Lisa Stephens the new "Queen" of the combined estates since their real client can only be "King ME" who breathes.

**EVERY MEMBER OF THE FIRST PRESIDENCY AND QUORUM OF TWELVE APOSTLES ARE AWARE OF THIS CRIME SCENE AND REFUSE TO RESPOND TO ONE ALLEGATION**

"WE THE PEOPLE"-July 2020

7

# The Original Trustee Succession Order and "ME"

There is a terminology used within the legal profession known as "RES IPSA LOQUITUR" which indicates that the evidence is so conspicuous that the burden of proof goes to the Defendants to appear in Court and explain how such evidence could possibly exist unless they were the cause of the damages relating therewith.

There is a copy of The Original Trustee Succession Order on page 6 herein and describes the terms of the actual original Joyce S Eliason Trust dated October 28th, 2015. It clearly indicates the intentions of the clients and was done in order to take advantage of the tax savings associated with an A/B Trust and also shows Max and Joyce Eliason as Co-Trustees and as Successor Trustees upon the death of the first spouse.

It should be noted that Article 6 of this document is considered the authorship of this "Estate Plan" and was notarized on the signature pages attached therewith which confirm that Max and Joyce Eliason are Co-Authors, Co-Trustees, and Co-Settlors of this instrument.

Just as it is illegal to change the original author of "In the beginning there was God..."; it is equally impossible to EVER modify the ORIGINAL ORDER OF SUCCESSION since the word "Original" literally refers to what was executed in the original document on October 28th, 2015.

Although it is absolutely possible and legal for the original Settlors and Co-Trustees to amend the order of succession with a notarized signature of both parties that are in agreement; it is legally impossible to change history and erase what was created within the "ORIGINAL" Trustee Succession order found in Section 6.1 within the Joyce S Eliason Trust.

So when Kirton McConkie forwarded a copy of the "Trust Certification" dated May 4th, 2018 to prove that Lisa Stephens had been appointed as Sole Trustee upon the death of her mother just 17 days later; the Plaintiff immediately realized that his father Max D Eliason was no longer mentioned in the documents despite the surety that he was a Co-Settlor and Co-Trustee as was the intention of both Max and Joyce Eliason which is confirmed by the top copy on the opposite page.

Mrs. Joyce S. Eliason
4349 Lynne Lane
Salt Lake City, Utah 84124
November 7, 2016

Mr. Craig F. McCullough
50 East South Temple
Salt Lake City, Utah 84111

Dear Mr. McCullough,

I understand that there was recently a meeting held in regards to the distribution of the assets of our estate. Included in that meeting was the distribution of our balance sheet prepared and provided by my son-in-law, Bryan Stephens. While Bryan prepares our tax returns each year, he is in no way considered our financial advisor or planner and I personally had not seen what he had prepared when that meeting was held. I have told Bryan on several occasions that he is not our financial advisor and that as long as I am alive; I will "call my own shots" in determining what happens with our estate.

My son, Brett; has been my "hospice" caretaker since my "death sentence" of lung cancer was diagnosed almost 4 years ago. There is not a description for his loyalty to both me and his father Max who has also required his assistance for several years. Brett gave up all of his regular daily activities in order to care for his parents in these last years; and no amount of money can replace the role he has played in making my life bearable!

It is true that I have invested a great deal of money in Brett; during a period of his life where he needed me to get through some tragic ordeals in his life. There has never been nor will there ever be a note attached to this amount other than those executed recently in regards to his divorce proceedings. I am an educated and sophisticated investor and decided to help my youngest son at that time as I have done for many people in my family including Mark and Lisa and their respective families.

[...]rom this moment forward, I respectfully request that Bryan not be allowed to make any decisions for our estate; nor [...]o I want him to attend any meetings in regards to our estate.   He seems to be overpowering my three children and I [...]ras not given any notice as to the decisions that were to be made at that meeting. I believe that as a common curtesy, [...]n agreed upon financial advisor would have provided a copy of my own balance sheet to review prior to an [...]nportant decision involving one of my children receiving less than the other two.

Please feel free to call me at your convenience or if needed: you may come and sit down with me so that there is no mistake as to my intentions of my estate being divided equally among my three children.

Warm regards,

Mrs. Joyce S. Eliason





Kirton McConkie was knowingly representing two of the three siblings behind the backs of Max and Joyce Eliason. Kirton McConkie and the Officers of the LDS Church pretend as if this letter nor the other 50 felonies occurred and also pretend that their client Max D Eliason never existed.

The reader should note that it states in Section 6.1 that "The following will act as original Trustees, and as successor Trustees in the following order of succession: (1) Joyce S Eliason and Max D Eliason. If either should cease or fail to serve, the survivor shall serve alone.

Thus, when Max D Eliason lost the "Joy" of his life on May 21st, 2018; the original document they executed together on October 28th, 2015 clearly states that the survivor shall SERVE ALONE as TRUSTEE of their A/B Trusts.

## FRAUD 101 FOR DUMMIES

Now review the lower copy of this "Original Trustee Succession Order" as found in a Trust Certification executed by Craig McCullough on May 4th, 2018 wherein he is stating under oath and penalty of perjury and falsification of government documents that the has reviewed the "ORIGINAL TRUSTEE SUCCESSION ORDER" from Section 6.1 of the original documents and he certifies on his word and upon the reputation of

Kirton McConkie that the information in the lower copy is identical to what is found in the original documents Max and Joyce Executed.

An Attorney such as Craig McCullough will typically execute said Trust Certification on behalf of anyone who opens the file at a future date or by Probate Judges who do not wish to review hundreds of pages in order to determine who the original authors of this document were on the day that it was executed.

