UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAX D. ELIASON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | No. 3:20-cv-2747-B-BT |
| THE CORPORATION OF THE | § | |
| PRESIDENT OF THE CHURCH OF | § | |
| JESUS CHRIST OF LATTER-DAY | § | |
| SAINTS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 10, 2021. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1