UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAX D. ELIASON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | No. 3:20-cv-2747-B-BT |
| THE CORPORATION OF THE | § | |
| PRESIDENT OF THE CHURCH OF | § | |
| JESUS CHRIST OF LATTER-DAY | § | |
| SAINTS, et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' case

is **DISMISSED** without prejudice for failure to prosecute under Rules 4(m) and 41(b).

**SO ORDERED** this 26th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1