Thus, when Kirton McConkie presented the Trust Certification to Probate Court on June 22nd, 2018 in order to start the process of distributing assets; the Probate Judge would have relied on the Trust Certification provided by Craig McCullough knowing that he was stating his career and reputation of the "Lord's Lawyers" in certifying that he had examined the Original document shown on top; and that he swore that the lower copy matched exactly what was said in the original version.

Whereas Section 6.1 (1) of the original document on top shows Max and Joyce Eliason as original Trustees and Successor Trustees; how is it humanly possible to suddenly make an "innocent" mistake in the Trust Certification on the bottom which suddenly "Erased" Max D Eliason as ever having existed thereby providing the means to appoint Lisa Stephens as the "Sole Trustee" of both estates upon the death of her mother as shown under Section 6.1 (2) in the bottom copy of The Trust Certification.

Not only is it obvious that Max D Eliason was illegally removed from his rightful position of Co-Trustee and Co Successor through this document, but it is also crystal clear that upon the death of the surviving spouse ("ME"); that each of the three beneficiaries were to serve jointly as Co-Trustees responsible for their own 33% of the estates and Joyce furthermore required that all three beneficiaries execute any and all documents unanimously after she and her husband had died.

# "FAMILIES ARE FOREVER... UNTIL A GREEDY SIBLING COMMITS FRATRICIDE"

I have read every page from the book which Dallin H Oaks authored called "The Laws of Trusts" and have yet to find any indication that it is OK to "erase" the name of your client and change it to the name of the sibling who offered the highest bribe and with the possibility to steal the $100 Million in Oil Properties in addition to collecting on illegal life insurance policies that the Defendants took out on the life of Joyce Eliason without mentioning it to anyone else.

In referring back to the bottom copy of the fraudulent Trust Certification; the reader should also note that it was not enough to just steal the position of "Sole Trustee" from Max D Eliason; for this unholy plot also was being carried out by a criminally sadistic brother-in-law who was "hell bent" on making certain that his wife's younger brother would be tortured in every emotional and financial way possible and the details within this story are so horrific that they would be considered unbelievable unless the person were to read the 3,500 pages of supporting documents within the matter.

A glimpse of the criminals intentions are exposed in Section 6.1 (3) of the bottom "revision" which not only re-

moved Brett L Eliason as Co-Trustee upon the death of both of his parents; it also stated that after Lisa Stephens has served as "Sole Trustee"; that a Trustee would be "chosen" by each of the Settlors' descendants who are eligible only if they are over the age of 25 and goes on to explain that the intention is to have each of the three Beneficiaries represented along with their best interests.

In summary; rather than being named as Co-Trustee as per the lawful original documents which Kirton McConkie has in Eliason file, the modification which has been proven to be fraudulent not only removes the youngest son from being an original Co-Trustee; but also removes his right to EVER become one since the instructions state that he can only appoint one of his descendants that had obtained 25 years old (and his oldest daughter was 19 when this was executed).

Rather than permitting the "alienated" beneficiary from even having the option to appoint a third party Trustee on behalf of his family; these thugs decided that the remaining two siblings were authorized to chose anyone they decided would "play along" with the scam and thus the wife of Mark D Eliason (Laurie) was designated by Kirton McConkie to represent the best interests of the youngest beneficiary.

Make no mistake as to just how sinister this seven year plot has been towards the Plaintiff/Victim who was never expected to be live long enough to prosecute this matter. And even if he did survive; they would make certain that he would never be able to access any of the associated personal, trust, and business accounts which were all ille-

gally closed thereby forcing Plaintiff to proceed on a Pro Se basis despite having little legal background other than miscellaneous business law classes during his MBA Program at the University of Utah.

The evidence shows the undeniable employment of tools which are listed under "Satanic Cult Tactics" and include each of the following:

1. Divide and Conquer: Max Eliason was put under illegal house arrest in order to prohibit his youngest son from visiting his father which he has not done since April 17th, 2019.

2. Gain control of all assets and cash flow of the intended victim: The Defendants have illegally removed the Plaintiff from every single Trust Document along with his rights of Trustee and Beneficiary in addition to illegally removing him as Manager of Eliason Eight, LLC and Eliason Enterprises, LLC whose assets have all been illegally appropriated as the criminals have seen fit with no disclosure whatsoever.

3. Create circumstances and events which are designed to "Undo" the victim both emotionally and financially: this being done in order to destroy his capacity to survive any type of litigation such as is being presented herein. This has included bribing business partners to "quit" and sabotage his primary business and to surround him with miscellaneous "paid actors" whose mission is to betray trust and provide information to the "Mafiacracy" so they can plot their next move.

4. Alienate the victim from his entire family and from society by compromising his reputation through Felony Defamation of Character: The evidence will prove without a doubt that as soon as Kirton McConkie realized the Plaintiff had discovered the fraudulent modification of the afore mentioned Trust Certification; the Lawyers of "Jesus Christ Himself" proceeded to have Max D Eliason publicly humiliated by having him deemed incompetent in the Third District Court in an attempt to prohibit his name being used as a Plaintiff against his own attorneys, filed a fraudulent complaint with the Utah Division of Adult Protective Services against the Plaintiff alleging he was the one who was abusing and exploiting his own father, they installed video surveillance cameras and changed the locks in order to keep the

youngest son of Max Eliason out of his own childhood home and found an officer M. Naylor of the Holladay Precinct to be on "team evil" and has removed plaintiff twice even though he has no legal document that revokes plaintiff's Durable Power of Attorney, and last but far from least; SPREAD HORRIBLE FALSE STATEMENTS THROUGHOUT THE ENTIRE FAMILY SO AS TO COMPEL EVERY AUNT, UNCLE, COUSIN, NIECE, NEPHEW, OR NEIGHBOR TO NEVER SPEAK WITH SAID "TOXIC SON" AGAIN.

# THE LAST WISHES OF MAX AND JOYCE ELIASON...

The only special demands that Max and Joyce Eliason made to Kirton McConkie Law Offices during the five years that Joyce was still living was to A) Never permit her self-serving son-in-law Bryan Stephens to participate in any way with the estates of her and her husband and B) That every single instrument and trust document within the estates have a mandatory unanimous decision by all three beneficiaries after she passed away. Her instinct was prophetic since it has been proven and admitted that the Sr. Partner Craig McCullough of KMC Law never represented the Eliasons.

There is an underlying evil within this horrific and ongoing crime scene which has been discovered to have started before Max and Joyce Eliason were ever presented to the LDS Law Firm of Kirton McConkie. The couple's son-in-law and CPA who prepares the tax returns for Max and Joyce introduced the couple to Mr. Craig McCullough and lied to them both in stating that this was a former advisor of Joyce's youngest brother Larry B Stillman. This was done with the clear intention of making the couple and their youngest son comfortable in who they had been assigned from the LDS Law Firm. It would not be discovered until February 11th, 2019 when Mr. McCullough and KMC Law admitted this deceit.

As the evidence has been exposed piece by piece since the death of Joyce S Eliason; it became apparent very quickly that the sadistically minded group had been intentionally destroying both the emotional and financial well-being of their youngest brother for over seven years now and had plotted since day one to scream "checkmate" upon the death of Joyce S Eliason. The

group was so vicious that they not only "disowned" the youngest son from the documents; they also deprived him of his ownership in the family LLC's which he had paid millions of dollars towards from his own cash flow and the proceeds he paid were also taken from the business accounts of Max and Joyce Eliason which they have closed.

# CONSPIRACY TO COMMIT AGGRAVATED ABUSE AND EXPLOITATION OF VULNERABLE ADULTS

Kirton McConkie has no response or reaction to one allegation nor even to the approximate 300 page complaint filed against them in Federal Court on February 25th, 2020. letter which they received on November 7, 2016 following the discovery of intentional fraud which was maliciously intended to deprive the youngest beneficiary of $2 Million in real estate holdings.

It is required by law that an attorney prepare every single document within an estate plan so as to conform to the last wishes of the client and not to the desires of a greedy son-in-law who was specifically hired by Joyce S Eliason to touch either her estate or than of her husband Max. Craig McCullough acknowledged receipt of this letter as can be proven via an exchange of e-mails on that day and it was the first of countless instances of intentional fraud which in reality began June 20th, 2013.

What more heinous crime is there in society than to utilize God as a marketing tool and they utilize your own congregation to advance a larger and hidden agenda as has been discovered behind the man known as President Dallin H Oaks. He dedicated the headquarters of Kirton McConkie on April 12th, 2012 and did so in order to lure elderly couples such as Max and Joyce Eliason into having the faith that their estates were just as protected as their tithes and offerings.

A famous Eastern European Leader once stated that in order to deceive the masses; a leader needed to "Make the Lie So Big That Nobody Would Believe It"; and so it is within this tragic story that has been ongoing since June 20th, 2013 when my dear parents Max and Joyce Eliason were brought like "Lambs to the Slaughter" by their own

son-in-law and daughter who used Fraudulent Misrepresentation in order to secure the Estate Planning Murder of their own clients.

The question in this matter is not whether or not the Defendants are guilty; the question lies in the fact that nobody within the Third District Court of Utah or the United States Court for the District of Utah will stand up against the Church since it would be "Politically Incorrect" to do so. There is no title on earth that is high enough in the world that provides the right to dictate to its own clients that the Church is entitled to commit fraud.

It has been two years since Joyce Eliason died and almost two years since their youngest son Brett has been able to see his own father since the LDS Church and its Law Firm recognize that the crime spree they have been enjoying for the past seven years would all come to an abrupt ending and leave several church officials behind bars with life imprisonment.

President Dallin H Oaks and President Lee Wright of Kirton McConkie refused to even take action in February of 2019 when the Board of Directors acknowledged their guilt by stating to Max and his son that they both needed to get outside counsel in order to protect their rights? This coming from the "Lawyers of Jesus Christ Himself as they have been so referred to in the "Temple Ceremony" wherein their offices were dedicated and yet every action they take is meant to silence and bury the evidence via censorship and a relentless attack which qualifies under "Conspiracy to Commit Aggravated Retaliation against Victims.

# "THE LAWYERS OF JESUS CHRIST HIMSELF?"

President Dallin H Oaks of the Quorum of the Twelve Apostles of the Church of Jesus Christ of Latter-Day Saints dedicated the new offices of Kirton McConkie on April 12th, 2012 which was just over a year before Joyce S Eliason was diagnosed with lung cancer.

In an unprecedented style of dedicating a new building, Brother Oaks treated this ceremony as if a new temple had been built and the associated "Holy Status" that goes along with such "Celestial Glory" that requires the faithful members of the LDS Church to enter with temple recommends signed by the appropriate Stake Presidents.

During this ceremony which occurred just following the completion of the City Creek Mall in downtown Salt Lake City, the 150 attorneys of the largest and most prestigious law firm in the State of Utah were referred to as being "The Lawyers of Jesus Christ Himself". in the surrounding regional states of Utah.

The Plaintiff would ask the reader to meditate upon any valid reason for putting the "Holy Stamp of Approval" on the LDS Law Firm if not to encourage the faithful LDS members and the local community as a whole that this entity was held at a standard which would be second to none in honesty and integrity.

The evidence undeniably proves that the attorney and Sr Partner of Kirton McConkie that accepted apparent millions in bribes to deliver the estates of Max and Joyce Eliason on a "Gold Plate"; but that he was just doing his job and that this is "business as usual" for the entity which is considered by law to be an acting "Agent" on behalf of the LDS Church as the "Principal".

THE LAW OFFICES OF KIRTON MC-CONKIE ADMITTED GUILT TO HAVING AN UNDISCLOSED CONFLICT OF INTEREST AND TOLD THE PLAINTIFF THAT NEITHER HIMSELF NOR HIS FATHER HAD ANY LEGAL REPRESENTATION WITHIN THE LDS LAW FIRM.

THEY HAVE NEVER PROVIDED ONE DOCUMENT OF ACCOUNTING TO THE PLAINTIFF AND REFUSED TO PROVIDE MAX D ELIASON A COPY OF HIS OWN LAST WELL AND TESTAMENT. THEY CONTINUE TO OPERATE KNOWING THAT BOTH ESTATES ARE GONE DESPITE THE REQUIREMENT BY LAW THAT THIS A/B TRUST STILL HAVE ALL ASSETS WITHIN THE MARITAL TRUST.

THEY ARE INTENTIONALLY CONCEALING AN ONGOING STREAM OF FELONIES AND HAVE NO INTENTION WHATSOEVER OF EVER PROVIDING ACCOUNTING OR EVEN A BENEFICIARY STATEMENT TO THE PLAINTIFF WHO THEY WERE REQUIRED TO TREAT IMPARTIALLY AS AN EXECUTOR, BENEFICIARY, CO-TRUSTEE, AND AGENT OF MAX AND JOYCE ELIASON.

THEY HAVE INTENTIONALLY GAINED CONTROL OF ALL LOCAL MEDIA COMPANIES SO AS TO CENSOR THE RELEASE OF INFORMATION SUCH AS THE CONCEALMENT OF OVER 50 FELONY CRIMES THEREFORE THEY FEEL IMMUNE TO PUBLIC OPINION. THEY HAVE NO INTENTION OF EVER RESPONDING TO THE VICTIMS HEREIN WHO "ARE SUFFOCATING".

# "THE CHIEF JUDGES OF JESUS CHRIST HIMSELF?"

The corruption exposed within both Church and State within this matter is so extensive that it will trouble the soul of any honest member of society who felt they lived in a free country that has law abiding members of the Judicial System and that they were trustworthy with high integrity and that they respected and upheld the US Constitution and the associated Bill of Rights.

The "Lawyers of Jesus Christ Himself" accepted an undisclosed amount of felony bribes paid by my brother-in-law and CPA (Bryan P Stephens) who utilized Fraudulent Misrepresentation to secure the Estate Planning Fiduciary Duties of a client/attorney relationship with the intent from the beginning of being to embezzle both estates while both of my parents were still living; a plot which sadly proved to be very successful.

The evidence herein will expose the most horrific form of corruption ever witnessed by civilization with the conspirators herein being very aware that they are intentionally raping and pillaging the estates of wealthy clients as part of their "line of business".

As the extensive list of Defendants continues to expand deep inside the Political, Religious, and Government Entities; this story exposed herein is a living crime scene that goes unpunished and exactly what hell awaits for the innocent victim that "Awakens to Their Awful Situation" which has prophetically been spoken of concerning "secret combinations" whose goal is to gain "world domination" so as to create a Utopian society for their own generations to come; while illegally helping themselves to the "spoils" of any estate they decide to "assimilate".

The guilt associated within this matter is so obvious that it does not take a Juris Doctorate or a Chief Judges expertise to understand the implications and intentional malice this demonic business model is having on society and the fact that this is so easy to identify by the Department of Justice makes this matter all the more difficult to swallow.

So how is it that this matter is still sitting motionless within the State and Federal Courts without a Judge in sight that will "Choose The Right?" The following is a summary of the litigation which has taken place thus far.

THE BOARD OF DIRECTORS IMMEDIATELY CLOSED EVERY TRUST ACCOUNT, BUSINESS ACCOUNT, AND PERSONAL ACCOUNT OF MAX D ELIASON SO AS TO PROHIBIT HIM FROM SECURING THE OUTSIDE LEGAL COUNSEL WHICH WOULD BE NECESSARY TO CHALLENGE THIS ILLEGAL EMBEZZLEMENT SCAM THAT QUALIFIES AS RICO ACT VIOLATIONS.

So now we have Kirton McConkie illegally representing Bryan and Lisa Stephens and also Mark and Laurie Eliason (brother and sister-in-law) and not the youngest sibling nor the client himself and who they told to "sue them" but illegally closed every source of capital required to litigate against the LDS Law Offices.

Despite the Trusts clearly showing that all litigation costs were covered by the Trusts, the Plaintiff has not had one dollar reimbursed and has been forced into going "Pro Se" since day one.

# ELIASON VS MCCONKIE

### Utah Case No. 190901906

The first complaint was filed in the Third District Court of Utah in March of 2019 and the Judge assigned to the matter was the Honorable Judge Adam Mow.

The Plaintiff was forced to obtain his "Google Juris Doctorate" and to go up against the Law Offices of Kirton Mc-Conkie and their 150 attorneys without any court room experience and without the ability to contact his own father who he has not been permitted to see or talk to since April 17th, 2019.

It became apparent in December of 2019 that Judge Adam Mow was intentionally stalling the matter and refused to permit the victims to have a requested Ex-Parte Hearing (done under urgency) or even an injunction hearing after the plaintiff had fought for seven months to have his day in court.

THIS COMPLAINT SITS ON THE DESK OF JUDGE ADAM MOW WHO REFUSES TO TAKE ANY ACTIONS DESPITE MULTIPLE DEMANDS MADE FOR HIM TO RENDER A DECISION ALONG WITH MULTIPLE MOTIONS FOR SUMMARY JUDGEMENT WHICH ALSO GO UNANSWERED

JUDGE ADAM MOW HAS BEEN ADDED AS A DEFENDANT FOR AIDING AND ABETTING KNOWN FELONS AND OBSTRUCTING JUSTICE RATHER THAN UPHOLDING THE US CONSTITUTION

# ELIASON VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

### UT CASE NO. 1:20-CV-00024-RJS-DBP

The Plaintiff expanded the matter and demonstrated that the "COP" was liable to Max and Joyce Eliason with Kirton McConkie their acting agent and resubmitted the matter to the United States District Court for the District of Utah where Judge Jill Parrish immediately chose to recuse herself after realizing she did not want to be the "black plague" on the LDS Church.

The complaint was assumed by Chief Judge Robert J Shelby on February 28th, 2020 and was filed under The RICO Act of 1970 for Racketeering and Organized Crime based on the 50+ felonies the Defendants have committed over the past seven years which have been substantially proven in the 300 page complaint that corresponds to this case.

The US Laws surrounding the RICO Act violations clearly state that the Judge overseeing the complaint is obligated by law to engage the US Marshalls and to assign the United States Attorney General for the District of Utah for criminal prosecution from that point forward.

Among the remedies for victims under the provisions for Abuse of Power of Office which the law specifies is to be respected immediately is the cessation of hostilities against the victims (who have already suffered for seven years during this crime scene) and will apparently go unpunished unless a member of the United States Department of Justice intervenes.

A SON WALKED INTO THE US COURTHOUSE AND FILED A PLEA FOR MERCY ON BEHALF OF THE VICTIMS AND WAS UNDER EXTREME DURESS AND REQUESTED THAT CHIEF JUDGE SHELBY FORCE KIRTON MCCONKIE TO "CEASE ALL HOSTILITIES" AND TO ADHERE TO THE US LAWS CONCERNING VICTIMS OF ABUSE OF POWER OF OFFICE. RATHER THAN ASK THE

DEFENDANTS TO ACCOUNT FOR THE MISSING ASSETS, THE JUDGE IMMEDIATELY EXECUTED A DOCUMENT THAT EXTENDED THE TIME REQUIRED TO RESPOND TO TWO MONTHS EVEN THOUGH ALL PARTIES KNEW THE DEFENDANTS SAT IN CHECKMATE WITH NO POSSIBLE DEFENSE.

At the end of the two-month period ending in early May 2020; Kirton Mc-Conkie responded with 200 pages and did not answer one single allegation and still could not account for one penny nor feels they are required to do so after destroying an entire family.

THIS COMPLAINT SITS ON THE DESK OF CHIEF JUDGE ROBERT J SHELBY WHO REFUSES TO TAKE ANY ACTIONS DESPITE MULTIPLE DEMANDS MADE FOR HIM TO RENDER A DECISION ALONG WITH MULTIPLE MOTIONS FOR SUMMARY JUDGEMENT WHICH ALSO GO UNANSWERED

# ELIASON VS SHELBY

### CO CASE No. 1:20-CV-00959-PAB-SKC

Upon the realization that Chief Judge Shelby was a Chief Judge of "Jesus Christ Himself", the plaintiff immediately filed the complaint with the Tenth Circuit Court of Appeals in Denver Colorado hoping the Judges outside of Utah would be impartial and not commit Aiding and Abetting known felons and becoming participants and co-defendants in the largest "Mafiacracy" which has ever existed.

The Plaintiff filed for an Injunction Hearing with the Court and filed several Proposed orders requiring Kirton Mc-Conkie produce accounting on behalf of the Eliason Estates but every single request has gone unheard.

THIS COMPLAINT SITS ON THE DESK OF CHIEF JUDGE PHILLIP A BRIMMER WHO REFUSES TO TAKE ANY ACTIONS DESPITE MULTIPLE DEMANDS MADE FOR HIM TO RENDER A DECISION ALONG WITH MULTIPLE MOTIONS FOR SUMMARY JUDGEMENT WHICH ALSO GO UNANSWERED TWO YEARS AFTER KIRTON MCCONKIE ADMITTED THEY WERE GUILTY.

THE DEFENDANTS HAVE NEVER EVEN RESPONDED TO THIS MATTER EVEN THOUGH THEY ARE REQUIRED BY FEDERAL LAW TO DO SO WITHIN 21 DAYS OR BE SUBJECT TO A SUMMARY JUDGEMENT. THEY ARE FEARLESS SINCE THEY "OWN" THE US DISTRICT JUDGES IN ADDITION TO THE UNITED STATES ATTORNEY GENERAL.

# ELIASON VS THE UNITED STATES DEPARTMENT OF JUSTICE

### IN THE UNITED STATES SUPREME COURT

When it was realized that each of the prior three judges from the Districts of Utah and Colorado had all refused to follow the Federal Law concerning RICO Violations with no intention of ever upholding their positions as Chief and District Judges, the Plaintiff had nowhere else left to file but within the United States Supreme Court which was done in May of 2020.

Although the Supreme Court is typically known as an appellate court which would require a decision from the lower courts prior to them hearing the matter; there is also a provision which states that any matter which includes a Public Minister or Public Servant is required by US Law to have its original jurisdiction in the Supreme Court since the associated Judges are Presidential Appointments.

Whereas the matter was a RICO Act violation, it requires that the United States Attorney General William Barr prosecute the matter once the complaint was presented before the body of the Supreme Court.

It would soon be discovered that Brother Dallin H Oaks is a two time nominee to the United States Supreme Court and is tied very closely to William Barr through the Law Offices of Kirkland Ellis in Chicago to which Dallin H Oaks is a lifetime partner and it was therefore not much of a surprise to have the 40 bound copies returned stating that it was an improper jurisdiction even though the law is very clear concerning the mandatory submission to the Supreme Court.

The office of William Barr and the United States Ombudsman also sent a response letter back to the victims at the same time concerning a request that the US Department of Justice intervene on behalf of the Victims and stated that "no crimes had been committed and that their office was closing the matter and that the case was closed permanently" (without ever asking one question as to the 50 Felony allegations within the 300 page complaint). THE LAW OFFICES OF KIRTON MCCONKIE IS COMMITTING A SECOND-DEGREE FELONY BY REPRESENTING TWO OF THE THREE SIBLINGS AND THEIR SPOUSES BUT NOT "ME"

11



This is me and "ME" in what would be the last picture I got to take with him on the family property which has been in the Stillman family and which has also been illegally removed from the estates of Max and Joyce Eliason by the LDS Lawyers.

# "RES IPSA LOQUITUR"

### (THE EVIDENCE SPEAKS FOR ITSELF)

If you are wondering why the Defendants would pay any "bribe with tithes" in the world so as to not have this dirty secret exposed nor do they dare go to trial or even a hearing; is because the burden of proof is on the Defendants to explain just how the evidence could exist on page one without there being criminal intent since day one.

And now, seven years after the relationship was consummated, it has been learned and proven that KMC Law **NEVER REPRESENTED MAX AND JOYCE ELIASON AND THEY DO NOT HAVE ONE LEGAL DOCUMENT IN THEIR POSSESSION WHICH ENABLES THEM TO HAVE EMPOWERED BRYAN AND LISA STEPHENS TO DISBURSE BOTH ESTATES ON A "GOLDEN PLATE" ESPECIALLY WHILE THEIR CLIENT MAX D ELIASON STILL LIVES?**

It is for this reason that The "COP" and its Agent KMC "The ROBBER" cannot answer the question of "Do You Serve ME" (Max Eliason) without incriminating themselves with over 50 Felonies which have been described in detail within both the Third District Court of Utah and the United States District Courts of Utah, Colorado, and now Hawaii since the United States Supreme Court declined to accept the matter even though by law the Jurisdiction is correct since this now involves the prosecution of Providentially appointed United States Judges.

THE LDS CHURCH LEADERS REFUSE TO RESPOND TO THE ALLEGATIONS AND ARE USING EXTENSIVE CENSORSHIP AND COERCION OF POLITICAL OFFICIALS AND EVEN THE CHIEF JUDGE ROBERT J SHELBY AND PHILLIP A BRIMMER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICTS OF UTAH AND COLORADO RESPECTIVELY

THE FACTS OF THIS MATTER WILL SUPPORT THE ALLEGATIONS THAT PRESIDENT DALLIN H OAKS OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS IS SHAMELESSLY ABUSING

HIS POWER OF OFFICE TO ACCOMPLISH A TWISTED POLITICAL AGENDA WHICH CAN BE PROVEN HE BROUGHT WITH HIM WHEN HE ACCEPTED THE POSITION WITHIN THE LDS CHURCH AND THAT HIS HYPOCRISY IS "SUFFOCATING" HIS VICTIMS

# ELIASON VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND THE UNITED STATES DEPARTMENT OF JUSTICE

**HAWAII CASE No: 1:20-cv-00257**

It is impossible for a member of society to believe that this could possibly happen in the United States of America and yet I have been forced to attempt to find Justice in the United States District Court for the District of Hawaii now; even if but to restore the rights of a son to visit his own father which were illegally removed in order to "conceal" the crime scene with no intentions of ever restoring them unless I am successful in finding an honest Judge who cannot be coerced or bought by the LDS Church Leaders.

The Plaintiff took the matter to Hawaii due to the loss of two properties on Oahu which were directly caused by the Defendants intentional assault on the victim as they knowingly cut off all of the cash flow and removed every asset from the estates and closed every business and Trust account in order to torture the youngest beneficiary.

While the Honorable Judge Jill Otake finally scheduled an injunction hearing to review the matter next month on August 3 in Hawaii, Kirton McConkie has already filed a motion to challenge the venue and asks for the case to be dismissed once again.

SIX DAYS AFTER FILING THE COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; THE DEFENDANTS SECRETLY COERCED JUDGE LINDA JONES OF THE THIRD DISTRICT COURT TO ISSUE AN ARREST WARRANT FOR BRETT L ELIASON WHICH HE LEARNED ABOUT FROM A MARKETING LETTER SENT BY AN ATTORNEY LOOKING FOR BUSINESS.

THE DEFENDANTS ARE CONCEALING OVER 50 FELONY CRIMES INCLUDING THE COMPLETE EMBEZZLEMENT OF OVER $200 MILLION DOLLARS OF ASSETS FROM THE ESTATES OF MAX AND JOYCE ELIASON AND THE YOUNGEST SON HAS BEEN UNABLE TO EVEN BE ALLOWED TO FILE A POLICE REPORT SINCE THE LOCAL LAW ENFORCEMENT OFFICERS HAVE BEEN INSTRUCTED TO SQUASH ANY ALLEGATIONS AGAINST THE LDS CHURCH.

WITHIN ONE WEEK OF FINALLY SECURING AN INJUNCTION HEARING UNDER JUDGE JILL OTAKE IN THE DISTRICT COURT OF HAWAII; THE DEFENDANTS WERE ABLE TO PROCURE AN ARREST WARRANT WHICH LAW ENFORCEMENT ARE ACTIVELY PURSUING WITH THE OBVIOUS GOAL OF "MAKING THIS MATTER DISAPPEAR" BY CLAIMING THAT THE YOUNGEST SON IS A DANGER TO HIMSELF AND TO THE PUBLIC.

THE PLAINTIFF INQUIRED AS TO HOW THIS AFFECTS HIS ABILITY TO ATTEND THE HEARING THAT IS SCHEDULED IN HONOLULU ON AUGUST 3, 2020; AND

**OTHER OAKS, MY FATHER MAX ELIASON (ME) WOULD LIKE TO INVITE YOU OVER FOR DINNER AND DISCUSS HOW YOU INTEND ON RESTORING HIS AND HIS WIFE'S ASSETS YOU HAVE EMBEZZELED.**

I KNOW YOU DO NOT LIKE CRITICISM OR OFFERING APOLOGIES BRO. NO WORRIES, I HAVE A SUDDEN CASE OF UNCONTROLLABLE ASPERGER'S SYNDROME WHICH HAS NO CURE IN SIGHT.

## BEING A PROPHET OF GOD'S ONE TRUE CHURCH

"It's wrong to criticize leaders of the Church, even if the criticism is true."
-Dallin H. Oaks, 2007



"The history of the church is not to seek apologies ... and we don't give them."
-Dallin H. Oaks, 2015

# WHAT ABOUT "ME"?

△ PRISM

WAS HORRIFIED TO HEAR THAT THE AIRPORT AUTHORITIES WOULD ARREST HIM ON SITE FOR BEING A WANTED FUGITIVE.

FURTHER RESEARCH INDICATES THAT BRETT L ELIASON WAS ACCUSED, TRIED, AND CONVICTED OF A THIRD DEGREE FELONY CHARGE FOR "STALKING" WHICH CARRIES UP TO 5 YEARS OF PRISON TIME ALONG WITH AN ASSOCIATED FINE AND WILL CERTAINLY NEVER BE HEARD FROM AGAIN SHOULD THE DEFENDANTS SUCCEED IN THIS ILLEGAL ARREST.

THE COURT CLERK STATED THAT THIS CHARGE WAS RELATED TO A DISTURBING E-MAIL THAT PLAINTIFF SENT HIS SISTER ON DECEMBER 23RD, 2019 WHICH WAS SIMPLY A PHOTO OF THE COFFIN OF JOYCE S ELIASON WITH A SCARY DOLL PHOTO SHOPPED INTO THE PICTURE WITH THE WORD "REDRUM" (MURDER SPELLED BACKWARDS AS PER THE MOVIE 'THE SHINING').

IN OTHER WORDS, NOBODY WITHIN THE JUDICIAL SYSTEM WILL EVEN ASK THE DEFENDANTS EXACTLY WHERE THE $200 MILLION ESTATES HAVE BEEN TRANSFERRED TO AND ALSO REFUSE TO ACKNOWLEDGE THE INDISPUTABLE EVIDENCE THAT THE DEFENDANTS OBTAINED AN ILLEGAL DOSAGE OF MORPHINE AND HIT JOYCE S ELIASON WITH IT JUST HOURS AFTER SHE EXECUTED THE COPY OF THE "TRUST CERTIFICATION" ALREADY DISCUSSED HEREIN; AND THAT THIS WAS AN INTENDED "EUTHANASIA" OF JOYCE SINCE THEY NEEDED HER DEAD QUICKLY IN ORDER TO COLLECT THE ILLEGALLY CREATED LIFE INSURANCE POLICY REQUIRING HER TO BE DEAD BY THE END OF MAY 2018. (JOYCE DIED MAY 21ST, 2018).

ON DECEMBER 22ND, 2019; A FORMER BUSINESS PARTNER INVOLVED IN THIS CONSPIRACY BROKE INTO THE PLAINTIFF'S HOME AND AWAITED FOR HIM TO RETURN FROM THE AIRPORT BEFORE SUDDENLY ASSAULTING HIM AT APPROXIMATELY 4:00 AM THAT MORNING. PLAINTIFF PLED WITH JUDGE ADAM MOW TO PERMIT AN EX-PARTE HEARING UNDER EMERGENCY CIRCUMSTANCES ON DECEMBER 23RD, 2019 TO WHICH THE PLAINTIFF WAS DENIED ALONG WITH THE OTHER VICTIMS REPRESENTED HEREIN.

THE DEPUTY DISTRICT ATTORNEY CHRIS ALBERCHO ALSO DECLINED TO INTERVENE STATING THAT NOBODY IN HIS OFFICE WANTED TO BE INVOLVED DESPITE THEM BEING RESPONSIBLE FOR PROSECUTING LARGE CRIMES FOR THE STATE OF UTAH. TWO YEARS OF RUTHLESS ASSAULTS BY THE DEFENDANTS AGAINST THE VICTIMS AND NOT ONE JUDGE HAS EVEN OFFERED TO HOLD A PRELIMINARY INJUNCTION HEARING OR TO FORCE DALLIN H OAKS TO ANSWER ONE YES OR NO QUESTION OF "DO YOU SERVE ME" AND THERE IS NO INDICATION THAT THE BRETHREN WILL "CHOOSE THE RIGHT"

UPON THE REALIZATION THAT PLAINTIFF HAD SUCCESSFULLY FILED A RICO ACT COMPLAINT AGAINST THEM IN HAWAII WHEREIN THEY WOULD BE FINALLY FORCED TO APPEAR IN COURT; THE UPSTANDING LAWYERS OF "JESUS CHRIST HIMSELF" WERE ABLE TO OBTAIN A CONVICTION AND HAVE AN ARREST WARRANT ISSUED HOPING THAT THE PLAINTIFF WILL EITHER BE CAUGHT AND LOCKED UP FOREVER; OR IF HE IS NOT CAUGHT PRIOR TO THE AUGUST 3RD HEARING IN HAWAII, HE WILL LIKELY BE ARRESTED AT THE AIRPORT FOR BEING A FUGITIVE?

# HYPOCRISY 101

How does someone like Dallin H Oaks explain himself to the LGBTQ Community whose members have literally been tortured "to death" by the words from the mouth of the Prophet "To Be" has spewed toxic judgement from the pulpit and mouth of this man who began his verbal assaults on this community since he was considered a young man? His statement to "The Mama Dragons" whose precious children had committed suicide due to his venomous hatred was that "It is not the practice of the Church to ask for apologies nor to give them was an ice-cold knife in the heart to those who grieved.

His verbal "throwing of the first rock" and then pummeling the community to death for the past several decades was already considered heinous and evil in today's society when viewed as it being "The Fruits of The Tree of Dallin Oaks" and yet nobody could stop him due to the style of appointment and impossibility for the members of the LDS Church to ever "Fire Him" since there were no provisions for expulsion of "Gadianton Robbers".

# HELP "ME" FIGHT SLEAZE

My Name is Brett L Eliason and I am the Agent and Personal Representative of Max and Joyce Eliason who is desperately trying to "protect my father's house" against the unprecedented assaults coming from a dark web of political and religious leaders who refuse to intervene in what will prove to be the most horrific display of humanity.

PLEASE UNDERSTAND THAT THIS IS A DESPERATE PLEA FOR ASSISTANCE FROM ANYONE IN SOCIETY WHO CAN RESPOND TO A SCREAM OF "I AM BEING SUFFOCATED BY THE LEADERS OF THE LDS CHURCH AND THE LAW OFFICES OF KIRTON MCCONKIE. PLEASE FORWARD ANY SUGGESTIONS WHICH MAY PROVIDE RELIEF AND JUSTICE FOR THE VICTIMS HEREIN AT *HELPMEFIGHTSLEAZE@GMAIL.COM*

# THE POETIC JUSTICE IN A BATTLE BETWEEN "GOD AND MAMMON"

It is not a coincidence that the largest group of corrupt Defendants in the history of mankind are proven guilty of Racketeering and Organized Crimes with an associated prison sentence of 1,000 years with a Scripture found in the New Testament which defines the meaning of Fiduciary Duty upon which the Laws of Mankind are based and which comes from The Son of God; "Jesus Christ Himself" which states:

**"No one can serve two masters; for either he will hate the one and love the other, or else he will be loyal to the one and despise the other. You cannot serve God and Mammon."**

**MATTHEW 6:24**

**And so it is with the matter herein concerning the Laws of Fiduciary Duty which includes the duty of care, loyalty, acting in the best interest of the client, and the requirement to disclose any conflicts of interest which would lead one to favor someone's interest rather than one's own client. The law is specific in stating that if the Law Offices of The Corporation of The President of The Church of Jesus Christ of Latter-Day Saints ever represented Max and Joyce Eliason; it would be illegal for them to secretly represent two of the three beneficiaries and their spouses even if Max D Eliason was already deceased.**

*"NEVER FORGET WHO YOU SERVE; AND WHO YOU ANSWER TO"- DALLIN H OAKS-*

**THE WORDS "YOU CANNOT HANDLE THE TRUTH" ARE APPROPRIATELY DIRECTED TOWARDS THE DEFENDANTS HEREIN SINCE IT WILL EXPOSE "WHAT LIES BEHIND THE VEIL" OF THE TEMPLE WALLS.**

*Brett Eliason*

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

THE ESTATES OF MAX AND JOYCE ELIASON

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

BRETT L ELIASON, AGENT AND TRUSTEE

## DEFENDANTS
THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND KIRTON MCCONKIE

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

CHRIS HILL, KIRTON MCCONKIE PC

RECEIVED
SEP - 2 2020
CLERK U.S. DISTRICT COURT
NORTHERN DIS. OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
       Plaintiff
- ☐ 2  U.S. Government
       Defendant
- ☒ 3  Federal Question
       *(U.S. Government Not a Party)*
- ☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original
       Proceeding
- ☐ 2  Removed from
       State Court
- ☐ 3  Remanded from
       Appellate Court
- ☐ 4  Reinstated or
       Reopened
- ☐ 5  Transferred from
       Another District
       *(specify)*
- ☐ 6  Multidistrict
       Litigation -
       Transfer
- ☐ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S. CODE CHAPTER 96
Brief description of cause:
THE ESTATES OF MAX AND JOYCE ELIASON VALUED AT OVER $200 MILLION HAVE BEEN EMBEZZLED

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE CHIEF JUDGE ROBERT J SHELBY      DOCKET NUMBER 1:20-CV-00024-RJS-DBP UT

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



The United States District Court
For The District of Northern Texas
1100 Commerce Street, Room 1452
Dallas, Texas   75242

1-214-753-2200





RECEIVED

SEP - 2 2020

Align top of FedEx Express® shipping label here

ORIGIN ID:MHPHA    (801) 848-0080

BILL CREDIT CARD

TO  US DISTRICT COURT
    DISTRICT OF NORTHERN TEXAS
    1100 COMMERCE ST
    RM 75242
    DALLAS TX 75242







3964 1139 8169

WED – 02 SEP 3:00P
STANDARD OVERNIGHT

XH KIPA

75242
TX-US DFW

